# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MARION ENERGY INC, | ) | Case No. 14-31632 |
| | ) | |
| Debtor. | ) | Judge Joel T. Marker |
| | ) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| *Name of and address of creditor* | *Name, telephone number, and address of employee, agent, or department of creditor familiar with claim* | *Nature of claim* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim* |
|---|---|---|---|---|
| KM Custodians Pty Ltd<br>Level 24, 333 Collins St<br>Melbourne, VIC 3000 AUS | Attn. Mark Korda | Loan | | 2,548,953.00 |
| Carbon County Treasurer<br>120 East Main<br>Price, UT 84501 | Marilyn Graham | Tax | | 14,194.00 |
| Greer County Treasurer<br>PO Box 458<br>Mangum, OK 73554 | Donna Bull | Tax | | 10,443.00 |
| Emery County Treasurer<br>PO Box 595<br>Castledale, UT 84513-0595 | Emery County Treasurer | Tax | | 6,378.00 |
| Steve Ault<br>752 South 500 East<br>Orem, UT 84097 | Steve Ault | Trade | | 6,000 |
| Beckham County Treasurer<br>PO Box 600<br>Sayre, OK 73662 | Janette Cornelius | Tax | | 2,255.00 |
| Collin County Tax Assessor<br>PO Box 8006<br>McKinney, TX 75070-8006 | Kenneth L. Maun | Tax | | 1,591.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Marion Energy Inc
Case No. 14-31632

| Name of and address of creditor | Name, telephone number, and address of employee, agent, or department of creditor familiar with claim | Nature of claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim |
|---|---|---|---|---|
| Cordillera Corporation<br>7800 E Dorado Place, Ste 250<br>Engelwood, CO 80111 | | Trade | | 396.24 |
| Merrion Oil & Gas Corp<br>610 Reilly Avenue<br>Farmington, NM 87401 | | Trade | | 307.66 |
| EKB California LLC<br>PO Box 8346<br>Denver, CO 80201 | | Royalties | | 180.03 |
| Joy Susan Bell<br>750 Rancho Circle<br>Las Vegas, NV 89107 | | Royalties | | 180.03 |
| RJLN Properties LLC<br>2701 Patton Way<br>Bakersfield, CA 93308 | | Royalties | | 180.03 |
| SITLA<br>675 East 500 South, Ste 500<br>Salt Lake City, UT 84102 | | Royalties | | 134.64 |
| Summit Energy Partners<br>90 South 400 West<br>Salt Lake City, UT 84101 | | Trade | | 70.27 |
| Hal B Koerner, Jr.<br>6811 Hillridge Place<br>Parker, CO 80134 | | Trade | | 55.37 |
| Professional Well Svcs<br>1427 S Bloomfield Blvd.<br>Bloomfield, NM 87413 | | Trade | Disputed | Unknown |
| Gollob Morgan Peddy<br>1001 ESE Loop 323, Ste 300<br>Tyler, TX 75701 | | Trade | | Unknown |
| Paragon Automation<br>1611 South 1500 East<br>Vernal UT 84078 | | Trade | | Unknown |
| Weatherford<br>5203 South 4630 East<br>Vernal, UT 84078 | | Trade | | Unknown |
| Questar Field Services<br>1050 17th St, S500<br>Denver CO 80265 | | Pipeline Contract | | Unknown |

4816-5730-5632.1