J. Thomas Beckett, USB #5587
Brian M. Rothschild, USB #15316
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
TBeckett@parsonsbehle.com
BRothschild@parsonsbehle.com
ecf@parsonsbehle.com

*Proposed Attorneys for Marion Energy Inc*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Case No. 14-31632 |
|---|---|
| MARION ENERGY INC, | Chapter 11 |
| Debtor, | The Honorable Joel T. Marker |

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2014, I caused the following papers to be served, by U.S. Mail, first class postage prepaid, on Marion Energy Inc.'s ("Marion" or "Debtor") twenty largest unsecured creditors, as identified on the list attached hereto as **Exhibit A**, and on the parties identified on **Exhibit B**:

1. *Chapter 11 Voluntary Petition Filed by Marion Energy Inc.* [Docket No. 1].

2. *20 Largest Unsecured Creditors* [Docket No. 2].

3. *Affidavit/Declaration of Jeffrey Clark, in Support of First Day Motions* [Docket No. 3].

4. *Application to Employ Parsons Behle & Latimer as Attorney Nunc Pro Tunc to the Petition Date, on an Interim and Final Basis* [Docket No. 4].

5. *Motion to Pay Certain Prepetition Wages, Salaries, and Other Compensation, Employee Medical and Similar Benefits, Withholdings From Employee Paychecks and Related Deductions and Payments, and Reimbursable Expenses* [Docket No. 5].

6. *Debtor's Motion for Interim and Final Orders (1) Authorizing Payment of Utility Providers and (2) Determining Adequate Assurance of Payment for Future Utility Services* [Docket No. 6].

7. *Emergency Motion for Authority to Obtain Credit Under Section 364 – Debtor's Motion for Interim and Final Orders (1) Authorizing the Debtor to Obtain Post-Petition Financing, (2) Granting Priming Liens and Providing Superpriority Administrative Expense Status, (3) Granting Adequate Protection, and (4) Modifying the Automatic Stay in Connection with Debtor-in-Possession Financing* [Docket No. 7].

8. *Emergency Motion for Ex Parte Relief – Debtor's Ex Parte Motion for an Order (1) Granting an Expedited Hearing on the Debtors First Day Motions, (2) Shortening Time for Notice and Objection to the Interim Relief Requested in the First Day Motions, and (3) Scheduling a Final Hearing on the First Day Motions within 30 Days* [Docket No. 8]

9. This *Certificate of Service* [Docket No. 9].

I hereby certify that on October 31, 2014, I caused copies of the foregoing list of documents to be served, by U.S. Mail, first class postage prepaid, on the following:

4836-8944-6176.1

    IRS:
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Utah Tax Commission:
Utah State Tax Commission
210 North 1950 West
Salt Lake City, Utah 84134

I also hereby certify that on October 31, 2014, I caused to be served copies of the foregoing list of documents on the following parties by e-mail:

    Castlelake, L.P.
TCS II Funding Solutions, LLC
c/o Mark E. Hindley
Stoel Rives LLP
mehindley@stoel.com

Office of the United State Trustee
Vince Cameron
Vince.Cameron@usdoj.gov

DATED this 31st day of October, 2014.

    /s/ Brian M. Rothschild
Brian M. Rothschild
PARSONS BEHLE & LATIMER
*Proposed Attorneys for Marion Energy Inc*

# Exhibit A

4836-8944-6176.1

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MARION ENERGY INC, | ) | Case No. 14-31632 |
| | ) | |
| Debtor. | ) | Judge Joel T. Marker |
| | ) | |

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| *Name of and address of creditor* | *Name, telephone number, and address of employee, agent, or department of creditor familiar with claim* | *Nature of claim* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim* |
|---|---|---|---|---|
| KM Custodians Pty Ltd<br>Level 24, 333 Collins St<br>Melbourne, VIC 3000 AUS | Attn. Mark Korda | Loan | | 2,548,953.00 |
| Carbon County Treasurer<br>120 East Main<br>Price, UT 84501 | Marilyn Graham | Tax | | 14,194.00 |
| Greer County Treasurer<br>PO Box 458<br>Mangum, OK 73554 | Donna Bull | Tax | | 10,443.00 |
| Emery County Treasurer<br>PO Box 595<br>Castledale, UT 84513-0595 | Emery County Treasurer | Tax | | 6,378.00 |
| Steve Ault<br>752 South 500 East<br>Orem, UT 84097 | Steve Ault | Trade | | 6,000 |
| Beckham County Treasurer<br>PO Box 600<br>Sayre, OK 73662 | Janette Cornelius | Tax | | 2,255.00 |
| Collin County Tax Assessor<br>PO Box 8006<br>McKinney, TX 75070-8006 | Kenneth L. Maun | Tax | | 1,591.00 |

4816-5730-5632.1

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

Marion Energy Inc
Case No. 14-31632

| Name of and address of creditor | Name, telephone number, and address of employee, agent, or department of creditor familiar with claim | Nature of claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim |
|---|---|---|---|---|
| Cordillera Corporation<br>7800 E Dorado Place, Ste 250<br>Engelwood, CO 80111 | | Trade | | 396.24 |
| Merrion Oil & Gas Corp<br>610 Reilly Avenue<br>Farmington, NM 87401 | | Trade | | 307.66 |
| EKB California LLC<br>PO Box 8346<br>Denver, CO 80201 | | Royalties | | 180.03 |
| Joy Susan Bell<br>750 Rancho Circle<br>Las Vegas, NV 89107 | | Royalties | | 180.03 |
| RJLN Properties LLC<br>2701 Patton Way<br>Bakersfield, CA 93308 | | Royalties | | 180.03 |
| SITLA<br>675 East 500 South, Ste 500<br>Salt Lake City, UT 84102 | | Royalties | | 134.64 |
| Summit Energy Partners<br>90 South 400 West<br>Salt Lake City, UT 84101 | | Trade | | 70.27 |
| Hal B Koerner, Jr.<br>6811 Hillridge Place<br>Parker, CO 80134 | | Trade | | 55.37 |
| Professional Well Svcs<br>1427 S Bloomfield Blvd.<br>Bloomfield, NM 87413 | | Trade | Disputed | Unknown |
| Gollob Morgan Peddy<br>1001 ESE Loop 323, Ste 300<br>Tyler, TX 75701 | | Trade | | Unknown |
| Paragon Automation<br>1611 South 1500 East<br>Vernal UT 84078 | | Trade | | Unknown |
| Weatherford<br>5203 South 4630 East<br>Vernal, UT 84078 | | Trade | | Unknown |
| Questar Field Services<br>1050 17th St, S500<br>Denver CO 80265 | | Pipeline Contract | | Unknown |

4816-5730-5632.1

# Exhibit B

4836-8944-6176.1

| Utility Provider | Address | City | Postal Code | Service |
| --- | --- | --- | --- | --- |
| Rocky Mountain Power | PO Box 26000 | Portland, OR | 97256 | Electricity |
| Time Warner Business | PO Box 60074 | City of Industry, CA | 91716-0074 | Telecomm/Internet |
| CentraCom | PO Box 7 | Fairview, UT | 84629 | Telecomm |