# Exhibit 5

Mark E. Hindley (USB No. 7222)
mark.hindley@stoel.com
Bria L. Mertens (USB No. 14236)
bria.mertens@stoel.com
David B. Levant (*pro hac vice*)
david.levant@stoel.com
STOEL RIVES LLP
Suite 1100, One Utah Center
201 South Main Street
Salt Lake City, Utah 84111
Telephone: (801) 328-3131
Facsimile: (801) 578-6999

Attorneys for Castlelake, L.P. and
TCS II Funding Solutions, LLC

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>MARION ENERGY INC.,<br><br>Debtor-in-Possession. | Case No. 14-31632<br><br>Chapter 11<br><br>Honorable Joel T. Marker |

**[PROPOSED] ORDER GRANTING EX PARTE MOTION FOR EXPEDITED
HEARING ON MOTION TO SHORTEN TIME FOR NOTICES OF DEPOSITION**

77527859.1 0048467-00002

Having considered the "Ex Parte Motion Requesting (I) Shortened Time For Discovery (II) An Expedited Hearing On Same" (the "*Motion*") filed by Castlelake L.P. and TCS II Funding Solutions, LLC ("*Castlelake*") and good cause appearing, the Court hereby orders that:

1. The Motion is GRANTED as set forth below.

2. A hearing to consider Castlelake's request for shortened time for discovery will be held on November 5, 2014 at 2:00 p.m. Mountain Time in Room 341.

------------------------------------------END OF DOCUMENT------------------------------------------