**DEBTOR:** Marion Energy Inc

**CASE NUMBER:** 14-31632

**MONTHLY OPERATING REPORT**
**CHAPTER 11**

Form 2-A
COVER SHEET

For Period Ending ___October 31 2014___

**Accounting Method:** [X] Accrual Basis    [ ] Cash Basis

THIS REPORT IS DUE 14 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| [X] | [ ] | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| [X] | [ ] | 2. Balance Sheet (Form 2-C) |
| [X] | [ ] | 3. Profit and Loss Statement (Form 2-D) |
| [X] | [ ] | 4. Supporting Schedules (Form 2-E) |
| [X] | [ ] | 5. Quarterly Fee Summary (Form 2-F) |
| [X] | [ ] | 6. Narrative (Form 2-G) |
| [X] | [ ] | 7. Bank Statements for All Bank Accounts  IMPORTANT: Redact account numbers and remove check images |
| [X] | [ ] | 8. Bank Statement Reconciliations for all Bank Accounts |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

**Executed on:** 11/28/14

**Print Name:** Karel Louman

**Signature:** [signature]

**Title:** CFO

Rev. 12/10/200

**DEBTOR:** Marion Energy Inc    **CASE NO:** 14-31632

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 10/31/2014 to 10/31/2014

**CASH FLOW SUMMARY**

| | Current Month | Accumulated |
|---|---|---|
| **1. Beginning Cash Balance** | $ 5745.76 (1) | $ 5745.76 (1) |
| 2. Cash Receipts | | |
|    Operations | 0 | 0 |
|    Sale of Assets | 0 | 0 |
|    Loans/advances | 0 | 0 |
|    Other | 0 | 0 |
|    Total Cash Receipts | $ 0 | $ 0 |
| 3. Cash Disbursements | | |
|    Operations | 0 | 0 |
|    Debt Service/Secured loan payment | 0 | 0 |
|    Professional fees/U.S. Trustee fees | 0 | 0 |
|    Other | 0 | 0 |
|    Total Cash Disbursements | $ 0 | $ 0 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 0 | 0 |
| **5 Ending Cash Balance (to Form 2-C)** | $ 5745.76 (2) | $ 5745.76 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 0 |
| DIP Operating Account | | 0 |
| DIP State Tax Account | | 0 |
| DIP Payroll Account | | 0 |
| Other Operating Account | Wells Fargo Bank 6042 | 5544.89 |
| Other Operating Account | Wells Fargo Bank 0277 | 157.73 |
| Other Interest-bearing Account | Wells Fargo Bank 7247 | 43.14 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 5745.76 (2) |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
*Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

Page 1 of 3
Rev. 12/10/2009

**DEBTOR:** Marion Energy Inc                **CASE NO:** 14-31632

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: __10/31/14____ to __10/31/14___

**CASH RECEIPTS DETAIL**           **Account No:**
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|

*No activity*                                                                $

                                                   **Total Cash Receipts**    $    0 (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*          Page 2 of 3

Rev. 12/10/2009

**DEBTOR:** Marion Energy Inc    **CASE NO:** 14-31632

# Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 10/31/2014 to 10/31/2014

**CASH DISBURSEMENTS DETAIL**    **Account No:**
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| *No activity* | | | | $ |

Total Cash Disbursements    $ 0 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 12/10/2009

