**DEBTOR:**  Marion Energy Inc

**MONTHLY OPERATING REPORT**
CHAPTER 11

**CASE NUMBER**: 14-31632

Form 2-A
## COVER SHEET

For Period Ending __November 30 2014_____

**Accounting Method:**   [X] Accrual Basis     [ ] Cash Basis

### *THIS REPORT IS DUE 14 DAYS AFTER THE END OF THE MONTH*

Mark One Box for Each
Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee
has waived the requirement in writing.  File the original with the Clerk of Court.
Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|:---:|:---:|:---|
| [X] | [ ] | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| [X] | [ ] | 2. Balance Sheet (Form 2-C) |
| [X] | [ ] | 3. Profit and Loss Statement (Form 2-D) |
| [X] | [ ] | 4. Supporting Schedules (Form 2-E) |
| [X] | [ ] | 5. Quarterly Fee Summary (Form 2-F) |
| [X] | [ ] | 6. Narrative (Form 2-G) |
| [X] | [ ] | 7. Bank Statements for All Bank Accounts  IMPORTANT: Redact account numbers and remove check images |
| [X] | [ ] | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

**Executed on:**   December 15, 2014

**Print Name:**   Karel Louman

**Signature:**

**Title:**   Chief Financial Officer

Rev. 12/10/2009

**DEBTOR:**  Marion Energy Inc                          **CASE NO:**        14-31632

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:  Nov 1 2014 to  Nov 30 2014

**CASH FLOW SUMMARY**

|  | | Current Month | | Accumulated |
|---|---|---|---|---|
| **1. Beginning Cash Balance** | $ | 5,745.76 (1) | $ | 5,745.76 (1) |
| 2. Cash Receipts | | | | |
| Operations | | 0.00 | | 0.00 |
| Sale of Assets | | 0.00 | | 0.00 |
| Loans/advances | | 500,000.00 | | 500,000.00 |
| Other | | 0.00 | | 0.00 |
| Total Cash Receipts | $ | 500,000.00 | $ | 500,000.00 |
| 3. Cash Disbursements | | | | |
| Operations | | 386,810.88 | | 386,810.88 |
| Debt Service/Secured loan payment | | 0.00 | | 0.00 |
| Professional fees/U.S. Trustee fees | | 0.00 | | 0.00 |
| Other | | 0.00 | | 0.00 |
| Total Cash Disbursements | $ | 386,810.88 | $ | 386,810.88 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | 113,189.12 | | 113,189.12 |
| **5 Ending Cash Balance (to Form 2-C)** | $ | 118,934.88 (2) | $ | 118,934.88 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | | Book Balance |
|---|---|---|---|
| Petty Cash | | $ | 0 |
| DIP Operating Account | Wells Fargo Bank 9882 | | 118,934.88 |
| DIP State Tax Account | | | 0.00 |
| DIP Payroll Account | | | 0.00 |
| Other Operating Account | Wells Fargo Bank 6042 | | 0.00 |
| Other Operating Account | Wells Fargo Bank 0277 | | 0.00 |
| Other Interest-bearing Account | Wells Fargo Bank 7247 | | 0.00 |
| TOTAL (must agree with Ending Cash Balance above) | | $ | 118,934.88 (2) |

*(1)  Accumulated beginning cash balance is the cash available at the commencement of the case.*
*Current month beginning cash balance should equal the previous month's ending balance.*
*(2)  All cash balances should be the same.*

**DEBTOR:**  **Marion Energy Inc**                    **CASE NO:**    14-31632

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _Nov 1 2014_____ to __Nov 30 2014____

**CASH RECEIPTS DETAIL**                    **Account No:**    Wells Fargo Bank 9882
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 11/6/2014 | TCS II (Castlelake) | DIP Loan | $ 500,000.00 |

|  |  |  |  |
|------|-------|-------------|--------|
| | **Total Cash Receipts** | $ | 500,000.00 (1) |

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

**DEBTOR:**  Marion Energy Inc        **CASE NO:**  14-31632

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:  Nov 1 2014    to  Nov 30 2014

