**DEBTOR:**   Marion Energy Inc

**MONTHLY OPERATING REPORT**
CHAPTER 11

**CASE NUMBER:**   14-31632

**Form 2-A**
**COVER SHEET**

For Period Ending __December 31 2014_____

**Accounting Method:**   [X] Accrual Basis   [ ] Cash Basis

### THIS REPORT IS DUE 14 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each
Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee
has waived the requirement in writing.  File the original with the Clerk of Court.
Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|:---:|:---:|---|
| [X] | [ ] | 1.  Cash Receipts and Disursements Statement (Form 2-B) |
| [X] | [ ] | 2.  Balance Sheet (Form 2-C) |
| [X] | [ ] | 3.  Profit and Loss Statement (Form 2-D) |
| [X] | [ ] | 4.  Supporting Schedules (Form 2-E) |
| [X] | [ ] | 5.  Quarterly Fee Summary (Form 2-F) |
| [X] | [ ] | 6.  Narrative (Form 2-G) |
| [X] | [ ] | 7.  Bank Statements for All Bank Accounts<br>     IMPORTANT: Redact account numbers and remove check images |
| [X] | [ ] | 8.  Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any*
*attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

**Executed on:**   #

**Print Name:** Karel Louman

**Signature:**

**Title:**   Chief Financial Officer

Rev. 12/10/200

**DEBTOR:**  Marion Energy Inc          **CASE NO:**      14-31632

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:  Dec 1 2014 to  Dec 31 2014

**CASH FLOW SUMMARY**

|  | | Current Month | | Accumulated |
|---|---|---|---|---|
| **1. Beginning Cash Balance** | $ | 5,745.76 (1) | $ | 5,745.76 (1) |
| 2. Cash Receipts | | | | |
|     Operations | | 0.00 | | 0.00 |
|     Sale of Assets | | 0.00 | | 0.00 |
|     Loans/advances | | 500,000.00 | | 1,000,000.00 |
|     Other | | 50,000.00 | | 50,000.00 |
|     Total Cash Receipts | $ | 550,000.00 | $ | 1,050,000.00 |
| 3. Cash Disbursements | | | | |
|     Operations | | 325,655.80 | | 712,466.68 |
|     Debt Service/Secured loan payment | | 0.00 | | 0.00 |
|     Professional fees/U.S. Trustee fees | | 0.00 | | 0.00 |
|     Other | | 0.00 | | 0.00 |
|     Total Cash Disbursements | $ | 325,655.80 | $ | 712,466.68 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | 224,344.20 | | 337,533.32 |
| **5 Ending Cash Balance (to Form 2-C)** | $ | 230,089.96 (2) | $ | 343,279.08 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | | Book Balance |
|---|---|---|---|
| Petty Cash | | $ | 0 |
| DIP Operating Account | Wells Fargo Bank 9882 | | 343,279.08 |
| DIP State Tax Account | | | 0.00 |
| DIP Payroll Account | | | 0.00 |
| Other Operating Account | Wells Fargo Bank 6042 | | 0.00 |
| Other Operating Account | Wells Fargo Bank 0277 | | 0.00 |
| Other Interest-bearing Account | Wells Fargo Bank 7247 | | 0.00 |
| TOTAL (must agree with Ending Cash Balance above) | | $ | 343,279.08 (2) |

*(1)  Accumulated beginning cash balance is the cash available at the commencement of the case.*
*Current month beginning cash balance should equal the previous month's ending balance.*
*(2)  All cash balances should be the same.*

**DEBTOR:**   **Marion Energy Inc**                          **CASE NO:**        14-31632

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _Dec 1 2014_____ to __Dec 31 2014____

**CASH RECEIPTS DETAIL**                **Account No:**    | Wells Fargo Bank 9882 |
*(attach additional sheets as necessary)*

| Date | Payer | Description | | Amount |
|------|-------|-------------|---|--------|
| 12/24/2014 | TCS II | DIP Loan | $ | 500,000.00 |
| 12/15/2014 | Marion Energy | Transfer | | 50,000.00 |

**Total Cash Receipts**    $    550,000.00 (1)

*(1)  Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

**DEBTOR:** Marion Energy Inc                    **CASE NO:** 14-31632

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:  Dec 1 2014  to  Dec 31 2014

