**DEBTOR:**  **Marion Energy Inc** _____

**MONTHLY OPERATING REPORT**
CHAPTER 11

**CASE NUMBER:** 14-31632 _____

**Form 2-A**
**COVER SHEET**

For Period Ending __January 31 2015_____

**Accounting Method:**  [X] Accrual Basis   [ ] Cash Basis

___

***THIS REPORT IS DUE 14 DAYS AFTER THE END OF THE MONTH***

Mark One Box for Each
Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee
has waived the requirement in writing.  File the original with the Clerk of Court.
Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|:---:|:---:|---|
| [X] | [ ] | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| [X] | [ ] | 2. Balance Sheet (Form 2-C) |
| [X] | [ ] | 3. Profit and Loss Statement (Form 2-D) |
| [X] | [ ] | 4. Supporting Schedules (Form 2-E) |
| [X] | [ ] | 5. Quarterly Fee Summary (Form 2-F) |
| [X] | [ ] | 6. Narrative (Form 2-G) |
| [X] | [ ] | 7. Bank Statements for All Bank Accounts    IMPORTANT: Redact account numbers and remove check images |
| [X] | [ ] | 8. Bank Statement Reconciliations for all Bank Accounts |

___

***I declare under penalty of perjury that the following Monthly Operating Report, and any
attachments thereto are true, accurate and correct to the best of my knowledge and belief.***

**Executed on:**  2/16/2015

**Print Name:** ____Elaine Tran_____

**Signature:** _____Elaine Tran_____

**Title:** _____Controller_____

Rev. 12/10/2009

**DEBTOR:**   Marion Energy Inc                              **CASE NO:**   14-31632

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:   Jan 1 2015  to  Jan 31 2015

**CASH FLOW SUMMARY**

|  | | Current Month | | Accumulated |
|---|---|---|---|---|
| **1. Beginning Cash Balance** | $ | 343,279.08 (1) | $ | 5,745.76 (1) |
| | | | | |
| 2. Cash Receipts | | | | |
| Operations | | 0.00 | | 0.00 |
| Sale of Assets | | 0.00 | | 0.00 |
| Loans/advances | | 400,000.00 | | 1,400,000.00 |
| Other | | 0.00 | | 50,000.00 |
| | | | | |
| Total Cash Receipts | $ | 400,000.00 | $ | 1,450,000.00 |
| | | | | |
| 3. Cash Disbursements | | | | |
| Operations | | 402,111.32 | | 1,114,578.00 |
| Debt Service/Secured loan payment | | 0.00 | | 0.00 |
| Professional fees/U.S. Trustee fees | | 325.00 | | 325.00 |
| Other | | 0.00 | | 0.00 |
| | | | | |
| Total Cash Disbursements | $ | 402,436.32 | $ | 1,114,903.00 |
| | | | | |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | -2,436.32 | | 335,097.00 |
| | | | | |
| **5 Ending Cash Balance (to Form 2-C)** | $ | 340,842.76 (2) | $ | 340,842.76 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | | Book Balance |
|---|---|---|---|
| Petty Cash | | $ | 0 |
| DIP Operating Account | Wells Fargo Bank 9882 | | 340,842.76 |
| DIP State Tax Account | | | 0.00 |
| DIP Payroll Account | | | 0.00 |
| Other Operating Account | Wells Fargo Bank 6042 | | 0.00 |
| Other Operating Account | Wells Fargo Bank 0277 | | 0.00 |
| Other Interest-bearing Account | Wells Fargo Bank 7247 | | 0.00 |
| TOTAL (must agree with Ending Cash Balance above) | | $ | 340,842.76 (2) |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
*Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

**DEBTOR:**     **Marion Energy Inc**                                    **CASE NO:**        14-31632

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _Jan 1 2015_____ to __Jan  31 2015_____

**CASH RECEIPTS DETAIL**                          **Account No:**      Wells Fargo Bank 9882
*(attach additional sheets as necessary)*

| Date | Payer | Description | | Amount |
|------|-------|-------------|---|--------|
| 01/20/2015 | TCS II | DIP Loan | $ | 400,000.00 |

|  |  |  |  |  |
|--|--|--|--|--|
| **Total Cash Receipts** | | | $ | 400,000.00 (1) |

