| | |
|---|---|
| **DEBTOR:** Marion Energy Inc | **MONTHLY OPERATING REPORT** |
| **CASE NUMBER:** 14-31632 | **CHAPTER 11** |

**Form 2-A**
**COVER SHEET**

For Period Ending __February 28 2015__

**Accounting Method:**   [X] Accrual Basis     [ ] Cash Basis

*THIS REPORT IS DUE 14 DAYS AFTER THE END OF THE MONTH*

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| [X] | [ ] | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| [X] | [ ] | 2. Balance Sheet (Form 2-C) |
| [X] | [ ] | 3. Profit and Loss Statement (Form 2-D) |
| [X] | [ ] | 4. Supporting Schedules (Form 2-E) |
| [X] | [ ] | 5. Quarterly Fee Summary (Form 2-F) |
| [X] | [ ] | 6. Narrative (Form 2-G) |
| [X] | [ ] | 7. Bank Statements for All Bank Accounts          IMPORTANT: Redact account numbers and remove check images |
| [X] | [ ] | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

**Executed on:** 3/13/2015    **Print Name:** Elaine Tran

**Signature:** *Elaine Tran*

**Title:** Controller

Rev. 12/10/2009

**DEBTOR:** Marion Energy Inc      **CASE NO:** 14-31632

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: Feb 1 2015 to Feb 28 2015

| CASH FLOW SUMMARY | | Current Month | Accumulated |
|---|---|---:|---:|
| 1. Beginning Cash Balance | $ | 340,842.76 (1) | $ 5,745.76 (1) |
| 2. Cash Receipts | | | |
|    Operations | | 0.00 | 0.00 |
|    Sale of Assets | | 0.00 | 0.00 |
|    Loans/advances | | 250,000.00 | 1,650,000.00 |
|    Other | | 900.00 | 50,900.00 |
|    Total Cash Receipts | $ | 250,900.00 | $ 1,700,900.00 |
| 3. Cash Disbursements | | | |
|    Operations | | 407,804.87 | 1,522,382.87 |
|    Debt Service/Secured loan payment | | 0.00 | 0.00 |
|    Professional fees/U.S. Trustee fees | | 4,550.00 | 4,875.00 |
|    Other | | 0.00 | 0.00 |
|    Total Cash Disbursements | $ | 412,354.87 | $ 1,527,257.87 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | -161,454.87 | 173,642.13 |
| 5. Ending Cash Balance (to Form 2-C) | $ | 179,387.89 (2) | $ 179,387.89 (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---:|
| Petty Cash | | $ 0 |
| DIP Operating Account | Wells Fargo Bank 9882 | 179,387.89 |
| DIP State Tax Account | | 0.00 |
| DIP Payroll Account | | 0.00 |
| Other Operating Account | | 0.00 |
| Other Operating Account | | 0.00 |
| Other Interest-bearing Account | | 0.00 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 179,387.89 (2) |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
*Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

Page 1 of 3
Rev. 12/10/2009

**DEBTOR:** Marion Energy Inc                                **CASE NO:** 14-31632

# Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _Feb 1 2015_____ to __Feb 28 2015____

**CASH RECEIPTS DETAIL**                **Account No:**    Wells Fargo Bank 9882
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 02/10/2015 | TCS II | DIP Loan | $ 250,000.00 |

Total Cash Receipts    $   250,000.00 (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Page 2 of 3
Rev. 12/10/2009

**DEBTOR:** Marion Energy Inc         **CASE NO:** 14-31632

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: Feb 1 2015   to   Feb 28 2015