DEBTOR: Marion Energy Inc  CASE NO: 14-31632

Form 2-C

## COMPARATIVE BALANCE SHEET

For Period Ended: 10/31/2014

|  |  | Current Month | Petition Date (1) |
|---|---|---:|---:|
| **ASSETS** | | | |
| Current Assets: | | | |
| Cash (from Form 2-B, line 5) | | $ 5,745.76 | $ 5,745.76 |
| Accounts Receivable (from Form 2-E) | | 0.00 | 0.00 |
| Receivable from Officers, Employees, Affiliates | | 0.00 | 0.00 |
| Inventory | | 0.00 | 0.00 |
| Other Current Assets :(List) | Deposits | 45,184.80 | 45,184.80 |
|  | Prepaid Expenses | 124,117.77 | 124,117.77 |
|  | Accrued Revenue Receivable | 6,671.00 | 6,671.00 |
| Total Current Assets | | $ 181,719.33 | $ 181,719.33 |
| Fixed Assets: | | | |
| Land | | $ 0.00 | $ 0.00 |
| Building | | 0.00 | 0.00 |
| Equipment, Furniture and Fixtures | | 114,183.92 | 114,183.92 |
| Total Fixed Assets | | 114,183.92 | 114,183.92 |
| Less: Accumulated Depreciation | | ( 55,349.67 ) | ( 55,349.67 ) |
| Net Fixed Assets | | $ 58,834.25 | $ 58,834.25 |
| Other Assets (List): | Net Oil & Gas Properties | 84,821,926.23 | 84,821,926.23 |
|  | Bond Deposits | 995,930.00 | 995,930.00 |
| **TOTAL ASSETS** | | $ 86,058,409.81 | $ 86,058,409.81 |
| **LIABILITIES** | | | |
| Post-petition Accounts Payable (from Form 2-E) | | $ 0.00 | $ 0.00 |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | 0.00 | 0.00 |
| Post-petition Taxes Payable (from Form 2-E) | | 0.00 | 0.00 |
| Post-petition Notes Payable | | 0.00 | 0.00 |
| Other Post-petition Payable(List): | | 0.00 | 0.00 |
|  | | 0.00 | 0.00 |
| Total Post Petition Liabilities | | $ 0.00 | $ 0.00 |
| Pre Petition Liabilities: | | | |
| Secured Debt | | 34,441,393.64 | 34,441,393.64 |
| Priority Debt | | 0.00 | 0.00 |
| Unsecured Debt | | 128,972,704.35 | 128,972,704.35 |
| Total Pre Petition Liabilities | | $ 163,414,097.99 | $ 163,414,097.99 |
| **TOTAL LIABILITIES** | | $ 163,414,097.99 | $ 163,414,097.99 |
| **OWNERS' EQUITY** | | | |
| Owner's/Stockholder's Equity | | $ 2,910,088.00 | $ 2,910,088.00 |
| Retained Earnings - Prepetition | | -80,265,776.18 | -80,265,776.18 |
| Retained Earnings - Post-petition | | 0.00 | 0.00 |
| **TOTAL OWNERS' EQUITY** | | $ -77,355,688.18 | $ -77,355,688.18 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | $ 86,058,409.81 | $ 86,058,409.81 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*

Page 1 of 1
Rev. 12/10/2009

**DEBTOR:** Marion Energy Inc      **CASE NO:** 14-31632

# Form 2-D
## PROFIT AND LOSS STATEMENT
**For Period** 10/31/2014 **to** 10/31/2014

|  | Current Month | Accumulated Total (1) |
|---|---:|---:|
| Gross Operating Revenue | $ 0 | $ 0 |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( 0 ) |
| **Net Operating Revenue** | $ 0 | $ 0 |
| Cost of Goods Sold | 0 | 0 |
| **Gross Profit** | $ 0 | $ 0 |
| Operating Expenses | | |
|   Officer Compensation | $ 0 | $ 0 |
|   Selling, General and Administrative | 0 | 0 |
|   Rents and Leases | 0 | 0 |
|   Depreciation, Depletion and Amortization | 0 | 0 |
|   Other (list): | 0 | 0 |
| | 0 | 0 |
| Total Operating Expenses | $ 0 | $ 0 |
| **Operating Income (Loss)** | $ 0 | $ 0 |
| Non-Operating Income and Expenses | | |
|   Other Non-Operating Expenses | $ 0 | $ 0 |
|   Gains (Losses) on Sale of Assets | 0 | 0 |
|   Interest Income | 0 | 0 |
|   Interest Expense | 0 | 0 |
|   Other Non-Operating Income | 0 | 0 |
| Net Non-Operating Income or (Expenses) | $ 0 | $ 0 |
| Reorganization Expenses | | |
|   Legal and Professional Fees | $ 0 | $ 0 |
|   Other Reorganization Expense | 0 | 0 |
| Total Reorganization Expenses | $ 0 | $ 0 |
| **Net Income (Loss) Before Income Taxes** | $ 0 | $ 0 |
| Federal and State Income Tax Expense (Benefit) | 0 | 0 |
| **NET INCOME (LOSS)** | $ 0 | $ 0 |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

Page 1 of 1
Rev. 12/10/2009

**DEBTOR:** Marion Energy Inc  **CASE NO:** 14-31632

**Form 2-E**
**SUPPORTING SCHEDULES**
**For Period:** 10/31/2014 **to** 10/31/2014

### POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: |  |  |  |  |  |  |
| Federal | $ 0 | $ 0 | 0 |  | $ | 0 |
| State | 0 | 0 | 0 |  |  | 0 |
| FICA Tax Withheld | 0 | 0 | 0 |  |  | 0 |
| Employer's FICA Tax | 0 | 0 | 0 |  |  | 0 |
| Unemployment Tax |  |  |  |  |  |  |
| Federal | 0 | 0 | 0 |  |  | 0 |
| State | 0 | 0 | 0 |  |  | 0 |
| Sales, Use & Excise Taxes | 0 | 0 | 0 |  |  | 0 |
| Property Taxes | 0 | 0 | 0 |  |  | 0 |
| Accrued Income Tax: |  |  |  |  |  |  |
| Federal | 0 | 0 | 0 |  |  | 0 |
| State | 0 | 0 | 0 |  |  | 0 |
| Other: | 0 | 0 | 0 |  |  | 0 |
| TOTALS | $ 0 | $ 0 | 0 |  | $ | 0 |