**CASH DISBURSEMENTS DETAIL**        **Account No:**        Wells Fargo Bank 9882

*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 11/6/2014 | WT Fed#02377 | Leland Endsley | Travel | $  2,500.00 |
| 11/12/2014 | WT Fed#01769 | GE Oil & Gas Artifical Life | Pump | 54,892.14 |
| 11/12/2014 | WT Fed#01778 | Clear Creek Homeowners Assi | Annual ROW and Road Use | 50,000.00 |
| 11/12/2014 | 43505700 | The Guardian | Dental, Vision, & Life Insurance | 2,932.95 |
| 11/13/2014 | 1001 | JW Power | Compressor Rental | 18,711.33 |
| 11/13/2014 | 1002 | CentraCom | Telephone | 52.90 |
| 11/13/2014 | 1003 | Brown Insurance Services | Annual Bond Payment | 3,000.00 |
| 11/13/2014 | 1004 | Time Warner Business | Telephones & Internet | 824.80 |
| 11/13/2014 | 1005 | CubeSmart | Storage | 198.00 |
| 11/13/2014 | 141114 | Wells Fargo Payroll | Payroll Fees | 87.75 |
| 11/13/2014 | 141114 | Wells Fargo Payroll | Payroll Taxes | 15,027.50 |
| 11/13/2014 | 141114 | Wells Fargo Payroll | Net Payroll to employees | 59,125.69 |
| 11/13/2014 | WT Fed#53325 | Thomas Petroleum | Fuel | 4,000.00 |
| 11/13/2014 | WT Fed#06446 | Enviro Rehab | Generator Rental | 5,940.85 |
| 11/13/2014 | WT Fed#06469 | Golllob Morgan Peddy | Accounting Services | 6,400.00 |
| 11/14/2014 | WT Fed#02625 | Stevenson Well Service | Workover Rig Service | 30,000.00 |
| 11/17/2014 | 1006 | Clear Creek Homeowners Assi | Reimburse Expenses | 1,671.49 |
| 11/17/2014 | 1007 | Clark Rasmussen | Contract Labor | 995.00 |
| 11/17/2014 | 1008 | Darvel Earl | Reimburse Expenses | 430.09 |
| 11/17/2014 | 1009 | Enviro Rehab | Misc Repairs & Parts | 3,934.17 |
| 11/18/2014 | 1010 | Enviro Rehab | Snow Removal | 4,600.00 |
| 11/18/2014 | 111714 | Harland Clarke | Check Order | 172.33 |
| 11/18/2014 | WT Fed#05770 | Leland Endsley | Travel | 2,500.00 |
| 11/18/2014 | WT Fed#08607 | US Dept of Interior-ONRR | Lease Rentals | 1,257.00 |
| 11/18/2014 | WT Fed#09029 | Timothy Dart | Contract Labor | 1,100.00 |
| 11/18/2014 | WT Fed#09113 | Folsom Associates | Pump Repairs | 7,132.24 |
| 11/24/2014 | WT Fed#02136 | Stevenson Well Service | Workover Rig Service | 10,000.00 |
| 11/24/2014 | 1011 | Weatherford ALS | Pump Repairs | 11,977.88 |
| 11/24/2014 | 1012 | US Dept of Interior-ONRR | Delay Rentals | 333.50 |
| 11/24/2014 | 1013 | Darvel Earl | Truck Allowance | 1,000.00 |
| 11/24/2014 | 1014 | David Smith | Truck Allowance | 1,500.00 |
| 11/25/2014 | WT Fed#09790 | Karel Louman | Travel | 1,268.70 |
| 11/25/2014 | WT Fed#08052 | Enviro Rehab | Equipment Repairs, Snow Removal | 9,062.87 |
| 11/13/2014 | 141128 | Wells Fargo Payroll | Payroll Fees | 87.75 |
| 11/13/2014 | 141128 | Wells Fargo Payroll | Payroll Taxes | 14,968.22 |
| 11/13/2014 | 141128 | Wells Fargo Payroll | Net Payroll to employees | 59,125.73 |