**CASH DISBURSEMENTS DETAIL**                    **Account No:** Wells Fargo Bank 9882
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 12/01/2014 | 1015 | GE Credit Equities, Inc. | Office Utilities | 620.40 |
| 12/01/2014 | 1015 | GE Credit Equities, Inc. | Office Rent | 8,099.67 |
| 12/01/2014 | 1016 | Guardian | Health Insurance Expense | 2,932.95 |
| 12/01/2014 | 1018 | United Health Care | Health Insurance Expense | 17,862.08 |
| 12/01/2014 | 1019 | JW Power Company | Compressor Rental | 18,711.33 |
| 12/01/2014 | 1020 | Nelco Contractors Inc | Contract Labor | 407.97 |
| 12/01/2014 | 1021 | Gollob Morgan Peddy | Accounting Fees | 3,050.00 |
| 12/01/2014 | 1021 | Gollob Morgan Peddy | Accounting Fees | 4,000.00 |
| 12/01/2014 | WT Fed#05507 | Jeffrey Clarke | Travel Expense | 1,000.00 |
| 12/02/2014 | 1022 | Enviro Rehab & Construction | Misc Equipment | 1,208.50 |
| 12/02/2014 | 1022 | Enviro Rehab & Construction | Equipment Rental | 5,940.85 |
| 12/02/2014 | 1022 | Enviro Rehab & Construction | LOE - Snow Removal | 7,900.00 |
| 12/04/2014 | WT Fed#06467 | Karel Louman | Travel Expense | 1,605.75 |
| 12/04/2014 | WT Seq#58599 | Thomas Petroleum LLC | Fuel | 4,000.00 |
| 12/05/2014 | WT Fed#02847 | Leland D. Endsley | Travel Expense | 5,000.00 |
| 12/08/2014 | 1023 | Enviro Rehab & Construction | Repairs & Maint | 693.58 |
| 12/08/2014 | 1023 | Enviro Rehab & Construction | LOE - Snow Removal | 1,535.00 |
| 12/08/2014 | 1024 | Jon Nuttal | LOE - Snow Removal | 2,250.00 |
| 12/08/2014 | 1025 | CubeSmart | Storage | 198.00 |
| 12/08/2014 | 1026 | CentraCom | Telephones | 52.90 |
| 12/08/2014 | 1027 | Time Warner Cable | Telephone Expense | 828.78 |
| 12/08/2014 | WT Fed#00867 | Douglas Flannery | Travel Expense | 4,036.98 |
| 12/08/2014 | WT Fed#04403 | Timothy Dart | Contract Labor | 2,113.51 |
| 12/08/2014 | WT Fed#04602 | David Smith | Expenses | 1,239.00 |
| 12/08/2014 | WT Fed#09435 | Jeffrey Clarke | Office Expense | 308.39 |
| 12/08/2014 | WT Fed#09435 | Jeffrey Clarke | Meals & Entertainment | 680.17 |
| 12/08/2014 | WT Fed#09435 | Jeffrey Clarke | Telephone Expense | 1,059.07 |
| 12/08/2014 | WT Fed#09435 | Jeffrey Clarke | Travel Expense | 6,910.15 |
| 12/09/2014 | 1028 | Rickard DeMille | Office Expense | 187.91 |
| 12/09/2014 | 1029 | Unum Life Insurance Co | Insurance Expense | 2,310.02 |
| 12/11/2014 | 141210 | Wells Fargo | Bank Charges | 365.61 |
| 12/15/2014 | 1030 | Enviro Rehab & Construction | LOE - Snow Removal | 1,200.00 |
| 12/15/2014 | 1031 | Elaine Tran | Misc G&A | 25.00 |
| 12/15/2014 | 1031 | Elaine Tran | Office Expense | 123.68 |
| 12/15/2014 | 141216 | Wells Fargo Payroll | Payroll Fees | 82.95 |
| 12/15/2014 | Debit123014 | Wells Fargo Payroll | Payroll Taxes | 10,686.28 |
| 12/15/2014 | WT Fed Various | Wells Fargo Payroll | Net Payroll to Employees | 35,554.66 |
| 12/15/2014 | Wt Fed#01839 | Karel Louman | Travel Expense | 2,392.20 |
| 12/18/2014 | WT Seq#57163 | Thomas Petroleum LLC | Fuel | 3,500.00 |
| 12/26/2014 | 1032 | Darvel Earl | Truck Allowance | 1,000.00 |
| 12/26/2014 | 1033 | David Smith | Truck Allowance | 1,500.00 |
| 12/26/2014 | 1034 | Enviro Rehab & Construction | Repairs & Maint | 203.65 |
| 12/26/2014 | 1034 | Enviro Rehab & Construction | LOE - Snow Removal | 2,400.00 |
| 12/26/2014 | 1035 | Paragon Automation | Meter Proving | 435.00 |
| 12/26/2014 | 1035 | Paragon Automation | Meter Proving | 475.00 |
| 12/26/2014 | WT Fed#01210 | Timothy Dart | Contract Labor | 661.93 |
| 12/26/2014 | WT Fed#01210 | Timothy Dart | Contract Labor | 661.94 |
| 12/26/2014 | WT Fed#01232 | Douglas Flannery | Consulting Fees | 25,000.00 |
| 12/29/2014 | 1036 | Security Life of Denver Ins Co | Insurance Expense | 4,550.00 |
| 12/29/2014 | 1037 | Enviro Rehab & Construction | LOE - Snow Removal | 9,200.00 |
| 12/29/2014 | WT Fed#04805 | ONRR | Delay Rentals | 1,794.00 |
| 12/29/2014 | Wt Fed#06393 | Karel Louman | Travel Expense | 280.71 |
| 12/30/2014 | 1038 | Carbon County Treasurer | Ad Valorem Tax | 4,729.78 |
| 12/30/2014 | 1038 | Carbon County Treasurer | Ad Valorem Tax | 4,751.33 |
| 12/30/2014 | 1039 | Emery County Treasurer | Ad Valorem Tax | 5,520.60 |
| 12/30/2014 | 141231 | Wells Fargo Payroll | Payroll Fees | 92.55 |
| 12/30/2014 | 141231 | Wells Fargo Payroll | Net Payroll to Employees | 82,967.79 |
| 12/30/2014 | Debit123014 | Wells Fargo Payroll | Payroll Taxes | 18,483.18 |
| 12/31/2014 | | Wells Fargo | Bank Charges | 275.00 |