*(1)  Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

**DEBTOR:** Marion Energy Inc        **CASE NO:** 14-31632

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: Jan 1 2015 to Jan 31 2015

**CASH DISBURSEMENTS DETAIL**      **Account No:** Wells Fargo Bank 9882
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 01/02/2015 | Debit010215 | Wells Fargo Bank | Bank Fees | 275.00 |
| 01/05/2015 | 1040 | Beckham County Treasurer | Property Taxes | 681.00 |
| 01/05/2015 | 1040 | Beckham County Treasurer | Property Taxes | 1,620.00 |
| 01/06/2015 | 1041 | Time Warner Cable | Telephone Expense | 832.22 |
| 01/06/2015 | 1042 | Paragon Automation | Charts | 257.50 |
| 01/06/2015 | 1042 | Paragon Automation | Charts | 324.70 |
| 01/06/2015 | 1042 | Paragon Automation | Charts | 762.07 |
| 01/06/2015 | 1043 | Rocky Mountain Power | Electricity | 142.35 |
| 01/06/2015 | 1044 | GE Credit Equities, Inc. | Office Expense | 429.15 |
| 01/06/2015 | 1044 | GE Credit Equities, Inc. | Office Rent | 8,099.67 |
| 01/06/2015 | 1044 | GE Credit Equities, Inc. | Office Utilities | 652.00 |
| 01/06/2015 | 1045 | Guardian | Health Insurance Expense | 3,191.60 |
| 01/06/2015 | 1046 | Christensen Brothers | LOE - Snow Removal | 15,210.00 |
| 01/06/2015 | 1047 | United Health Care | Health Insurance Expense | 19,464.06 |
| 01/06/2015 | 1048 | ONRR | Delay Rentals | 100.00 |
| 01/06/2015 | 100011-100020 | Various | Royalties Payable | 1,706.57 |
| 01/06/2015 | WT Fed#05712 | Enviro Rehab & Construction | Equip Rental | 5,940.85 |
| 01/06/2015 | WT Seq#59792 | Thomas Petroleum LLC | Fuel | 3,500.00 |
| 01/07/2015 | 1049 | JW Power Company | Compression | 18,711.33 |
| 01/07/2015 | WT Fed#09118 | Enviro Rehab & Construction | LOE - Snow Removal | 5,970.00 |
| 01/07/2015 | WT Fed#09118 | Enviro Rehab & Construction | Pumper | 1,012.50 |
| 01/07/2015 | WT Fed#09118 | Enviro Rehab & Construction | Repairs & Maint | 1,107.50 |
| 01/12/2015 | 1050 | Gollob Morgan Peddy | Accounting Fees | 400.00 |
| 01/12/2015 | 1051 | CentraCom | Equip Rental | 52.99 |
| 01/12/2015 | 1052 | CubeSmart | Storage | 198.00 |
| 01/12/2015 | 150109 | Wells Fargo | Bank Charges | 286.60 |
| 01/14/2015 | 1053 | Enviro Rehab & Construction | LOE - Snow Removal | 3,350.00 |
| 01/14/2015 | 1053 | Enviro Rehab & Construction | Materials & Supplies | 159.58 |
| 01/14/2015 | 1053 | Enviro Rehab & Construction | Pumper | 972.00 |
| 01/14/2015 | 1054 | Jon Nuttal | LOE - Snow Removal | 9,562.50 |
| 01/14/2015 | 1055 | Christensen Brothers | LOE - Snow Removal | 5,940.00 |
| 01/14/2015 | 1056 | Gollob Morgan Peddy | Accounting Fees | 4,000.00 |
| 01/14/2015 | 150115 | Wells Fargo Payroll | Bank Charges | 158.71 |
| 01/14/2015 | 150115 | Wells Fargo Payroll | Payroll Taxes | 19,458.13 |
| 01/14/2015 | 150115 | Wells Fargo Payroll | Net Payroll | 43,826.84 |
| 01/16/2015 | WT Fed#07891 | Traton Engineering | Pump Repairs | 40,000.00 |
| 01/19/2015 | 1057 | Rickard DeMille | Office Expense | 213.78 |
| 01/19/2015 | WT Fed#00960 | Clear Creek Homeowners Ass | Leasehold Costs-ROW | 3,000.00 |
| 01/20/2015 | 1058 | Enviro Rehab & Construction | LOE - Snow Removal | 2,850.00 |
| 01/20/2015 | 1058 | Enviro Rehab & Construction | Pumper | 1,080.00 |
| 01/20/2015 | 1058 | Enviro Rehab & Construction | Repairs & Maint | 1,611.84 |
| 01/20/2015 | Debit012215 | Utah State Tax Commission | OGC Conservation Taxes | 135.41 |
| 01/20/2015 | WT Fed#08192 | BODEC Inc | Heat Trace | 10,000.00 |
| 01/20/2015 | WT Seq#79474 | Thomas Petroleum LLC | Fuel | 3,000.00 |
| 01/20/2015 | xxxxxx4992 | Utah State Tax Commission | Utah Mineral Withholding | 1,311.27 |
| 01/21/2015 | WT Fed#09970 | Jeffrey Clarke | Meals & Entertainment | 250.17 |

**DEBTOR:**  Marion Energy Inc                                    **CASE NO:**  14-31632

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:   Jan 1 2015   to   Jan 31 2015