**CASH DISBURSEMENTS DETAIL**         **Account No:**   Wells Fargo Bank 9882
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 02/02/2015 | 1066 | DMK Environmental Engineeri | DAQ Consultant | 1,237.50 |
| 02/02/2015 | 1067 | Guardian | Health Insurance Expense | 2,779.44 |
| 02/02/2015 | 1068 | GE Credit Equities, Inc. | Office Expense | 429.15 |
| 02/02/2015 | 1068 | GE Credit Equities, Inc. | Office Rent | 8,099.67 |
| 02/02/2015 | 1068 | GE Credit Equities, Inc. | Office Utilities | 652.00 |
| 02/02/2015 | 1069 | JW Power Company | Compression | 18,711.33 |
| 02/02/2015 | 1070 | Paragon Automation | Charts | 2,458.42 |
| 02/02/2015 | 1071 | QEP Field Services Company | Pipeline Exp | 110,302.43 |
| 02/02/2015 | 1072 | RD Williams & Company | Landman Fees | 224.00 |
| 02/02/2015 | 1073 | Rocky Mountain Power | Electricity | 227.51 |
| 02/02/2015 | 1074 | Time Warner Cable | Telephone Expense | 827.67 |
| 02/02/2015 | 1075 | ONRR | Delay Rentals | 75.00 |
| 02/02/2015 | 1076 | United Health Care | Health Insurance Expense | 15,298.91 |
| 02/02/2015 | 1077 | Greer County Treasurer | Property Taxes | 10,544.84 |
| 02/02/2015 | Debit020215 | Wells Fargo | Bank Charges | 20.00 |
| 02/02/2015 | WT Fed#08488 | Enviro Rehab & Construction | Equip Rental | 5,940.85 |
| 02/03/2015 | 1078 | Enviro Rehab & Construction | Materials | 433.48 |
| 02/03/2015 | 1078 | Enviro Rehab & Construction | Methanol Pump | 2,644.76 |
| 02/03/2015 | 1078 | Enviro Rehab & Construction | Materials | 1,204.20 |
| 02/03/2015 | 1078 | Enviro Rehab & Construction | Pumper | 1,080.00 |
| 02/03/2015 | 1078 | Enviro Rehab & Construction | LOE - Snow Removal | 1,025.00 |
| 02/04/2015 | 1079 | David Smith | Truck Allowance | 1,000.00 |
| 02/04/2015 | 1080 | Gollob Morgan Peddy | Accounting Fees | 3,000.00 |
| 02/06/2015 | WT Fed#09875 | BODEC Inc | Heat Tracing | 15,000.00 |
| 02/09/2015 | 1081 | Nelco Contractors Inc | Contract Labor | 3,338.00 |
| 02/09/2015 | 1082 | Brown Insurance Services | Postage & Shipping | 24.82 |
| 02/09/2015 | 1083 | SITLA | Minimum Royalties | 991.00 |
| 02/09/2015 | 1084 | CubeSmart | Storage | 198.00 |
| 02/10/2015 | WT Seq#89434 | Wheeler Machinery Co. | Contract Labor | 12,000.00 |
| 02/11/2015 | 1085 | Enviro Rehab & Construction | Pumper | 945.00 |
| 02/11/2015 | 1085 | Enviro Rehab & Construction | LOE - Snow Removal | 5,440.00 |
| 02/11/2015 | 150210 | Wells Fargo | Bank Charges | 232.86 |
| 02/12/2015 | 150213 | Wells Fargo Payroll | Bank Charges | 80.55 |
| 02/12/2015 | 150213 | Wells Fargo Payroll | Payroll Taxes | 2,490.59 |
| 02/12/2015 | 150213 | Wells Fargo Payroll | Net Payroll | 43,360.32 |
| 02/17/2015 | 1086 | American Electric Power | Annual Surface Lease | 15,960.00 |
| 02/17/2015 | 1087 | CentraCom | Equip Rental | 52.99 |
| 02/17/2015 | 1088 | DMK Environmental Engineeri | DAQ Consultant | 3,473.25 |
| 02/17/2015 | 1089 | Enviro Rehab & Construction | Pumper | 1,080.00 |
| 02/17/2015 | 1089 | Enviro Rehab & Construction | Misc Supplies | 318.12 |
| 02/17/2015 | 1089 | Enviro Rehab & Construction | LOE - Snow Removal | 1,220.00 |
| 02/17/2015 | 1090 | Nelco Contractors Inc | Contract Labor | 5,257.00 |
| 02/17/2015 | 1091 | Paragon Automation | Contract Labor | 1,743.76 |
| 02/17/2015 | 1091 | Paragon Automation | Contract Labor | 586.62 |
| 02/17/2015 | 1091 | Paragon Automation | Charts | 1,421.25 |
| 02/17/2015 | 1092 | Rickard DeMille | Office Expense | 216.52 |