*(1)  For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

### INSURANCE SCHEDULE

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | Travelers Casualty Ins Co | $ Statuatory | 1/24/2015 | 1/24/2015 |
| General Liability | St Paul Fire & Marine Ins | $ 2,000,000 | 1/24/2015 | 1/24/2015 |
| Property (Fire, Theft) | St Paul Fire & Marine Ins | $ 3,040,594 | 1/24/2015 | 1/24/2015 |
| Vehicle | St Paul Fire & Marine Ins | $ 1,000,000 | 1/24/2015 | 1/24/2015 |
| Umbrella Liability | St Paul Fire & Marine Ins | $ 10,000,000 | 1/24/2015 | 1/24/2015 |
| Control of Well | Travelers Property Casualt | $ 4,000,000 | 5/4/2015 | 5/4/2015 |
| Directors & Officers | AIG Europe | $ 10,000,000 | 8/31/2014 | 8/31/2014 |

Page 1 of 2
Rev. 12/10/2009

**DEBTOR:** Marion Energy Inc    **CASE NO:** 14-31632

**Form 2-E**
**SUPPORTING SCHEDULES**

For Period: _10/31/14_____ to ___10/31/14_____

## *ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING*

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ 0.00 | $ 0.00 |
| 30 to 60 days | 0.00 | 0.00 |
| 61 to 90 days | 0.00 | 0.00 |
| 91 to 120 days | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 |
| **Total Post Petition** | 0.00 | |
| **Pre Petition Amounts** | 0.00 | |
| Total Accounts Receivable | $ 0.00 | |
| Less: Bad Debt Reserve | 0.00 | |
| **Net Accounts Receivable (to Form 2-C)** | $ 0.00 | |
| Total Post Petition Accounts Payable | | $ 0.00 |

*\* Attach a detail listing of accounts receivable and post-petition accounts payable*

## *SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS*

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ 0 | $ 0 | $ 0 | | $ 0 |
| Counsel for Unsecured Creditors' Committee | 0 | 0 | 0 | | 0 |
| Trustee's Counsel | 0 | 0 | 0 | | 0 |
| Accountant | 0 | 0 | 0 | | 0 |
| Other: _____ | 0 | 0 | 0 | | 0 |
| Total | $ 0 | $ 0 | $ 0 | | $ 0 |

*Balance due to include fees and expenses incurred but not yet paid.

## *SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES\*\**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ |
| | | | |

\*\*List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

**DEBTOR:** Marion Energy Inc     **CASE NO:** 14-31632

## Form 2-F
## QUARTERLY FEE SUMMARY *
**For the Month Ended:** 10/31/2014

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | | $ 0 | | | |
| February | | 0 | | | |
| March | | 0 | | | |
| TOTAL 1st Quarter | | $ 0 | $ | | |
| April | | $ 0 | | | |
| May | | 0 | | | |
| June | | 0 | | | |
| TOTAL 2nd Quarter | | $ 0 | $ | | |
| July | | $ 0 | | | |
| August | | 0 | | | |
| September | | 0 | | | |
| TOTAL 3rd Quarter | | $ 0 | $ | | |
| October | | $ 0 | | | |
| November | | 0 | | | |
| December | | 0 | | | |
| TOTAL 4th Quarter | | $ 0 | $ | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999................... | $325 | $1,000,000 to $1,999,999............. | $6,500 |
| $15,000 to $74,999.......... | $650 | $2,000,000 to $2,999,999............. | $9,750 |
| $75,000 to $149,999........ | $975 | $3,000,000 to $4,999,999............. | $10,400 |
| $150,000 to $224,999...... | $1,625 | $5,000,000 to $14,999,999 ……. | $13,000 |
| $225,000 to $299,999...... | $1,950 | $15,000,000 to $29,999,999…. | $20,000 |
| $300,000 to $999,999...... | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

**DEBTOR:** Marion Energy Inc        **CASE NO:** 14-31632

**Form 2-G**
**NARRATIVE**
**For Period Ending 10/31/2014**

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.**

On October 31, 2014, the Debtor filed its chapter 11 petition. Aside from filing the petition for relief, there were no significant events during the reporting period.