**Total Cash Disbursements**        $      386,810.88 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Marion Energy Inc
Bank Reconciliation
November 2014

|  |  | Acct 9882 | Acct 7247 (1) | Acct 0277 (1) |
|---|---|---|---|---|
| Balance per General Ledger |  | 118,934.88 | - | 0 |
|  |  |  |  |  |
| Outstanding Items: |  |  |  |  |
| Weatherford ALS | 1011 | 11,977.88 |  |  |
| ONRR | 1012 | 333.50 |  |  |
| Darvel Earl | 1013 | 1,000.00 |  |  |
| David Smith | 1014 | 1,500.00 |  |  |
| WF DACA Service Charge |  |  | (275.00) |  |
|  |  | 14,811.38 | (275.00) | - |
|  |  |  |  |  |
| Balance per bank |  | 133,746.26 | (275.00) | - |

Note:  This account is not yet closed due to a control agreement that is in place.
Marion is in the process of requesting TCS II release the control agreement in
order to close these accounts.  The credit balance in acct 7247 relates to DACA fees
for the month of Nov 2014.  Funds were transferred to this account to cover the fees
on 12/01/14.

# Analyzed Business Checking

Account number:    **49882** ∎ November 6, 2014 - November 30, 2014 ∎ Page 1 of 3



MARION ENERGY INC
OPERATING ACCOUNT
DEBTOR IN POSSESSION
CH 11 CASE # 14-31632 (UT)
2150 S CENTRAL EXPY STE 380
MCKINNEY TX 75070-4068

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online: wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (808)
McKinney Towne Crossing
8990 State Hwy 121
McKinney, TX 75070

---

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 49882 | $0.00 | $505,745.76 | -$371,999.50 | $133,746.26 |

---

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/06 | 5,702.62 | Checking Opening Deposit |
| | 11/06 | 500,000.00 | WT Seq111330 Castlelake II Lp /Org=Castlelake Lp Srf# IN14110612105157 Trn#141106111330 Rfb# 000023814 |
| | 11/13 | 43.14 | Deposit Made In A Branch/Store |
| | | **$505,745.76** | **Total electronic deposits/bank credits** |
| | | **$505,745.76** | **Total credits** |

---

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/06 | 2,500.00 | WT Fed#02377 Jpmorgan Chase Ban /Ftr/Bnf=Leland Endsley Srf# 0072349310177068 Trn#141106134792 Rfb# |
| | 11/12 | 54,892.14 | WT Fed#01769 Jpmorgan Chase Ban /Ftr/Bnf=GE Oil and Gas Artificial Lift Srf# 0072349314173998 Trn#141112088286 Rfb# |
| | 11/12 | 50,000.00 | WT Fed#01778 Central Bank /Ftr/Bnf=Clear Creek Homeowners Assn Srf# 0072349314994998 Trn#141112088327 Rfb# |
| | 11/12 | 2,932.95 | The Guardian Nov Gp Ins Nov 01 43505700Zzd0000 Marion Energy Inc |
| | 11/13 | 87.75 | Marion Energy IN WF Payroll 141114 7135756 Payroll Invoice |
| | 11/13 | 15,027.50 | Wells Fargo Busi Tax Col Payroll Allen 7135756 |
| | 11/13 | 59,125.69 | Marion Energy IN WF Payroll 141114 7135756 Payroll DD |

Account number:   9882   ■   November 6, 2014 - November 30, 2014   ■   Page 2 of 3