**Total Cash Disbursements**          $      325,655.80 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

**DEBTOR:** Marion Energy Inc                    **CASE NO:** 14-31632

Form 2-C

## COMPARATIVE BALANCE SHEET

**For Period Ended:** December 31 2014

|  | | Current Month | | Petition Date (1) |
|---|---|---|---|---|
| ***ASSETS*** | | | | |
| Current Assets: | | | | |
| Cash (from Form 2-B, line 5) | | $ 343,279.08 | $ | 5,745.76 |
| Accounts Receivable (from Form 2-E) | | 0.00 | | 0.00 |
| Receivable from Officers, Employees, Affiliates | | 0.00 | | 0.00 |
| Inventory | | 0.00 | | 0.00 |
| Other Current Assets :(List) | Deposits | 45,742.80 | | 45,184.80 |
| | Prepaid Expenses | 68,921.80 | | 124,117.77 |
| | Accrued Revenue Receivable | 24,107.85 | | 6,671.00 |
| Total Current Assets | | $ 482,051.53 | $ | 181,719.33 |
| Fixed Assets: | | | | |
| Land | | $ 0.00 | $ | 0.00 |
| Building | | 0.00 | | 0.00 |
| Equipment, Furniture and Fixtures | | 114,183.92 | | 114,183.92 |
| Total Fixed Assets | | 114,183.92 | | 114,183.92 |
| Less:  Accumulated Depreciation | | ( 58,579.01 ) | ( | 55,349.67 ) |
| Net Fixed Assets | | $ 55,604.91 | $ | 58,834.25 |
| Other Assets (List): | Net Oil & Gas Properties | 85,067,555.05 | | 84,821,926.23 |
| | Bond Deposits | 995,930.00 | | 995,930.00 |
| **TOTAL ASSETS** | | $ 86,601,141.49 | $ | 86,058,409.81 |
| ***LIABILITIES*** | | | | |
| Post-petition Accounts Payable (from Form 2-E) | | $ 275.00 | $ | 0 |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | 167,170.34 | | 0 |
| Post-petition Taxes Payable (from Form 2-E) | | 0.00 | | 0 |
| Post-petition Notes Payable | | 2,454,351.21 | | 0 |
| Other Post-petition Payable(List): | Accrued Revenue Payable | 4,142.59 | | 0 |
| | Asset Retirement Obligation | 5,768.36 | | 0 |
| | Intercompany Marion Energy | 50,000.00 | | |
| Total Post Petition Liabilities | | $ 2,681,707.50 | $ | 0 |
| Pre Petition Liabilities: | | | | |
| Secured Debt | | 34,441,393.64 | | 34,441,393.64 |
| Priority Debt | | 0.00 | | 0.00 |
| Unsecured Debt | | 128,973,608.60 | | 128,972,704.35 |
| Total Pre Petition Liabilities | | $ 163,415,002.24 | $ | 163,414,097.99 |
| **TOTAL LIABILITIES** | | $ 166,096,709.74 | $ | 163,414,097.99 |
| ***OWNERS' EQUITY*** | | | | |
| Owner's/Stockholder's Equity | | $ 2,910,088.00 | $ | 2,910,088.00 |
| Retained Earnings - Prepetition | | -80,265,776.18 | | -80,265,776.18 |
| Retained Earnings - Post-petition | | -2,139,880.07 | | 0.00 |
| **TOTAL OWNERS' EQUITY** | | $ -79,495,568.25 | $ | -77,355,688.18 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | $ 86,601,141.49 | $ | 86,058,409.81 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values
listed on the Debtor's schedules.*