### CASH DISBURSEMENTS DETAIL              **Account No:**        Wells Fargo Bank 9882

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 01/21/2015 | WT Fed#09970 | Jeffrey Clarke | Travel Expense | 1,084.20 |
| 01/23/2015 | Debit012215 | Wells Fargo Payroll | W-2 Processing Fees | 84.00 |
| 01/23/2015 | WT Fed#03409 | Douglas Flannery | Consulting Fees | 25,000.00 |
| 01/23/2015 | WT Fed#03409 | Douglas Flannery | Travel Expense | 2,849.81 |
| 01/26/2015 | 1059 | U.S. Trustee Payment Center | US Trustee Fees | 325.00 |
| 01/26/2015 | 1060 | Enviro Rehab & Construction | LOE - Snow Removal | 1,350.00 |
| 01/26/2015 | 1060 | Enviro Rehab & Construction | Pumper | 1,080.00 |
| 01/26/2015 | 1061 | Elaine Tran | Office Expense | 293.50 |
| 01/26/2015 | 1062 | Kenneth L Maun | Property Taxes | 1,588.16 |
| 01/27/2015 | 150127 | Wells Fargo Payroll | Payroll Taxes | 92.00 |
| 01/27/2015 | WT Fed#00700 | The Calvin K. Jacob Family Pa | Leasehold Costs-ROW | 3,514.15 |
| 01/28/2015 | 1064 | David Smith | Truck Allowance | 1,500.00 |
| 01/28/2015 | WT Fed#09012 | Leland D. Endsley | Travel Expense | 5,000.00 |
| 01/29/2015 | 150130 | Wells Fargo Payroll | Bank Charges | 85.35 |
| 01/29/2015 | 150130 | Wells Fargo Payroll | Payroll Taxes | 17,152.03 |
| 01/29/2015 | 150130 | Wells Fargo Payroll | Net Payroll | 43,826.94 |
| 01/29/2015 | WT Fed#02414 | Parsons Behle & Latimer | Legal Fees-Regulatory | 12,460.70 |
| 01/29/2015 | WT Fed#02421 | Parsons Behle & Latimer | Legal Fees-Bankruptcy | 30,388.05 |
| 01/29/2015 | WT Fed#03526 | Karel Louman | Office Expense | 55.13 |
| 01/29/2015 | WT Fed#03526 | Karel Louman | Telephone Expense | 109.99 |
| 01/29/2015 | WT Fed#03526 | Karel Louman | Travel Expense | 118.48 |
| 01/29/2015 | WT Fed#08398 | Jeffrey Clarke | Telephone Expense | 401.94 |
| 01/30/2015 | 1065 | Brown Insurance Services | Insurance Expense | 11,994.00 |
| 01/30/2015 | Debit013015 | Wells Fargo | Bank Charges | 275.00 |

**Total Cash Disbursements**      $      402,436.32 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 12/10/2009

**DEBTOR:** Marion Energy Inc    **CASE NO:** 14-31632

Form 2-C

## COMPARATIVE BALANCE SHEET

**For Period Ended:**   January 31 2015

| | | Current Month | | Petition Date (1) |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Current Assets: | | | | |
| Cash (from Form 2-B, line 5) | | $ 340,842.76 | $ | 5,745.76 |
| Accounts Receivable (from Form 2-E) | | 0.00 | | 0.00 |
| Receivable from Officers, Employees, Affiliates | | 0.00 | | 0.00 |
| Inventory | | 0.00 | | 0.00 |
| Other Current Assets :(List) | Deposits | 45,742.80 | | 45,184.80 |
| | Prepaid Expenses | 65,926.89 | | 124,117.77 |
| | Accrued Revenue Receivable | 34,786.07 | | 6,671.00 |
| Total Current Assets | | $ 487,298.52 | $ | 181,719.33 |
| Fixed Assets: | | | | |
| Land | | $ 0.00 | $ | 0.00 |
| Building | | 0.00 | | 0.00 |
| Equipment, Furniture and Fixtures | | 114,183.92 | | 114,183.92 |
| Total Fixed Assets | | 114,183.92 | | 114,183.92 |
| Less:  Accumulated Depreciation | | ( 60,193.68 ) | ( | 55,349.67 ) |
| Net Fixed Assets | | $ 53,990.24 | $ | 58,834.25 |
| Other Assets (List): | Net Oil & Gas Properties | 85,167,633.07 | | 84,821,926.23 |
| | Bond Deposits | 995,930.00 | | 995,930.00 |
| **TOTAL ASSETS** | | $ 86,704,851.83 | $ | 86,058,409.81 |
| **LIABILITIES** | | | | |
| Post-petition Accounts Payable (from Form 2-E) | | $ 20.00 | $ | 0 |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | 124,321.59 | | 0 |
| Post-petition Taxes Payable (from Form 2-E) | | 0.00 | | 0 |
| Post-petition Notes Payable | | 3,647,847.74 | | 0 |
| Other Post-petition Payable(List): | Accrued Revenue Payable | 5,653.88 | | 0 |
| | Asset Retirement Obligation | 8,652.54 | | 0 |
| | Wages Payable | 45,900.00 | | 0 |
| | Intercompany Marion Energy | 50,000.00 | | 0 |
| Total Post Petition Liabilities | | $ 3,882,395.75 | $ | 0 |
| Pre Petition Liabilities: | | | | |
| Secured Debt | | 34,441,393.64 | | 34,441,393.64 |
| Priority Debt | | 0.00 | | 0.00 |
| Unsecured Debt | | 128,971,221.51 | | 128,972,704.35 |
| Total Pre Petition Liabilities | | $ 163,412,615.15 | $ | 163,414,097.99 |
| **TOTAL LIABILITIES** | | $ 167,295,010.90 | $ | 163,414,097.99 |
| **OWNERS' EQUITY** | | | | |
| Owner's/Stockholder's Equity | | $ 2,910,088.00 | $ | 2,910,088.00 |
| Retained Earnings - Prepetition | | -80,265,776.18 | | -80,265,776.18 |
| Retained Earnings - Post-petition | | -3,234,470.89 | | 0.00 |
| **TOTAL OWNERS' EQUITY** | | $ -80,590,159.07 | $ | -77,355,688.18 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | $ 86,704,851.83 | $ | 86,058,409.81 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*