| DEBTOR: | Marion Energy Inc | | CASE NO: | 14-31632 |

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**

For Period: Feb 1 2015 to Feb 28 2015

**CASH DISBURSEMENTS DETAIL**        **Account No:**    Wells Fargo Bank 9882
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 02/17/2015 | 1093 | Scofield Town | Water | 1,873.40 |
| 02/17/2015 | 1094 | US Forest Service | Leasehold Costs | 1,844.00 |
| 02/17/2015 | 1095 | US Postal Service | Postage & Shipping | 64.00 |
| 02/17/2015 | 1096 | U.S. Trustee Payment Center | US Trustee Fees | 4,550.00 |
| 02/17/2015 | WT Fed#00066 | Timothy Dart | Contract Labor | 2,456.76 |
| 02/18/2015 | WT Fed#05793 | Douglas Flannery | Consulting Fees | 25,000.00 |
| 02/23/2015 | WT Fed#01736 | Halliburton Energy Services | Step Rate Test | 8,699.03 |
| 02/24/2015 | 1097 | RD Williams & Company | Landman Fees | 176.00 |
| 02/24/2015 | 1098 | Nelco Contractors Inc | Contract Labor | 5,825.00 |
| 02/24/2015 | 1098 | Nelco Contractors Inc | Contract Labor | 2,100.00 |
| 02/24/2015 | 1098 | Nelco Contractors Inc | Contract Labor | 155.25 |
| 02/24/2015 | 1099 | Gollob Morgan Peddy | Accounting Fees | 2,000.00 |
| 02/24/2015 | 1100 | Enviro Rehab & Construction | Pumper | 1,080.00 |
| 02/24/2015 | 1100 | Enviro Rehab & Construction | LOE - Snow Removal | 1,370.00 |
| 02/24/2015 | 1101 | Brown Insurance Services | Annual Bond Payment | 750.00 |
| 02/24/2015 | 1102 | David Smith | Truck Allowance | 2,500.00 |
| 02/25/2015 | 1103 | Utah Division of Air Quality | Penalty | 2,480.00 |
| 02/26/2015 | 150227 | Wells Fargo Payroll | Bank Charges | 80.55 |
| 02/26/2015 | 150227 | Wells Fargo Payroll | Payroll Taxes | 2,343.76 |
| 02/26/2015 | 150227 | Wells Fargo Payroll | Net Payroll | 43,360.31 |

**Total Cash Disbursements**    $    412,354.87 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 12/10/2009

**DEBTOR:** Marion Energy Inc      **CASE NO:** 14-31632

Form 2-C

## COMPARATIVE BALANCE SHEET

**For Period Ended:** February 28 2015

|  |  | Current Month | Petition Date (1) |
|---|---|---:|---:|
| **ASSETS** | | | |
| Current Assets: | | | |
| Cash (from Form 2-B, line 5) | | $ 179,387.89 | $ 5,745.76 |
| Accounts Receivable (from Form 2-E) | | 0.00 | 0.00 |
| Receivable from Officers, Employees, Affiliates | | 0.00 | 0.00 |
| Inventory | | 0.00 | 0.00 |
| Other Current Assets :(List) | Deposits | 45,742.80 | 45,184.80 |
|  | Prepaid Expenses | 52,631.46 | 124,117.77 |
|  | Accrued Revenue Receivable | 45,368.46 | 6,671.00 |
| Total Current Assets | | $ 323,130.61 | $ 181,719.33 |
| Fixed Assets: | | | |
| Land | | $ 0.00 | $ 0.00 |
| Building | | 0.00 | 0.00 |
| Equipment, Furniture and Fixtures | | 114,183.92 | 114,183.92 |
| Total Fixed Assets | | 114,183.92 | 114,183.92 |
| Less: Accumulated Depreciation | | ( 61,808.35 ) | ( 55,349.67 ) |
| Net Fixed Assets | | $ 52,375.57 | $ 58,834.25 |
| Other Assets (List): | Net Oil & Gas Properties | 85,400,593.18 | 84,821,926.23 |
|  | Bond Deposits | 995,930.00 | 995,930.00 |
| **TOTAL ASSETS** | | $ 86,772,029.36 | $ 86,058,409.81 |
| **LIABILITIES** | | | |
| Post-petition Accounts Payable (from Form 2-E) | | $ 57,632.13 | $ 0 |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | 191,003.18 | 0 |
| Post-petition Taxes Payable (from Form 2-E) | | 0.00 | 0 |
| Post-petition Notes Payable | | 4,622,697.20 | 0 |
| Other Post-petition Payable(List): | Accrued Revenue Payable | 7,945.67 | 0 |
|  | Asset Retirement Obligation | 11,536.72 | 0 |
|  | Wages Payable | 988,026.07 | 0 |
|  | Intercompany Marion Energy | 50,000.00 | 0 |
| Total Post Petition Liabilities | | $ 5,928,840.97 | $ 0 |
| Pre Petition Liabilities: | | | |
| Secured Debt | | 34,441,393.64 | 34,441,393.64 |
| Priority Debt | | 0.00 | 0.00 |
| Unsecured Debt | | 128,971,483.92 | 128,972,704.35 |
| Total Pre Petition Liabilities | | $ 163,412,877.56 | $ 163,414,097.99 |
| **TOTAL LIABILITIES** | | $ 169,341,718.53 | $ 163,414,097.99 |
| **OWNERS' EQUITY** | | | |
| Owner's/Stockholder's Equity | | $ 2,910,088.00 | $ 2,910,088.00 |
| Retained Earnings - Prepetition | | -80,265,776.18 | -80,265,776.18 |
| Retained Earnings - Post-petition | | -5,214,000.99 | 0.00 |
| **TOTAL OWNERS' EQUITY** | | $ -82,569,689.17 | $ -77,355,688.18 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | $ 86,772,029.36 | $ 86,058,409.81 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*