WELLS
FARGO

### Electronic debits/bank debits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/13 | 4,000.00 | WT Seq#53325 Thomas Petroleum, LLC - /Bnf=Thomas Petroleum, LLC - West Divis Srf# 0072349317915729 Trn#141113053325 Rfb# |
| | 11/13 | 5,940.85 | WT Fed#06446 Zions First Nation /Ftr/Bnf=Dave's Enviro Rehab Srf# 0072349317195729 Trn#141113053361 Rfb# |
| | 11/13 | 6,400.00 | WT Fed#06469 Southside Bank /Ftr/Bnf=Gollob Morgan and Peddy Srf# 0072349317796729 Trn#141113053432 Rfb# |
| | 11/14 | 30,000.00 | WT Fed#02625 Zions First Nation /Ftr/Bnf=Steven Well Service, Inc. Srf# 0072349318355449 Trn#141114161446 Rfb# |
| | 11/18 | 172.33 | Harland Clarke Check/Acc. 111714 00723497575482 Marion Energy Inc |
| | 11/18 | 2,500.00 | WT Fed#05770 Jpmorgan Chase Ban /Ftr/Bnf=Leland Endsley Srf# IN14111808202735 Trn#141118054820 Rfb# 000000245 |
| | 11/18 | 1,257.00 | WT Fed#08607 Treas NYC Funds Tr /Ftr/Bnf=US Dept of The Interior, Office of Srf# IN14111808590038 Trn#141118063021 Rfb# 000000246 |
| | 11/18 | 1,100.00 | WT Fed#09029 East Idaho Credit /Ftr/Bnf=Timothy J Dart Srf# IN14111809040115 Trn#141118064335 Rfb# 000000247 |
| | 11/18 | 7,132.24 | WT Fed#09113 US Bank, NA /Ftr/Bnf=Folsom Associates Srf# IN14111811040540 Trn#141118094700 Rfb# 000000248 |
| | 11/24 | 10,000.00 | WT Fed#02136 Zions First Nation /Ftr/Bnf=Stevenson Well Service Srf# IN14112409143082 Trn#141124083940 Rfb# 000000249 |
| | 11/25 | 1,268.70 | WT Fed#09790 Jpmorgan Chase Ban /Ftr/Bnf=Karel Louman Srf# IN14112507113736 Trn#141125052763 Rfb# 000000250 |
| | 11/25 | 9,062.87 | WT Fed#08052 Zions First Nation /Ftr/Bnf=Dave's Enviro Rehab Srf# IN14112508482456 Trn#141125077185 Rfb# 000000251 |
| | 11/26 | 87.75 | Marion Energy IN WF Payroll 141128 7135756 Payroll Invoice |
| | 11/26 | 14,968.22 | Wells Fargo Busi Tax Col Payroll Allen 7135756 |
| | 11/26 | 59,125.73 | Marion Energy IN WF Payroll 141128 7135756 Payroll DD |
| | | **$337,581.72** | **Total electronic debits/bank debits** |

### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 1001 | 18,711.33 | 11/17 | 1005 | 198.00 | 11/17 | 1008 | 430.09 | 11/24 |
| 1002 | 52.90 | 11/18 | 1006 | 1,671.49 | 11/21 | 1009 | 3,934.17 | 11/25 |
| 1003 | 3,000.00 | 11/19 | 1007 | 995.00 | 11/24 | 1010 | 4,600.00 | 11/25 |
| 1004 | 824.80 | 11/19 | | | | | | |
| | **$34,417.78** | | **Total checks paid** | | | | | |

| | **$371,999.50** | | **Total debits** |
|---|---|---|---|

### Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/06 | 503,202.62 | 11/17 | 255,929.55 | 11/24 | 226,793.70 |
| 11/12 | 395,377.53 | 11/18 | 243,715.08 | 11/25 | 207,927.96 |
| 11/13 | 304,838.88 | 11/19 | 239,890.28 | 11/26 | 133,746.26 |
| 11/14 | 274,838.88 | 11/21 | 238,218.79 | | |
| | Average daily ledger balance | **$273,531.22** | | | |



NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Commercial Checking Account



Account number:    6042  ■  November 1, 2014 - November 30, 2014  ■  Page 1 of 1

MARION ENERGY INC
2150 S CENTRAL EXPY STE 380
MCKINNEY TX 75070-4068

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (808)
Dallas Energy
PO Box 63020
San Francisco, CA 94163

## Account summary

### *Commercial Checking Account*

| Account number | Beginning balance | Total credits | Total debits | Closing balance |
|---|---|---|---|---|
| 26042 | $5,544.89 | $594.68 | -$6,139.57 | $0.00 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/17 | 594.68 | Client Analysis Srvc Chrg 141114 Rev Chge 1014 000002528226042 |
| | | **$594.68** | **Total electronic deposits/bank credits** |
| | | **$594.68** | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| 11/06 | 11/07 | 5,544.89 | Withdrawal Made In A Branch/Store |
| | 11/12 | 594.68 | Client Analysis Srvc Chrg 141110 Svc Chge 1014 000002528226042 |
| | 11/26 | 0.00 | Payoff Debit, Non-Interest Without Fee |
| | | **$6,139.57** | **Total electronic debits/bank debits** |
| | | **$6,139.57** | **Total debits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/31 | 5,544.89 | 11/12 | -594.68 | 11/26 | 0.00 |
| 11/07 | 0.00 | 11/17 | 0.00 | | |