Page 1 of 1

Rev. 12/10/2009

**DEBTOR:**    Marion Energy Inc                           **CASE NO:**    14-31632

## Form 2-D
## PROFIT AND LOSS STATEMENT
**For Period**    Dec 1 2014 **to** Dec 31 2014

|  | | Current Month | | Accumulated Total (1) |
|---|---|---|---|---|
| Gross Operating Revenue | $ | 11,008.14 | $ | 16,288.08 |
| Less:  Discounts, Returns and Allowances | ( | 0.00 ) | ( | 0.00 ) |
| **Net Operating Revenue** | $ | 11,008.14 | $ | 16,288.08 |
| Cost of Goods Sold | | 0.00 | | 0.00 |
| **Gross Profit** | $ | 11,008.14 | $ | 16,288.08 |
| Operating Expenses | | | | |
| Officer Compensation | $ | 55,000.00 | $ | 100,000.00 |
| Selling, General and Administrative | | 294,667.03 | | 383,503.33 |
| Rents and Leases | | 8,918.07 | | 17,836.14 |
| Depreciation, Depletion and Amortization | | 6,005.45 | | 12,010.90 |
| Other (list):    Lease Operating Expenses | | 110,900.62 | | 188,466.57 |
| | | 0.00 | | 0.00 |
| Total Operating Expenses | $ | 475,491.17 | $ | 701,816.94 |
| **Operating Income (Loss)** | $ | -464,483.03 | $ | -685,528.86 |
| Non-Operating Income and Expenses | | | | |
| Other Non-Operating Expenses | $ | 0.00 | $ | 0.00 |
| Gains (Losses) on Sale of Assets | | 0.00 | | 0.00 |
| Interest Income | | 0.00 | | 0.00 |
| Interest Expense | | -727,668.59 | | -1,454,351.21 |
| Other Non-Operating Income | | 0.00 | | 0.00 |
| Net Non-Operating Income or (Expenses) | $ | -727,668.59 | $ | -1,454,351.21 |
| Reorganization Expenses | | | | |
| Legal and Professional Fees | $ | 0.00 | $ | 0.00 |
| Other Reorganization Expense | | 0.00 | | 0.00 |
| Total Reorganization Expenses | $ | 0.00 | $ | 0.00 |
| **Net Income (Loss) Before Income Taxes** | $ | -1,192,151.62 | $ | -2,139,880.07 |
| Federal and State Income Tax Expense (Benefit) | | 0.00 | | 0.00 |
| **NET INCOME (LOSS)** | $ | -1,192,151.62 | $ | -2,139,880.07 |

*(1)  Accumulated Totals include all revenue and expenses since the petition date.*