Page 1 of 1

Rev. 12/10/2009

**DEBTOR:**   Marion Energy Inc                         **CASE NO:**  14-31632

### Form 2-D
### PROFIT AND LOSS STATEMENT
**For Period**   Jan 1 2015 **to**  Jan 31 2015

|  | | Current Month | | Accumulated Total (1) |
|---|---|---|---|---|
| Gross Operating Revenue | $ | 9,969.08 | $ | 26,257.16 |
| Less: Discounts, Returns and Allowances | ( | 0.00 ) | ( | 0.00 ) |
| **Net Operating Revenue** | $ | 9,969.08 | $ | 26,257.16 |
| Cost of Goods Sold | | 0.00 | | 0.00 |
| **Gross Profit** | $ | 9,969.08 | $ | 26,257.16 |
| Operating Expenses | | | | |
| Officer Compensation | $ | 55,000.00 | $ | 155,000.00 |
| Selling, General and Administrative | | 122,541.55 | | 506,044.88 |
| Rents and Leases | | 8,918.07 | | 26,754.21 |
| Depreciation, Depletion and Amortization | | 6,005.45 | | 18,016.35 |
| Other (list):   Lease Operating Expenses | | 118,598.30 | | 307,064.87 |
| | | 0.00 | | 0.00 |
| Total Operating Expenses | $ | 311,063.37 | $ | 1,012,880.31 |
| **Operating Income (Loss)** | $ | -301,094.29 | $ | -986,623.15 |
| Non-Operating Income and Expenses | | | | |
| Other Non-Operating Expenses | $ | 0.00 | $ | 0.00 |
| Gains (Losses) on Sale of Assets | | 0.00 | | 0.00 |
| Interest Income | | 0.00 | | 0.00 |
| Interest Expense | | -793,496.53 | | -2,247,847.74 |
| Other Non-Operating Income | | 0.00 | | 0.00 |
| Net Non-Operating Income or (Expenses) | $ | -793,496.53 | $ | -2,247,847.74 |
| Reorganization Expenses | | | | |
| Legal and Professional Fees | $ | 0.00 | $ | 0.00 |
| Other Reorganization Expense | | 0.00 | | 0.00 |
| Total Reorganization Expenses | $ | 0.00 | $ | 0.00 |
| **Net Income (Loss) Before Income Taxes** | $ | -1,094,590.82 | $ | -3,234,470.89 |
| Federal and State Income Tax Expense (Benefit) | | 0.00 | | 0.00 |
| **NET INCOME (LOSS)** | $ | -1,094,590.82 | $ | -3,234,470.89 |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

**DEBTOR:** Marion Energy Inc

**CASE NO:** 14-31632

**Form 2-E**
**SUPPORTING SCHEDULES**
For Period:  Jan 1 2015  **to**  Jan 31 2015

## POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: | | | | | | |
| Federal | $        0 | $ 16,050.10 | $ 16,050.10 | Debited by WF Payroll | $ | 0 |
| State | 0 | 1,122.10 | 1,122.10 | Debited by WF Payroll | | 0 |
| FICA Tax Withheld | 0 | 7,441.12 | 7,441.12 | Debited by WF Payroll | | 0 |
| Employer's FICA Tax | 0 | 7,441.12 | 7,441.12 | Debited by WF Payroll | | 0 |
| Unemployment Tax | | | | | | |
| Federal | 0 | 410.50 | 410.50 | Debited by WF Payroll | | 0 |
| State | 0 | 4,229.22 | 4,229.22 | Debited by WF Payroll | | 0 |
| Sales, Use & | | | | | | |
| Excise Taxes | 0 | 0.00 | 0.00 | | | 0 |
| Property Taxes | 0 | 0.00 | 0.00 | | | 0 |
| Accrued Income Tax: | | | | | | |
| Federal | 0 | 0.00 | 0.00 | | | 0 |
| State | 0 | 0.00 | 0.00 | | | 0 |
| Other:_____ | 0 | 0.00 | 0.00 | | | 0 |
| TOTALS | $        0 | $ 36,694.16 | $ 36,694.16 | | $ | 0 |