Page 1 of 1

Rev. 12/10/2009

**DEBTOR:** Marion Energy Inc    **CASE NO:** 14-31632

## Form 2-D
## PROFIT AND LOSS STATEMENT
**For Period** Feb 1 2015 **to** Feb 28 2015

|  | Current Month | Accumulated Total (1) |
|---|---:|---:|
| Gross Operating Revenue | $ 9,902.44 | $ 36,159.60 |
| Less: Discounts, Returns and Allowances | ( 0.00 ) | ( 0.00 ) |
| **Net Operating Revenue** | $ 9,902.44 | $ 36,159.60 |
| Cost of Goods Sold | 0.00 | 0.00 |
| **Gross Profit** | $ 9,902.44 | $ 36,159.60 |
| Operating Expenses | | |
|   Officer Compensation | $ 942,126.07 | $ 1,097,126.07 |
|   Selling, General and Administrative | 221,428.64 | 727,473.52 |
|   Rents and Leases | 8,918.07 | 35,672.28 |
|   Depreciation, Depletion and Amortization | 6,005.45 | 24,021.80 |
|   Other (list):  Lease Operating Expenses | 86,849.01 | 393,913.88 |
|    | 0.00 | 0.00 |
| Total Operating Expenses | $ 1,265,327.24 | $ 2,278,207.55 |
| **Operating Income (Loss)** | $ -1,255,424.80 | $ -2,242,047.95 |
| Non-Operating Income and Expenses | | |
|   Other Non-Operating Expenses | $ 0.00 | $ 0.00 |
|   Gains (Losses) on Sale of Assets | 0.00 | 0.00 |
|   Interest Income | 0.00 | 0.00 |
|   Interest Expense | -725,005.30 | -2,972,853.04 |
|   Other Non-Operating Income | 900.00 | 900.00 |
| Net Non-Operating Income or (Expenses) | $ -724,105.30 | $ -2,971,953.04 |
| Reorganization Expenses | | |
|   Legal and Professional Fees | $ 0.00 | $ 0.00 |
|   Other Reorganization Expense | 0.00 | 0.00 |
| Total Reorganization Expenses | $ 0.00 | $ 0.00 |
| **Net Income (Loss) Before Income Taxes** | $ -1,979,530.10 | $ -5,214,000.99 |
| Federal and State Income Tax Expense (Benefit) | 0.00 | 0.00 |
| **NET INCOME (LOSS)** | $ -1,979,530.10 | $ -5,214,000.99 |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