**Average daily ledger balance**    $825.03

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0000896
Sheet 00001 of 00001

# WellsOne® Account



Account number: ⁞0277 ■ November 1, 2014 - November 30, 2014 ■ Page 1 of 1

MARION ENERGY INC
2150 S CENTRAL EXPY STE 380
MCKINNEY TX 75070-4068

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA 94163

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ⁞0277 | $157.73 | $362.05 | -$519.78 | $0.00 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/17 | 362.05 | Client Analysis Srvc Chrg 141114 Rev Chge 1014 000004120760277 |
| | | **$362.05** | **Total electronic deposits/bank credits** |
| | | **$362.05** | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| 11/06 | 11/07 | 157.73 | Withdrawal Made In A Branch/Store |
| | 11/12 | 362.05 | Client Analysis Srvc Chrg 141110 Svc Chge 1014 000004120760277 |
| | | **$519.78** | **Total electronic debits/bank debits** |
| | | **$519.78** | **Total debits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/31 | 157.73 | 11/12 | -362.05 | 11/17 | 0.00 |
| 11/07 | 0.00 | | | | |
| | **Average daily ledger balance** | **-$34.05** | | | |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Business High Yield Savings



Account number:      `7247  ■ November 1, 2014 - November 30, 2014  ■ Page 1 of 3

MARION ENERGY INC
2150 S CENTRAL EXPY STE 380
MCKINNEY TX 75070-4068

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR  97228-6995

---

## Your Business and Wells Fargo

**Wells Fargo Works for Small Business website**
The Wells Fargo Works site offers free access to business information and advice through videos, articles, and other small business resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Learn more about Wells Fargo Works at wellsfargoworks.com

## Activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $43.14 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 318.14 |
| **Ending balance on 11/30** | **-$275.00** |
| Average ledger balance this period | $17.25 |

Account number:      :7247

**MARION ENERGY INC**
*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $17.25 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $770.59 |

Account number:      7247 ■ November 1, 2014 - November 30, 2014 ■ Page 2 of 3



## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 11/14 | Bank Originated Debit | | 43.14 | 0.00 |
| 11/28 | Daca Maintenance Fee | | 275.00 | -275.00 |
| | | | | -275.00 |
| **Ending balance on 11/30** | | | | |
| **Totals** | | **$0.00** | **$318.14** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 11/01/2014 - 11/30/2014 | Standard monthly service fee $20.00 | You paid $0.00 |
|---|---|---|

The bank has waived, or partially waived, the fee for this fee period. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period | |
|---|---|---|---|
| Have any ONE of the following account requirements | | | |
| · Minimum daily balance | $25,000.00 | $0.00 | ☐ |
| · Average collected balance | $50,000.00 | $17.00 | ☐ |

YP/YP

Account number:          7247  ■  November 1, 2014 - November 30, 2014  ■  Page 3 of 3



### General statement policies for Wells Fargo Bank

■  **Notice:**  Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3.  Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A.  The ending balance
    shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

B.  Any deposits listed in your          $ _____
    register or transfers into           $ _____
    your account which are not           $ _____
    shown on your statement.           + $ _____

    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**

    (Add Parts A and B)

    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

C.  The total outstanding checks and
    withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**

    (Part A + Part B - Part C)
    This amount should be the same
    as the current balance shown in
    your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| - |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