**DEBTOR:** Marion Energy Inc                                          **CASE NO:** 14-31632

### Form 2-E
### SUPPORTING SCHEDULES
**For Period:** Dec 1 2014 **to** Dec 31 2014

### *POST PETITION TAXES PAYABLE SCHEDULE*

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: | | | | | | |
| Federal | $ 0 | $ 20,549.88 | $ 20,549.88 | Debited by WF Payroll | $ | 0 |
| State | 0 | 2,319.96 | 2,319.96 | Debited by WF Payroll | | 0 |
| FICA Tax Withheld | 0 | 3,374.81 | 3,374.81 | Debited by WF Payroll | | 0 |
| Employer's FICA Tax | 0 | 2,924.81 | 2,924.81 | Debited by WF Payroll | | 0 |
| Unemployment Tax | | | | | | |
| Federal | 0 | 0.00 | 0.00 | | | 0 |
| State | 0 | 0.00 | 0.00 | | | 0 |
| Sales, Use & | | | | | | |
| Excise Taxes | 0 | 0.00 | 0.00 | | | 0 |
| Property Taxes | 0 | 0.00 | 0.00 | | | 0 |
| Accrued Income Tax: | | | | | | |
| Federal | 0 | 0.00 | 0.00 | | | 0 |
| State | 0 | 0.00 | 0.00 | | | 0 |
| Other: | 0 | 0.00 | 0.00 | | | 0 |
| TOTALS | $ 0 | $ 29,169.46 | $ 29,169.46 | | $ | 0 |

*(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

### *INSURANCE SCHEDULE*

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | Travelers Casualty Ins Co | $ Statuatory | 1/24/2015 | 1/24/2015 |
| General Liability | St Paul Fire & Marine Ins | $ 2,000,000 | 1/24/2015 | 1/24/2015 |
| Property (Fire, Theft) | St Paul Fire & Marine Ins | $ 3,040,594 | 1/24/2015 | 1/24/2015 |
| Vehicle | St Paul Fire & Marine Ins | $ 1,000,000 | 1/24/2015 | 1/24/2015 |
| Umbrella Liability | St Paul Fire & Marine Ins | $ 10,000,000 | 1/24/2015 | 1/24/2015 |
| Control of Well | Travelers Property Casualt | $ 4,000,000 | 5/4/2015 | 5/4/2015 |
| Directors & Officers | AIG Europe | $ 10,000,000 | 8/31/2014 | 8/31/2014 |

Rev. 12/10/2009

**DEBTOR:** Marion Energy Inc                    **CASE NO:**    14-31632

**Form 2-E**
**SUPPORTING SCHEDULES**
For Period: __Dec 1 2014____ to ___Dec 31 2014_____

### *ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING*

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $        0.00 | $        275.00 |
| 30 to 60 days | 0.00 | 0.00 |
| 61 to 90 days | 0.00 | 0.00 |
| 91 to 120 days | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 |
| **Total Post Petition** | 0.00 | |
| **Pre Petition Amounts** | 0.00 | |
| Total Accounts Receivable | $        0.00 | |
| Less:  Bad Debt Reserve | 0.00 | |
| **Net Accounts Receivable (to Form 2-C)** | $        0.00 | |
| **Total Post Petition Accounts Payable** | | $        275.00 |

*\* Attach a detail listing of accounts receivable and post-petition accounts payable*

### *SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS*

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $        0 | $ 167170.34 | $        0 | | $      167170.34 |
| Counsel for Unsecured Creditors' Committee | | | | | 0 |
| | 0 | 0 | 0 | | 0 |
| Trustee's Counsel | 0 | 0 | 0 | | 0 |
| Accountant | 0 | 0 | 0 | | 0 |
| Other: | 0 | 0 | 0 | | 0 |
| Total | $        0 | $ 167170.34 | $        0 | | $      167170.34 |

*\*Balance due to include fees and expenses incurred but not yet paid.*

### *SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES\*\**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| Karel Louman | CFO | Travel Expense | $        4,278.66 |
| Karel Louman | CFO | December Salary | 25,000.00 |
| Jeffrey Clarke | CEO | Travel Expense | 9,957.78 |
| Jeffrey Clarke | CEO | December Salary | 30,000.00 |

**\*\*List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner,
partner, shareholder, officer or director.**

**DEBTOR:**     Marion Energy Inc                              **CASE NO:**   14-31632

## Form 2-F
## QUARTERLY FEE SUMMARY *
### For the Month Ended:     Dec 2014

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|-------|------|----------------------|-------------------|-----------|-----------|
| January |  | $ 0 | | | |
| February |  | 0 | | | |
| March |  | 0 | | | |
| **TOTAL 1st Quarter** | | $ 0 $ | | | |
| April |  | $ 0 | | | |
| May |  | 0 | | | |
| June |  | 0 | | | |
| **TOTAL 2nd Quarter** | | $ 0 $ | | | |
| July |  | $ 0 | | | |
| August |  | 0 | | | |
| September |  | 0 | | | |
| **TOTAL 3rd Quarter** | | $ 0 $ | | | |
| October | 2014 | $ 0 | | | |
| November | 2014 | 386,810.88 | | | |
| December | 2014 | 325,655.80 | | | |
| **TOTAL 4th Quarter** | | $ 712,466.68 $ | 4,875.00 | | |