*(1)  For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

## INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | Travelers Casualty Ins Co | $ Statuatory | 4/1/2015 | 4/1/2015 |
| General Liability | St Paul Fire & Marine Ins | $    2,000,000 | 4/1/2015 | 4/1/2015 |
| Property (Fire, Theft) | St Paul Fire & Marine Ins | $    3,040,594 | 4/1/2015 | 4/1/2015 |
| Vehicle | St Paul Fire & Marine Ins | $    1,000,000 | 4/1/2015 | 4/1/2015 |
| Umbrella Liability | St Paul Fire & Marine Ins | $   10,000,000 | 4/1/2015 | 4/1/2015 |
| Control of Well | Travelers Property Casualt | $    4,000,000 | 5/4/2015 | 5/4/2015 |
| Directors & Officers | AIG Europe | $   10,000,000 | 8/31/2014 | 8/31/2014 |

Rev. 12/10/2009

**DEBTOR:** Marion Energy Inc                    **CASE NO:** 14-31632

## Form 2-E
## SUPPORTING SCHEDULES
For Period: __Jan 1 2015____ to ___Jan 31 2015_____

### *ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING*

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $        0.00 | $        20.00 |
| 30 to 60 days | 0.00 | 0.00 |
| 61 to 90 days | 0.00 | 0.00 |
| 91 to 120 days | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 |
| **Total Post Petition** | 0.00 | |
| **Pre Petition Amounts** | 0.00 | |
| Total Accounts Receivable | $        0.00 | |
| Less: Bad Debt Reserve | 0.00 | |
| **Net Accounts Receivable (to Form 2-C)** | $        0.00 | |
| | **Total Post Petition Accounts Payable** | $        20.00 |

*\* Attach a detail listing of accounts receivable and post-petition accounts payable*

### *SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS*

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $        0 | $ 167170.34 | $ 42848.75 | | $        124321.59 |
| Counsel for Unsecured Creditors' Committee | | | | | 0 |
| Trustee's Counsel | 0 | 0 | 0 | | 0 |
| Accountant | 0 | 0 | 0 | | 0 |
| Other: | 0 | 0 | 0 | | 0 |
| Total | $        0 | $ 167170.34 | $ 42848.75 | | $        124321.59 |

*\*Balance due to include fees and expenses incurred but not yet paid.*

### *SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES\*\**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| Karel Louman | CFO | Misc Expenses | $        283.60 |
| Karel Louman | CFO | January Salary | 12,500.00 |
| Jeffrey Clarke | CEO | Travel Expense | 1,736.31 |
| Jeffrey Clarke | CEO | January Salary | 15,000.00 |

**\*\*List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.**

Page 2 of 2
Rev. 12/10/2009

**DEBTOR:** Marion Energy Inc                                    **CASE NO:** 14-31632

## Form 2-F
## QUARTERLY FEE SUMMARY *
### For the Month Ended: Jan 2015

| Month | Year | | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|---|
| January | 2015 | $ | 402,436.32 | | | |
| February | | | 0 | | | |
| March | | | 0 | | | |
| TOTAL 1st Quarter | | $ | 402,436.32 | $ | | |
| April | | $ | 0 | | | |
| May | | | 0 | | | |
| June | | | 0 | | | |
| TOTAL 2nd Quarter | | $ | 0 | $ | | |
| July | | $ | 0 | | | |
| August | | | 0 | | | |
| September | | | 0 | | | |
| TOTAL 3rd Quarter | | $ | 0 | $ | | |
| October | 2014 | $ | 0 | | | |
| November | 2014 | | 386,810.88 | | | |
| December | 2014 | | 325,655.80 | | | |
| TOTAL 4th Quarter | | $ | 712,466.68 | $ 325.00 | 1059 | 1/26/2015 |

---

### FEE SCHEDULE (as of JANUARY 1, 2008)
*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999................... | $325 | $1,000,000 to $1,999,999............. | $6,500 |
| $15,000 to $74,999.......... | $650 | $2,000,000 to $2,999,999............. | $9,750 |
| $75,000 to $149,999........ | $975 | $3,000,000 to $4,999,999............. | $10,400 |
| $150,000 to $224,999...... | $1,625 | $5,000,000 to $14,999,999 ....... | $13,000 |
| $225,000 to $299,999...... | $1,950 | $15,000,000 to $29,999,999…. | $20,000 |
| $300,000 to $999,999...... | $4,875 | $30,000,000 or more | $30,000 |