Page 1 of 1
Rev. 12/10/2009

**DEBTOR:** Marion Energy Inc          **CASE NO:** 14-31632

## Form 2-E
## SUPPORTING SCHEDULES
**For Period:** Feb 1 2015 **to** Feb 28 2015

### *POST PETITION TAXES PAYABLE SCHEDULE*

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: |  |  |  |  |  |  |
|   Federal | $ 0 | $ 14,305.30 | $ 14,305.30 | Debited by WF Payroll | $ | 0 |
|   State | 0 | 375.00 | 375.00 | Debited by WF Payroll |  | 0 |
| FICA Tax Withheld | 0 | 6,484.89 | 6,484.89 | Debited by WF Payroll |  | 0 |
| Employer's FICA Tax | 0 | 6,484.89 | 6,484.89 | Debited by WF Payroll |  | 0 |
| Unemployment Tax |  |  |  |  |  |  |
|   Federal | 0 | 9.50 | 9.50 | Debited by WF Payroll |  | 0 |
|   State | 0 | 290.89 | 290.89 | Debited by WF Payroll |  | 0 |
| Sales, Use & Excise Taxes | 0 | 0.00 | 0.00 |  |  | 0 |
| Property Taxes | 0 | 0.00 | 0.00 |  |  | 0 |
| Accrued Income Tax: |  |  |  |  |  |  |
|   Federal | 0 | 0.00 | 0.00 |  |  | 0 |
|   State | 0 | 0.00 | 0.00 |  |  | 0 |
|   Other: | 0 | 0.00 | 0.00 |  |  | 0 |
| TOTALS | $ 0 | $ 27,950.47 | $ 27,950.47 |  | $ | 0 |

*(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

### *INSURANCE SCHEDULE*

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | Travelers Casualty Ins Co | $ Statuatory | 4/1/2015 | 4/1/2015 |
| General Liability | St Paul Fire & Marine Ins | $ 2,000,000 | 4/1/2015 | 4/1/2015 |
| Property (Fire, Theft) | St Paul Fire & Marine Ins | $ 3,040,594 | 4/1/2015 | 4/1/2015 |
| Vehicle | St Paul Fire & Marine Ins | $ 1,000,000 | 4/1/2015 | 4/1/2015 |
| Umbrella Liability | St Paul Fire & Marine Ins | $ 10,000,000 | 4/1/2015 | 4/1/2015 |
| Control of Well | Travelers Property Casualt | $ 4,000,000 | 5/4/2015 | 5/4/2015 |
| Directors & Officers | AIG Europe | $ 10,000,000 | 8/31/2014 | 8/31/2014 |

Rev. 12/10/2009

**DEBTOR:** Marion Energy Inc    **CASE NO:** 14-31632

## Form 2-E
### SUPPORTING SCHEDULES
For Period: __Feb 1 2015____ to ___Feb 28 2015_____

### *ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING*

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ 0.00 | $ 57,632.13 |
| 30 to 60 days | 0.00 | 0.00 |
| 61 to 90 days | 0.00 | 0.00 |
| 91 to 120 days | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 |
| **Total Post Petition** | 0.00 | |
| **Pre Petition Amounts** | 0.00 | |
| Total Accounts Receivable | $ 0.00 | |
| Less: Bad Debt Reserve | 0.00 | |
| **Net Accounts Receivable (to Form 2-C)** | $ 0.00 | |
| **Total Post Petition Accounts Payable** | | $ 57,632.13 |

*\* Attach a detail listing of accounts receivable and post-petition accounts payable*

### *SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS*

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ 0 | $ 66681.59 | | | $ 191003.18 |
| Counsel for Unsecured Creditors' Committee | 0 | 0 | 0 | | 0 |
| Trustee's Counsel | 0 | 0 | 0 | | 0 |
| Accountant | 0 | 0 | 0 | | 0 |
| Other: _____ | 0 | 0 | 0 | | 0 |
| Total | $ 0 | $ 66681.59 | $ 0 | | $ 191003.18 |

*\*Balance due to include fees and expenses incurred but not yet paid.*

### *SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES\*\**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**\*\*List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.**

Page 2 of 2
Rev. 12/10/2009

**DEBTOR:** Marion Energy Inc                              **CASE NO:** 14-31632

## Form 2-F
### QUARTERLY FEE SUMMARY *
**For the Month Ended:** Feb 2015

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | 2015 | $ 402,436.32 | | | |
| February | 2015 | 412,354.87 | | | |
| March | | 0 | | | |
| TOTAL 1st Quarter | | $ 814,791.19 $ | | | |
| April | | $ 0 | | | |
| May | | 0 | | | |
| June | | 0 | | | |
| TOTAL 2nd Quarter | | $ 0 $ | | | |
| July | | $ 0 | | | |
| August | | 0 | | | |
| September | | 0 | | | |
| TOTAL 3rd Quarter | | $ 0 $ | | | |
| October | 2014 | $ 0 | | | |
| November | 2014 | 386,810.88 | | | |
| December | 2014 | 325,655.80 | | | |
| TOTAL 4th Quarter | | $ 712,466.68 $ | 4,875.00 | 1059 + 1096 | 1/26/2015, 2/17/20 |