**DEBTOR:** Marion Energy Inc                                    **CASE NO:** 14-31632

Form 2-C
## COMPARATIVE BALANCE SHEET
**For Period Ended:** November 30 2014

|  |  | Current Month | Petition Date (1) |
|---|---|---:|---:|
| ***ASSETS*** | | | |
| Current Assets: | | | |
| Cash (from Form 2-B, line 5) | | $ 118,934.88 | $ 5,745.76 |
| Accounts Receivable (from Form 2-E) | | 0.00 | 0.00 |
| Receivable from Officers, Employees, Affiliates | | 0.00 | 0.00 |
| Inventory | | 0.00 | 0.00 |
| Other Current Assets :(List) | Deposits | 45,184.80 | 45,184.80 |
| | Prepaid Expenses | 84,416.79 | 124,117.77 |
| | Accrued Revenue Receivable | 12,317.00 | 6,671.00 |
| Total Current Assets | | $ 260,853.47 | $ 181,719.33 |
| Fixed Assets: | | | |
| Land | | $ 0.00 | $ 0.00 |
| Building | | 0.00 | 0.00 |
| Equipment, Furniture and Fixtures | | 114,183.92 | 114,183.92 |
| Total Fixed Assets | | 114,183.92 | 114,183.92 |
| Less:  Accumulated Depreciation | | ( 56,964.34 ) | ( 55,349.67 ) |
| Net Fixed Assets | | $ 57,219.58 | $ 58,834.25 |
| Other Assets (List): | Net Oil & Gas Properties | 85,028,722.36 | 84,821,926.23 |
| | Bond Deposits | 995,930.00 | 995,930.00 |
| **TOTAL ASSETS** | | $ 86,342,725.41 | $ 86,058,409.81 |
| ***LIABILITIES*** | | | |
| Post-petition Accounts Payable (from Form 2-E) | | $ 275.00 | $ 0 |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | 0.00 | 0 |
| Post-petition Taxes Payable (from Form 2-E) | | 0.00 | 0 |
| Post-petition Notes Payable | | 1,226,682.62 | 0 |
| Other Post-petition Payable(List): | Accrued Revenue Payable | 1,298.00 | 0 |
| | Asset Retirement Obligation | 2,884.18 | 0 |
| Total Post Petition Liabilities | | $ 1,231,139.80 | $ 0 |
| Pre Petition Liabilities: | | | |
| Secured Debt | | 34,441,393.64 | 34,441,393.64 |
| Priority Debt | | 0.00 | 0.00 |
| Unsecured Debt | | 128,973,608.60 | 128,972,704.35 |
| Total Pre Petition Liabilities | | $ 163,415,002.24 | $ 163,414,097.99 |
| **TOTAL LIABILITIES** | | $ 164,646,142.04 | $ 163,414,097.99 |
| ***OWNERS' EQUITY*** | | | |
| Owner's/Stockholder's Equity | | $ 2,910,088.00 | $ 2,910,088.00 |
| Retained Earnings - Prepetition | | -80,265,776.18 | -80,265,776.18 |
| Retained Earnings - Post-petition | | -947,728.45 | 0.00 |
| **TOTAL OWNERS' EQUITY** | | $ -78,303,416.63 | $ -77,355,688.18 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | $ 86,342,725.41 | $ 86,058,409.81 |

*(1)  Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values*
*listed on the Debtor's schedules.*