## FEE SCHEDULE (as of JANUARY 1, 2008)
*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|-------------------------|-----|-------------------------|-----|
| $0 to $14,999................... | $325 | $1,000,000 to $1,999,999............. | $6,500 |
| $15,000 to $74,999.......... | $650 | $2,000,000 to $2,999,999............. | $9,750 |
| $75,000 to $149,999........ | $975 | $3,000,000 to $4,999,999............. | $10,400 |
| $150,000 to $224,999...... | $1,625 | $5,000,000 to $14,999,999 ……. | $13,000 |
| $225,000 to $299,999...... | $1,950 | $15,000,000 to $29,999,999…. | $20,000 |
| $300,000 to $999,999...... | $4,875 | $30,000,000 or more | $30,000 |

\*   This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\*  Should agree with line 3, Form 2-B.  Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

Page 1 of 1

Rev. 12/10/2009

**DEBTOR:** Marion Energy Inc                          **CASE NO:** 14-31632

**Form 2-G**
# NARRATIVE
**For Period Ending 12/31/2014**

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.**

On January 6, 2015, the Bankruptcy Court entered an order approving a stipulation between the Debtor and the Debtor's secured creditor, TCS II Funding Solutions, LLC/Castlelake (collectively "TCS"). The stipulation provided, among other things, that TCS would provide post-petition financing for the Debtor under the terms of the existing secured credit facility, subject to a budget and other terms and conditions, in order to fund a sales or refinance process of the Debtor's primary asset, Clear Creek Field. In addition to the funding, the stipulation required the Debtor to retain certain professionals to assist in the sales and marketing process. The Debtor has filed applications to retain the professionals, and the Bankruptcy Court will hold a hearing on the retention applications on January 15, 2015. The Debtor is now operating its gas wells at Clear Creek Field and is in the process of dewatering the wells and producing small quantities of gas.

Rev. 12/10/2009

# Analyzed Business Checking

Account number:    9882 ■ December 1, 2014 - December 31, 2014 ■ Page 1 of 3



**WELLS FARGO**

MARION ENERGY INC
OPERATING ACCOUNT
DEBTOR IN POSSESSION
CH 11 CASE # 14–31632 (UT)
2150 S CENTRAL EXPY STE 380
MCKINNEY TX 75070-4068

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (808)
McKinney Towne Crossing
8990 State Hwy 121
McKinney, TX 75070

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 9882 | $133,746.26 | $550,000.00 | -$298,737.59 | $385,008.67 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/15 | 50,000.00 | WT F61214003280000 Australia and NE /Org=Kordamentha Pty Ltd Usd Account Srf# F61214003280000 Trn#141215016057 Rfb# |
| | 12/24 | 500,000.00 | WT Seq129316 Castlelake II Lp /Org=Castlelake Lp Srf# IN14122408561714 Trn#141224129316 Rfb# 000024301 |
| | | **$550,000.00** | **Total electronic deposits/bank credits** |
| | | **$550,000.00** | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/01 | 1,000.00 | WT Fed#05507 Compass Bank /Ftr/Bnf=Jeffrey Clarke Srf# IN14120109362761 Trn#141201091398 Rfb# 000000252 |
| | 12/01 | 275.00 | Online Transfer Ref #Bbexrs8Fhg to 8762827247 on 12/01/2014 0121 PM |
| | 12/04 | 4,000.00 | WT Seq#58599 Thomas Petroleum, LLC - /Bnf=Thomas Petroleum LLC Srf# IN14120408293791 Trn#141204058599 Rfb# 000000253 |
| | 12/04 | 1,605.75 | WT Fed#06467 Jpmorgan Chase Ban /Ftr/Bnf=Karel Louman Srf# IN14120408301609 Trn#141204058774 Rfb# 000000254 |
| | 12/05 | 5,000.00 | WT Fed#02847 Jpmorgan Chase Ban /Ftr/Bnf=Leland Endsley Srf# IN14120507160454 Trn#141205045821 Rfb# 000000255 |
| | 12/08 | 8,957.78 | WT Fed#09435 Compass Bank /Ftr/Bnf=Jeffrey Clarke Srf# IN14120807220270 Trn#141208044927 Rfb# 000000256 |