---

\*   This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\*  Should agree with line 3, Form 2-B.  Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

Rev. 12/10/2009

**DEBTOR:**   Marion Energy Inc                    **CASE NO:** 14-31632

**Form 2-G**
**NARRATIVE**
**For Period Ending 01/31/2015**

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.**

The Debtor continues to operate its business and manage its assets as debtor in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in this case. The Debtor filed the motions to assume its non-residential real property leases with respet to the federal units comprising Clear Creek Field and Helper Field, and to extend the deadline to assume or reject the lease of its office space.  The hearing on those motions will be held on February 24, 2015, at 3:00 p.m.  The Debtor continues its efforts to market the Clear Creek Field and to bring the field into full production.

Rev. 12/10/2009

Marion Energy Inc
Bank Reconciliation
January 2015

|  |  | Acct 9882 | Acct 7247 (1) | Acct 0277 (1) |
|---|---|---|---|---|
| Balance per General Ledger |  | 340,842.76 | - | 0 |
|  |  |  |  |  |
| Outstanding Items: |  |  |  |  |
| US Trustee | 1059 | 325.00 |  |  |
| David Smith | 1064 | 1,500.00 |  |  |
| Brown Insurance Svcs | 1065 | 11,994.00 |  |  |
| WF Service Charge |  |  | (20.00) |  |
|  |  | 13,819.00 | (20.00) | - |
|  |  |  |  |  |
| Balance per bank |  | 354,661.76 | (20.00) | - |

Note:  This account is not yet closed due to a control agreement that is in place.
Marion is in the process of requesting TCS II release the control agreement in
order to close these accounts.  The credit balance in acct 7247 relates to monthly service charges
for the month of Jan 2015.  Funds were transferred to this account to cover the fees
on 02/02/15.

# Analyzed Business Checking

Account numbe `` 9882 ■ January 1, 2015 - January 31, 2015 ■ Page 1 of 3



MARION ENERGY INC
OPERATING ACCOUNT
DEBTOR IN POSSESSION
CH 11 CASE # 14-31632 (UT)
2150 S CENTRAL EXPY STE 380
MCKINNEY TX 75070-4068

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (808)
McKinney Towne Crossing
8990 State Hwy 121
McKinney, TX 75070

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 9882 | $385,008.67 | $402,713.75 | -$433,060.66 | $354,661.76 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 01/14 | 914.11 | Wells Fargo Busi Tax Col Payroll Allen 7135756 |
| | 01/14 | 1,799.64 | Marion Energy IN WF Payroll 150115 7135756 Payroll DD |
| | 01/20 | 400,000.00 | WT Seq201588 Castlelake II Lp /Org=Castlelake Lp Srf# IN15012007534901 Trn#150120201588 Rfb# 000024565 |
| | | $402,713.75 | **Total electronic deposits/bank credits** |
| | | $402,713.75 | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 01/02 | 275.00 | Online Transfer Ref #Bben3x7Dkc to 8762827247 on 01/02/2015 0847 Am |
| | 01/06 | 3,500.00 | WT Seq#59792 Thomas Petroleum, LLC - /Bnf=Thomas Petroleum LLC Srf# IN15010609020535 Trn#150106059792 Rfb# 000000274 |
| | 01/06 | 5,940.85 | WT Fed#05712 Zions First Nation /Ftr/Bnf=Dave's Enviro Rehab Srf# IN15010609025697 Trn#150106059965 Rfb# 000000275 |
| | 01/07 | 8,090.00 | WT Fed#09118 Zions First Nation /Ftr/Bnf=Dave's Enviro Rehab Srf# IN15010707175627 Trn#150107041209 Rfb# 000000276 |
| | 01/12 | 286.60 | Client Analysis Srvc Chrg 150109 Svc Chge 1214 000005326349882 |
| | 01/14 | 87.75 | Marion Energy IN WF Payroll 150115 7135756 Payroll Invoice |
| | 01/14 | 20,372.24 | Wells Fargo Busi Tax Col Payroll Allen 7135756 |
| | 01/14 | 45,626.48 | Marion Energy IN WF Payroll 150115 7135756 Payroll DD |

Account number:   **9882**   ■ January 1, 2015-January 31, 2015 ■   ■ Page 2 of 3