### FEE SCHEDULE (as of JANUARY 1, 2008)
*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999................... | $325 | $1,000,000 to $1,999,999............. | $6,500 |
| $15,000 to $74,999.......... | $650 | $2,000,000 to $2,999,999............. | $9,750 |
| $75,000 to $149,999........ | $975 | $3,000,000 to $4,999,999............. | $10,400 |
| $150,000 to $224,999...... | $1,625 | $5,000,000 to $14,999,999 ....... | $13,000 |
| $225,000 to $299,999...... | $1,950 | $15,000,000 to $29,999,999.... | $20,000 |
| $300,000 to $999,999...... | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

Page 1 of 1
Rev. 12/10/2009

**DEBTOR:** Marion Energy Inc                              **CASE NO:** 14-31632

## Form 2-G
# NARRATIVE
### For Period Ending 02/28/2015

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.**

Pursuant to the Stipulation by and between TCS II Funding Solutions, LLC, Castlelake, L.P. and Marion Energy, Inc. Re: DIP Financing and Sale Process, and Related Engagements of Estate Professionals Filed by Marion Energy Inc (Doc.# 78), Rocky Mountain Advisory made a "No Viable Sale Determination" on March 2, 2015.  Accordingly, the Debtor is winding down its operations, rejecting its office lease, and working to convey its Clear Creek field to TCS in a sale under section 363(f) of the Bankruptcy Code wherein TCS may credit bid its secured claim.  The proposed sale is subject to higher and better bids.

Marion Energy Inc
Bank Reconciliation
February 2015

|  |  | DIP Account |
| --- | --- | --- |
| Balance per General Ledger |  | 179,387.89 |
|  |  |  |
| Outstanding Items: |  |  |
| Nelco Contractors | 1098 | 8,080.25 |
| Gollob Morgan | 1099 | 2,000.00 |
| Enviro Rehab | 1100 | 2,450.00 |
| Brown Insurance | 1101 | 750.00 |
| David Smith | 1102 | 2,500.00 |
| Utah DAQ | 1103 | 2,480.00 |
|  |  | 18,260.25 |
|  |  |  |
| Balance per bank |  | 197,648.14 |

# Analyzed Business Checking

Account number: 9882 ■ February 1, 2015 - February 28, 2015 ■ Page 1 of 3



MARION ENERGY INC
OPERATING ACCOUNT
DEBTOR IN POSSESSION
CH 11 CASE # 14-31632 (UT)
2150 S CENTRAL EXPY STE 380
MCKINNEY TX 75070-4068

**Questions?**

Available by phone 24 hours a day, 7 days a week:
**1-800-CALL-WELLS** (1-800-225-5935)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (808)
McKinney Towne Crossing
8990 State Hwy 121
McKinney, TX 75070

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 9882 | $354,661.76 | $250,900.00 | -$407,913.62 | $197,648.14 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/04 | 900.00 | Deposit Made In A Branch/Store |
| | 02/10 | 250,000.00 | WT Seq132664 Castlelake II Lp /Org=Castlelake Lp Srf# IN15021011130932 Tm#150210132664 Rfb# 000024751 |
| | | $250,900.00 | Total electronic deposits/bank credits |
| | | $250,900.00 | Total credits |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/02 | 20.00 | Online Transfer Ref #Bbe2Pwh9Qf to 8762827247 on 02/02/2015 0735 Am |
| | 02/02 | 5,940.85 | WT Fed#08488 Zions First Nation /Ftr/Bnf=Dave's Enviro Rehab Srf# IN15020208344663 Tm#150202070346 Rfb# 000000289 |
| | 02/06 | 15,000.00 | WT Fed#09875 Zions First Nation /Ftr/Bnf=Bodec Inc. Srf# IN15020606420176 Tm#150206036472 Rfb# 000000290 |
| | 02/10 | 12,000.00 | WT Seq#89434 Wheeler Machinery CO GE /Bnf=Wheeler Machinery CO Srf# IN15021011110275 Tm#150210089434 Rfb# 000000291 |
| | 02/11 | 232.86 | Client Analysis Srvc Chrg 150210 Svc Chge 0115 000005326349882 |
| | 02/12 | 80.55 | Marion Energy IN WF Payroll 150213 7135756 Payroll Invoice |
| | 02/12 | 14,048.67 | Wells Fargo Busi Tax Col Payroll Allen 7135756 |
| | 02/12 | 31,802.24 | Marion Energy IN WF Payroll 150213 7135756 Payroll DD |