Page 1 of 1

Rev. 12/10/2009

**DEBTOR:**      Marion Energy Inc                                    **CASE NO:**   14-31632

## Form 2-D
## PROFIT AND LOSS STATEMENT
**For Period**   Nov 1 2014 **to**   Nov 30 2014

|  |  | Current Month |  | Accumulated Total (1) |
|---|---|---|---|---|
| Gross Operating Revenue | $ | 5,279.94 | $ | 5,279.94 |
| Less:  Discounts, Returns and Allowances | ( | 0.00 ) | ( | 0.00 ) |
| **Net Operating Revenue** | $ | 5,279.94 | $ | 5,279.94 |
| Cost of Goods Sold |  | 0.00 |  | 0.00 |
| **Gross Profit** | $ | 5,279.94 | $ | 5,279.94 |
| Operating Expenses |  |  |  |  |
| Officer Compensation | $ | 45,000.00 | $ | 45,000.00 |
| Selling, General and Administrative |  | 88,836.30 |  | 88,836.30 |
| Rents and Leases |  | 8,918.07 |  | 8,918.07 |
| Depreciation, Depletion and Amortization |  | 6,005.45 |  | 6,005.45 |
| Other (list):      Lease Operating Expenses |  | 77,565.95 |  | 77,565.95 |
|  |  | 0.00 |  | 0.00 |
| Total Operating Expenses | $ | 226,325.77 | $ | 226,325.77 |
| **Operating Income (Loss)** | $ | -221,045.83 | $ | -221,045.83 |
| Non-Operating Income and Expenses |  |  |  |  |
| Other Non-Operating Expenses | $ | 0.00 | $ | 0.00 |
| Gains (Losses) on Sale of Assets |  | 0.00 |  | 0.00 |
| Interest Income |  | 0.00 |  | 0.00 |
| Interest Expense |  | -726,682.62 |  | -726,682.62 |
| Other Non-Operating Income |  | 0.00 |  | 0.00 |
| Net Non-Operating Income or (Expenses) | $ | -726,682.62 | $ | -726,682.62 |
| Reorganization Expenses |  |  |  |  |
| Legal and Professional Fees | $ | 0.00 | $ | 0.00 |
| Other Reorganization Expense |  | 0.00 |  | 0.00 |
| Total Reorganization Expenses | $ | 0.00 | $ | 0.00 |
| **Net Income (Loss) Before Income Taxes** | $ | -947,728.45 | $ | -947,728.45 |
| Federal and State Income Tax Expense (Benefit) |  | 0.00 |  | 0.00 |
| **NET INCOME (LOSS)** | $ | -947,728.45 | $ | -947,728.45 |

*(1)  Accumulated Totals include all revenue and expenses since the petition date.*

**DEBTOR:** Marion Energy Inc                                   **CASE NO:** 14-31632

## Form 2-E
## SUPPORTING SCHEDULES
### For Period:  Nov 1 2014  **to**  Nov 30 2014

### *POST PETITION TAXES PAYABLE SCHEDULE*

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: | | | | | | |
| Federal | $ 0 | $ 20,549.88 | $ 20,549.88 | Debited by WF Payroll | $ | 0 |
| State | 0 | 2,319.96 | 2,319.96 | Debited by WF Payroll | | 0 |
| FICA Tax Withheld | 0 | 3,645.84 | 3,645.84 | Debited by WF Payroll | | 0 |
| Employer's FICA Tax | 0 | 3,420.84 | 3,420.84 | Debited by WF Payroll | | 0 |
| Unemployment Tax | | | | | | |
| Federal | 0 | 0.00 | 0.00 | | | 0 |
| State | 0 | 59.20 | 59.20 | Debited by WF Payroll | | 0 |
| Sales, Use & Excise Taxes | 0 | 0.00 | 0.00 | | | 0 |
| Property Taxes | 0 | 0.00 | 0.00 | | | 0 |
| Accrued Income Tax: | | | | | | |
| Federal | 0 | 0.00 | 0.00 | | | 0 |
| State | 0 | 0.00 | 0.00 | | | 0 |
| Other: _____ | 0 | 0.00 | 0.00 | | | 0 |
| TOTALS | $ 0 | $ 29,995.72 | $ 29,995.72 | | $ | 0 |

*(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

### *INSURANCE SCHEDULE*

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | Travelers Casualty Ins Co | $ Statuatory | 1/24/2015 | 1/24/2015 |
| General Liability | St Paul Fire & Marine Ins | $ 2,000,000 | 1/24/2015 | 1/24/2015 |
| Property (Fire, Theft) | St Paul Fire & Marine Ins | $ 3,040,594 | 1/24/2015 | 1/24/2015 |
| Vehicle | St Paul Fire & Marine Ins | $ 1,000,000 | 1/24/2015 | 1/24/2015 |
| Umbrella Liability | St Paul Fire & Marine Ins | $ 10,000,000 | 1/24/2015 | 1/24/2015 |
| Control of Well | Travelers Property Casualt | $ 4,000,000 | 5/4/2015 | 5/4/2015 |
| Directors & Officers | AIG Europe | $ 10,000,000 | 8/31/2014 | 8/31/2014 |