**Electronic debits/bank debits** (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/08 | 4,036.98 | WT Fed#00867 Td Bank, NA /Ftr/Bnf=Douglas Flannery Srf# IN14120807373295 Trn#141208048001 Rfb# 000000257 |
| | 12/08 | 2,113.51 | WT Fed#04403 East Idaho Credit /Ftr/Bnf=Timothy J Dart Srf# IN14120808273477 Trn#141208058290 Rfb# 000000258 |
| | 12/08 | 1,239.00 | WT Fed#04602 Zions First Nation /Ftr/Bnf=David Smith Srf# IN14120808301089 Trn#141208058923 Rfb# 000000259 |
| | 12/11 | 365.61 | Client Analysis Srvc Chrg 141210 Svc Chge 1114 000005326349882 |
| | 12/15 | 2,392.20 | WT Fed#01839 Jpmorgan Chase Ban /Ftr/Bnf=Karel Louman Srf# IN14121506550434 Trn#141215046953 Rfb# 000000260 |
| | 12/15 | 7,028.09 | WT Fed#05154 Compass Bank /Ftr/Bnf=Keri Clarke Srf# IN14121507303277 Trn#141215057863 Rfb# 000000261 |
| | 12/15 | 2,185.53 | WT Seq#57944 Bethan Clarke-Roti /Bnf=Bethan Clarke-Roti Srf# IN14121507305395 Trn#141215057944 Rfb# 000000262 |
| | 12/15 | 5,251.99 | WT Seq#58132 Rickard Demille /Bnf=Rickard Demille Srf# IN14121507313119 Trn#141215058132 Rfb# 000000263 |
| | 12/15 | 1,795.99 | WT Fed#05227 System United Corp /Ftr/Bnf=Desertview Federal Credit Union Srf# IN14121507315584 Trn#141215058253 Rfb# 000000264 |
| | 12/15 | 6,935.92 | WT Fed#05265 Jpmorgan Chase Ban /Ftr/Bnf=Leland Endsley Srf# IN14121507322963 Trn#141215058347 Rfb# 000000265 |
| | 12/15 | 4,361.11 | WT Fed#05308 Bank of America, N /Ftr/Bnf=Benjamin J Evans Srf# IN14121507325556 Trn#141215058433 Rfb# 000000266 |
| | 12/15 | 2,812.60 | WT Fed#05323 Zions First Nation /Ftr/Bnf=David Smith Srf# IN14121507331769 Trn#141215058532 Rfb# 000000267 |
| | 12/15 | 5,183.43 | WT Fed#05338 Jpmorgan Chase Ban /Ftr/Bnf=Elaine D Tran Srf# IN14121507333860 Trn#141215058640 Rfb# 000000268 |
| | 12/15 | 10,686.28 | Wells Fargo Busi Tax Col Payroll Allen 7135756 |
| | 12/15 | 82.95 | Marion Energy IN WF Payroll 141216 7135756 Payroll Invoice |
| | 12/18 | 3,500.00 | WT Seq#57163 Thomas Petroleum, LLC - /Bnf=Thomas Petroleum LLC Srf# IN14121807482357 Trn#141218057163 Rfb# 000000269 |
| | 12/26 | 1,323.87 | WT Fed#01210 East Idaho Credit /Ftr/Bnf=Timothy J Dart Srf# IN14122607295388 Trn#141226076905 Rfb# 000000270 |
| | 12/26 | 25,000.00 | WT Fed#01232 Td Bank, NA /Ftr/Bnf=Douglas Flannery Srf# IN14122607310696 Trn#141226037052 Rfb# 000000271 |
| | 12/29 | 280.71 | WT Fed#06393 Jpmorgan Chase Ban /Ftr/Bnf=Karel Louman Srf# IN14122908102206 Trn#141229060414 Rfb# 000000272 |
| | 12/29 | 1,794.00 | WT Fed#04805 Treas NYC Funds Tr /Ftr/Bnf=US Dept of The Interior, Office of Srf# IN14122909541115 Trn#141229058234 Rfb# 000000273 |
| | 12/30 | 92.55 | Marion Energy IN WF Payroll 141231 7135756 Payroll Invoice |
| | 12/30 | 18,483.18 | Wells Fargo Busi Tax Col Payroll Allen 7135756 |
| | 12/30 | 82,967.79 | Marion Energy IN WF Payroll 141231 7135756 Payroll DD |
| | | **$210,751.82** | **Total electronic debits/bank debits** |