**Electronic debits/bank debits** *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 01/14 | 70.96 | Marion Energy IN WF Payroll 150115 7135756 Payroll Invoice |
| | 01/16 | 40,000.00 | WT Fed#07891 Amegy Bank, N.A. /Ftr/Bnf=Traton Engineering Srf# IN15011610084554 Trn#150116090243 Rfb# 000000277 |
| | 01/20 | 3,000.00 | WT Fed#00960 Central Bank /Ftr/Bnf=Clear Creek Homeowners Assn Srf# IN15011908011826 Trn#150120002055 Rfb# 000000278 |
| | 01/20 | 3,000.00 | WT Seq#79474 Thomas Petroleum, LLC - /Bnf=Thomas Petroleum LLC Srf# IN15012007121560 Trn#150120079474 Rfb# 000000279 |
| | 01/20 | 10,000.00 | WT Fed#08192 Zions First Nation /Ftr/Bnf=Bodec Inc. Srf# IN15012009202661 Trn#150120113632 Rfb# 000000280 |
| | 01/21 | 1,334.37 | WT Fed#09970 Compass Bank /Ftr/Bnf=Jeffrey Clarke Srf# IN15012109035809 Trn#150121070131 Rfb# 000000281 |
| | 01/22 | 84.00 | Wells Fargo Busi Tax Col Payroll Allen 7135756 |
| | 01/22 | 21.24 | Utah801/297-7703 Tax Paymnt xxxxx2688 Marion Energy Inc |
| | 01/22 | 21.47 | Utah801/297-7703 Tax Paymnt xxxxx2432 Marion Energy Inc |
| | 01/22 | 21.62 | Utah801/297-7703 Tax Paymnt xxxxx0816 Marion Energy Inc |
| | 01/22 | 25.08 | Utah801/297-7703 Tax Paymnt 1898414592 Marion Energy Inc |
| | 01/22 | 46.00 | Utah801/297-7703 Tax Paymnt 2099520000 Marion Energy Inc |
| | 01/22 | 1,311.27 | Utah801/297-7703 Tax Paymnt xxxxx4992 Marion Energy Inc |
| | 01/23 | 27,849.81 | WT Fed#03409 Td Bank, NA /Ftr/Bnf=Douglas Flannery Srf# IN15012307151690 Trn#150123044781 Rfb# 000000282 |
| | 01/27 | 92.00 | Marion Energy IN WF Payroll 150127 7135756 Payroll Invoice |
| | 01/27 | 3,514.15 | WT Fed#00700 Zions First Nation /Ftr/Bnf=The Calvin K Jacob Family Ptrship Srf# IN15012707381340 Trn#150127044072 Rfb# 000000283 |
| | 01/28 | 5,000.00 | WT Fed#09012 Jpmorgan Chase Ban /Ftr/Bnf=Leland Endsley Srf# IN15012808433974 Trn#150128063773 Rfb# 000000284 |
| | 01/29 | 85.35 | Marion Energy IN WF Payroll 150130 7135756 Payroll Invoice |
| | 01/29 | 17,152.03 | Wells Fargo Busi Tax Col Payroll Allen 7135756 |
| | 01/29 | 43,826.94 | Marion Energy IN WF Payroll 150130 7135756 Payroll DD |
| | 01/29 | 12,460.70 | WT Fed#02414 Jpmorgan Chase Ban /Ftr/Bnf=Parsons, Behle & Latimer Srf# IN15012814284321 Trn#150128150112 Rfb# 000000285 |
| | 01/29 | 30,388.05 | WT Fed#02421 Jpmorgan Chase Ban /Ftr/Bnf=Parsons, Behle & Latimer Srf# IN15012814291841 Trn#150128150182 Rfb# 000000286 |
| | 01/29 | 283.60 | WT Fed#03526 Jpmorgan Chase Ban /Ftr/Bnf=Karel Louman Srf# IN15012909134980 Trn#150129076535 Rfb# 000000287 |
| | 01/29 | 401.94 | WT Fed#08398 Compass Bank /Ftr/Bnf=Jeffrey Clarke Srf# IN15012912013278 Trn#150129121200 Rfb# 000000288 |
| | 01/30 | 275.00 | Online Transfer Ref #Bbek7526Yl to 8762827247 on 01/30/2015 1138 Am |
| | | **$284,444.50** | **Total electronic debits/bank debits** |

**Checks paid**

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 1011 | 11,977.88 | 01/13 | 1040 | 2,301.00 | 01/13 | 1046 | 15,210.00 | 01/13 |
| 1032* | 1,000.00 | 01/02 | 1041 | 832.22 | 01/14 | 1047 | 19,464.06 | 01/14 |
| 1036* | 4,550.00 | 01/05 | 1042 | 1,344.27 | 01/09 | 1048 | 100.00 | 01/12 |
| 1037 | 9,200.00 | 01/07 | 1043 | 142.35 | 01/12 | 1049 | 18,711.33 | 01/12 |
| 1038 | 9,481.11 | 01/07 | 1044 | 9,180.82 | 01/08 | 1050 | 400.00 | 01/15 |
| 1039 | 5,520.60 | 01/06 | 1045 | 3,191.60 | 01/08 | 1051 | 52.99 | 01/16 |