Sheet Seq = 0006976
Sheet 00001 of 00003

Account number: 
 13882 ■ February 1, 2015 - February 28, 2015 ■ Page 2 of 3



### Electronic debits/bank debits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/17 | 2,456.76 | WT Fed#00066 East Idaho Credit /Ftr/Bnf=Timothy J Dart Srf# IN15021711041412 Tm#150217143051 Rfb# 000000292 |
| | 02/18 | 25,000.00 | WT Fed#05793 Td Bank, NA /Ftr/Bnf=Douglas Flannery Srf# IN15021807482403 Tm#150218054263 Rfb# 000000293 |
| | 02/23 | 8,699.03 | WT Fed#01736 Citibank N.A. NEW /Ftr/Bnf=Halliburton Energy Services Srf# IN15022308224186 Tm#150223065688 Rfb# 000000294 |
| | 02/26 | 80.55 | Marion Energy IN WF Payroll 150227 7135756 Payroll Invoice |
| | 02/26 | 13,901.80 | Wells Fargo Busi Tax Col Payroll Allen 7135756 |
| | 02/26 | 31,802.27 | Marion Energy IN WF Payroll 150227 7135756 Payroll DD |
| | | **$161,065.58** | **Total electronic debits/bank debits** |

### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 1059 | 325.00 | 02/02 | 1075 | 75.00 | 02/06 | 1087 | 52.99 | 02/23 |
| 1064* | 1,500.00 | 02/10 | 1076 | 15,298.91 | 02/10 | 1088 | 3,473.25 | 02/23 |
| 1065 | 11,994.00 | 02/06 | 1077 | 10,544.84 | 02/09 | 1089 | 2,618.12 | 02/24 |
| 1066 | 1,237.50 | 02/13 | 1078 | 6,387.44 | 02/11 | 1090 | 5,257.00 | 02/24 |
| 1067 | 2,779.44 | 02/09 | 1079 | 1,000.00 | 02/10 | 1091 | 3,751.63 | 02/24 |
| 1068 | 9,180.82 | 02/06 | 1080 | 3,000.00 | 02/10 | 1092 | 216.52 | 02/17 |
| 1069 | 18,711.33 | 02/10 | 1081 | 3,338.00 | 02/17 | 1093 | 1,873.40 | 02/26 |
| 1070 | 2,458.42 | 02/06 | 1082 | 24.82 | 02/17 | 1094 | 1,844.00 | 02/23 |
| 1071 | 110,302.43 | 02/24 | 1083 | 991.00 | 02/17 | 1095 | 64.00 | 02/24 |
| 1072 | 224.00 | 02/05 | 1084 | 198.00 | 02/13 | 1096 | 4,550.00 | 02/24 |
| 1073 | 227.51 | 02/09 | 1085 | 6,385.00 | 02/17 | 1097 | 176.00 | 02/26 |
| 1074 | 827.67 | 02/11 | 1086 | 15,960.00 | 02/24 | | | |

**$246,848.04**  **Total checks paid**

* Gap in check sequence.

**$407,913.62**  **Total debits**

### Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/31 | 354,661.76 | 02/09 | 296,791.88 | 02/17 | 427,054.61 |
| 02/02 | 348,375.91 | 02/10 | 495,281.64 | 02/18 | 402,054.61 |
| 02/04 | 349,275.91 | 02/11 | 487,833.67 | 02/23 | 387,985.34 |
| 02/05 | 349,051.91 | 02/12 | 441,902.21 | 02/24 | 245,482.16 |
| 02/06 | 310,343.67 | 02/13 | 440,466.71 | 02/26 | 197,648.14 |

**Average daily ledger balance**  **$359,773.94**



 **IMPORTANT ACCOUNT INFORMATION**

The following information is provided to help clarify an existing fee waiver associated with Overdraft fees. The benefit has not changed. At the end of our nightly processing, if both your ending daily account balance and your available balance are overdrawn by $5 or less, any overdraft fee(s) will be waived. This fee waiver is associated with your total overdrawn balance, not the dollar size of the transaction(s) contributing to the overdrawn balance.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.