Rev. 12/10/2009

**DEBTOR:** Marion Energy Inc                    **CASE NO:** 14-31632

## Form 2-E
## SUPPORTING SCHEDULES

For Period: __Nov 1 2014____ to ___Nov 30 2014_____

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $          0.00 | $          275.00 |
| 30 to 60 days | 0.00 | 0.00 |
| 61 to 90 days | 0.00 | 0.00 |
| 91 to 120 days | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 |
| **Total Post Petition** | 0.00 | |
| **Pre Petition Amounts** | 0.00 | |
| Total Accounts Receivable | $          0.00 | |
| Less:  Bad Debt Reserve | 0.00 | |
| **Net Accounts Receivable (to Form 2-C)** | $          0.00 | |
| **Total Post Petition Accounts Payable** | | $          275.00 |

*\* Attach a detail listing of accounts receivable and post-petition accounts payable*

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $          0 | $          0 | $          0 | | $          0 |
| Counsel for Unsecured Creditors' Committee | 0 | 0 | 0 | | 0 |
| Trustee's Counsel | 0 | 0 | 0 | | 0 |
| Accountant | 0 | 0 | 0 | | 0 |
| Other: | 0 | 0 | 0 | | 0 |
| Total | $          0 | $          0 | $          0 | | $          0 |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| Karel Louman | CFO | Travel Expense | $          1,268.70 |
| Karel Louman | CFO | November Salary | 25,000.00 |
| Jeffrey Clarke | CEO | November Salary | 30,000.00 |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner,

partner, shareholder, officer or director.

DEBTOR:        Marion Energy Inc                                    CASE NO:    14-31632

## Form 2-F
## QUARTERLY FEE SUMMARY *
### For the Month Ended:    Nov 2014

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | | $    0 | | | |
| February | | 0 | | | |
| March | | 0 | | | |
| TOTAL 1st Quarter | $ | 0 $ | | | |
| April | | $    0 | | | |
| May | | 0 | | | |
| June | | 0 | | | |
| TOTAL 2nd Quarter | $ | 0 $ | | | |
| July | | $    0 | | | |
| August | | 0 | | | |
| September | | 0 | | | |
| TOTAL 3rd Quarter | $ | 0 $ | | | |
| October | | $    0 | | | |
| November | | 386,810.88 | | | |
| December | | 0 | | | |
| TOTAL 4th Quarter | $ | 386,810.88 $ | | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999.................... | $325 | $1,000,000 to $1,999,999............. | $6,500 |
| $15,000 to $74,999.......... | $650 | $2,000,000 to $2,999,999............. | $9,750 |
| $75,000 to $149,999........ | $975 | $3,000,000 to $4,999,999............. | $10,400 |
| $150,000 to $224,999...... | $1,625 | $5,000,000 to $14,999,999 ....... | $13,000 |
| $225,000 to $299,999...... | $1,950 | $15,000,000 to $29,999,999.... | $20,000 |
| $300,000 to $999,999...... | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B.  Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

Rev. 12/10/2009

**DEBTOR:**  Marion Energy Inc                    **CASE NO:** 14-31632

**Form 2-G**
# NARRATIVE
**For Period Ending November 30, 2014**

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

**Operations:** The Debtor commenced de-watering the gas wells at Clear Creek Field.  The water levels are decreasing and gas production has come online.

**Legal:** The Debtor successfully defended against TCS's motion to dismiss for bad faith.  Because of the extensive discovery sought by TCS in the matter, the Debtor incurred legal fees that will come due in the following months in excess of the Debtor's retainer on file.  All such fees are subject to Court approval pursuant to the Order granting the Debtor's Application to Retain Parsons Behle & Latimer as attorneys for the Debtor. The Debtor will revise its operating DIP budget and staffing plan in consultation with its counsel.

The Debtor's motion to authorize post-petition financing was denied to the extent it sought to grant the proposed lender a priming lien under section 364(d).  The Debtor is unable to find funding for its operations on a subordinated basis.  The Debtor has filed a motion for reconsideration and is hopeful that the Court will grant it the ability to borrow on a first-priority basis.  If the Court does not grant the motion for reconsideration and allow the Debtor to incur post-petition financing on a first-priority basis, the Debtor will likely have to cease operations.

Rev. 12/10/2009