**Checks paid**

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 1012 | 333.50 | 12/02 | 1015 | 8,720.07 | 12/02 | 1019 | 18,711.33 | 12/02 |
| 1013 | 1,000.00 | 12/01 | 1016 | 2,932.95 | 12/05 | 1020 | 407.97 | 12/09 |
| 1014 | 1,500.00 | 12/01 | 1018* | 17,862.08 | 12/05 | 1021 | 7,050.00 | 12/03 |

Account number:    **9882**  ■  December 1, 2014 - December 31, 2014  ■  Page 3 of 3



### Checks paid (continued)

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|--------|--------|------|--------|--------|------|--------|--------|------|
| 1022 | 15,049.35 | 12/09 | 1027 | 828.78 | 12/12 | 1031 | 148.68 | 12/15 |
| 1023 | 2,228.58 | 12/16 | 1028 | 187.91 | 12/09 | 1033* | 1,500.00 | 12/31 |
| 1024 | 2,250.00 | 12/15 | 1029 | 2,310.02 | 12/15 | 1034 | 2,603.65 | 12/31 |
| 1025 | 198.00 | 12/10 | 1030 | 1,200.00 | 12/23 | 1035 | 910.00 | 12/31 |
| 1026 | 52.90 | 12/12 | | | | | | |

                        **$87,985.77**    **Total checks paid**

*   *Gap in check sequence.*

                        **$298,737.59**    **Total debits**

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/30 | 133,746.26 | 12/09 | 31,763.08 | 12/23 | 19,964.42 |
| 12/01 | 129,971.26 | 12/10 | 31,565.08 | 12/24 | 519,964.42 |
| 12/02 | 102,206.36 | 12/11 | 31,199.47 | 12/26 | 493,640.55 |
| 12/03 | 95,156.36 | 12/12 | 30,317.79 | 12/29 | 491,565.84 |
| 12/04 | 89,550.61 | 12/15 | 26,893.00 | 12/30 | 390,022.32 |
| 12/05 | 63,755.58 | 12/16 | 24,664.42 | 12/31 | 385,008.67 |
| 12/08 | 47,408.31 | 12/18 | 21,164.42 | | |

        **Average daily ledger balance    $155,822.46**

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058.  You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Business High Yield Savings

Account number: 7247 ■ December 1, 2014 - December 31, 2014 ■ Page 1 of 3



MARION ENERGY INC
2150 S CENTRAL EXPY STE 380
MCKINNEY TX 75070-4068

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Don't forget to notify us of your business travel plans to help avoid issues when using your Wells Fargo cards while traveling. It's easy to notify us online at wellsfargo.com/travelplan, through the Wells Fargo mobile app, or by calling the phone number on the back of your card.

## Activity summary

| | |
|---|---|
| Beginning balance on 12/1 | -$275.00 |
| Deposits/Credits | 275.00 |
| Withdrawals/Debits | - 275.00 |
| **Ending balance on 12/31** | **-$275.00** |

Account number !7247

**MARION ENERGY INC**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $0.00 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $770.59 |

Account number:        **7247**  ■  December 1, 2014 - December 31, 2014  ■  Page 2 of 3

**WELLS FARGO**

---

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 12/1 | Online Transfer Ref #Bbexrs8Fhg From 5326349882 on 12/01/2014 0121 Pm | 275.00 | | 0.00 |
| 12/31 | Daca Maintenance Fee | | 275.00 | -275.00 |
| **Ending balance on 12/31** | | | | **-275.00** |
| **Totals** | | **$275.00** | **$275.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 12/01/2014 - 12/31/2014 | Standard monthly service fee $20.00 | You paid $0.00 |
|---|---|---|

The bank has waived, or partially waived, the fee for this fee period. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $25,000.00 | $0.00 ☐ |
| · Average collected balance | $50,000.00 | $0.00 ☐ |

YP/YP

Account number:        **7247**  ■ December 1, 2014 - December 31, 2014  ■ Page 3 of 3



WELLS FARGO

---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801