Account number:    988?  ■ January 1, 2015 - January 31, 2015  ■ Page 5 of 5



WELLS
FARGO

---

## Checks paid (continued)

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 1052 | 198.00 | 01/15 | 1060 * | 2,430.00 | 01/30 | 100015 | 55.37 | 01/15 |
| 1053 | 4,481.58 | 01/22 | 1061 | 293.50 | 01/27 | 100016 | 307.66 | 01/09 |
| 1054 | 9,562.50 | 01/22 | 1062 | 1,588.16 | 01/28 | 100017 | 180.03 | 01/12 |
| 1055 | 5,940.00 | 01/23 | 100011 * | 180.03 | 01/13 | 100018 | 134.64 | 01/08 |
| 1056 | 4,000.00 | 01/20 | 100012 | 396.24 | 01/16 | 100019 | 135.03 | 01/09 |
| 1057 | 213.78 | 01/20 | 100013 | 180.03 | 01/13 | 100020 | 70.27 | 01/20 |
| 1058 | 5,541.84 | 01/26 | 100014 | 67.27 | 01/09 | | | |

$148,616.16     Total checks paid

* Gap in check sequence.

$433,060.66     Total debits

---

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/31 | 385,008.67 | 01/12 | 303,669.51 | 01/22 | 511,784.83 |
| 01/02 | 383,733.67 | 01/13 | 273,820.57 | 01/23 | 477,995.02 |
| 01/05 | 379,183.67 | 01/14 | 190,080.61 | 01/26 | 472,453.18 |
| 01/06 | 364,222.22 | 01/15 | 189,447.24 | 01/27 | 468,553.53 |
| 01/07 | 337,451.11 | 01/16 | 148,978.01 | 01/28 | 461,965.37 |
| 01/08 | 324,944.05 | 01/20 | 528,693.96 | 01/29 | 357,366.76 |
| 01/09 | 323,089.82 | 01/21 | 527,359.59 | 01/30 | 354,661.76 |

Average daily ledger balance     $352,763.74

---

 IMPORTANT ACCOUNT INFORMATION

---

We want to inform you that at least 30 calendar days' notice is required when you terminate Treasury Management Services. This applies only to Treasury Management agreements that do not already include it and takes effect immediately. This provision will support Wells Fargo's treatment of funds in account(s) associated with Treasury Management Services under new federal regulations implementing liquidity standards. Please note: Access to your accounts and Treasury Management Services is not affected in any way.

If you have questions about this notice, please contact your bank representative, or call the number listed at the top of your statement.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Business High Yield Savings



Account number.    **7247** ■ January 1, 2015 - January 31, 2015 ■ Page 1 of 3

MARION ENERGY INC
2150 S CENTRAL EXPY STE 380
MCKINNEY TX 75070-4068

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Don't forget to notify us of your business travel plans to help avoid issues when using your Wells Fargo cards while traveling. It's easy to notify us online at wellsfargo.com/travelplan, through the Wells Fargo mobile app, or by calling the phone number on the back of your card.

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | -$275.00 |
| Deposits/Credits | 550.00 |
| Withdrawals/Debits | - 295.00 |
| **Ending balance on 1/31** | **-$20.00** |
| Average ledger balance this period | $8.87 |

Account number:    **:7247**

**MARION ENERGY INC**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  111900659

For Wire Transfers use
Routing Number (RTN):  121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $17.74 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |
| Total interest paid in 2014 | $770.59 |

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 1/2 | Online Transfer Ref #Bben3x7Dkc From 5326349882 on 01/02/2015 0847 Am | 275.00 | | 0.00 |
| 1/30 | Online Transfer Ref #Bbek7526Yl From 5326349882 on 01/30/2015 1138 Am | 275.00 | | |

Account number:      7247   ■   January 1, 2015 - January 31, 2015   ■   Page 2 of 3



## Transaction history (continued)

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 1/30 | Monthly Service Fee | | 20.00 | |
| 1/30 | Daca Maintenance Fee | | 275.00 | -20.00 |
| Ending balance on 1/31 | | | | -20.00 |
| **Totals** | | **$550.00** | **$295.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.



| Fee period 01/01/2015 - 01/31/2015 | Standard monthly service fee $20.00 | You paid $20.00 |
|------------------------------------|-------------------------------------|-----------------|
| **How to avoid the monthly service fee** | | |
| Have any **ONE** of the following account requirements | Minimum required | This fee period |
| ·  Minimum daily balance | $25,000.00 | -$275.00  ☐ |
| ·  Average collected balance | $50,000.00 | $9.00  ☐ |

YP/YP

# ✔ IMPORTANT ACCOUNT INFORMATION

The following information is provided to help clarify an existing fee waiver associated with Overdraft fees. The benefit has not changed. At the end of our nightly processing, if both your ending daily account balance and your available balance are overdrawn by $5 or less, any overdraft fee(s) will be waived. This fee waiver is associated with your total overdrawn balance, not the dollar size of the transaction(s) contributing to the overdrawn balance.



## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your                    $ _____
register or transfers into                    $ _____
your account which are not                    $ _____
shown on your statement.                    + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801