**DEBTOR:** Marion Energy Inc

**CASE NUMBER:** 14-31632

**MONTHLY OPERATING REPORT**
**CHAPTER 11**

Form 2-A
COVER SHEET

For Period Ending ___MARCH 31 2015___

**Accounting Method:** [X] Accrual Basis  [ ] Cash Basis

THIS REPORT IS DUE 14 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| [X] | [ ] | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| [X] | [ ] | 2. Balance Sheet (Form 2-C) |
| [X] | [ ] | 3. Profit and Loss Statement (Form 2-D) |
| [X] | [ ] | 4. Supporting Schedules (Form 2-E) |
| [X] | [ ] | 5. Quarterly Fee Summary (Form 2-F) |
| [X] | [ ] | 6. Narrative (Form 2-G) |
| [X] | [ ] | 7. Bank Statements for All Bank Accounts  IMPORTANT: Redact account numbers and remove check ima |
| [X] | [ ] | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on: 5/11/15

Print Name: Douglas Flannery

Signature: [signature]

Title: BOARD MEMBER

Rev. 12/10/20

**DEBTOR:** Marion Energy Inc    **CASE NO:** 14-31632

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: Mar 1 2015 to Mar 31 2015

**CASH FLOW SUMMARY**

| | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 179,387.89 (1) | $ 5,745.76 (1) |
| 2. Cash Receipts | | |
|    Operations | 46,110.70 | 46,110.70 |
|    Sale of Assets | 0.00 | 0.00 |
|    Loans/advances | 300,000.00 | 1,950,000.00 |
|    Other | 512.00 | 51,412.00 |
|    Total Cash Receipts | $ 346,622.70 | $ 2,047,522.70 |
| 3. Cash Disbursements | | |
|    Operations | 337,907.53 | 1,860,290.40 |
|    Debt Service/Secured loan payment | 0.00 | 0.00 |
|    Professional fees/U.S. Trustee fees | 55,003.33 | 59,878.33 |
|    Other | 0.00 | 0.00 |
|    Total Cash Disbursements | $ 392,910.86 | $ 1,920,168.73 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | -46,288.16 | 127,353.97 |
| 5 Ending Cash Balance (to Form 2-C) | $ 133,099.73 (2) | $ 133,099.73 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 0 |
| DIP Operating Account | Wells Fargo Bank 9882 | 133,099.73 |
| DIP State Tax Account | | 0.00 |
| DIP Payroll Account | | 0.00 |
| Other Operating Account | | 0.00 |
| Other Operating Account | | 0.00 |
| Other Interest-bearing Account | | 0.00 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 133,099.73 (2) |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
   *Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

Page 1 of 3
Rev. 12/10/2009

**DEBTOR:** Marion Energy Inc  **CASE NO:** 14-31632

# Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _Mar 1 2015_____ to __Mar 31 2015____

**CASH RECEIPTS DETAIL**    **Account No:**    Wells Fargo Bank 9882
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 03/04/2015 | WF Payroll | Tax refund | $ 210.00 |
| 03/12/2015 | TCS II | DIP Loan | $ 300,000.00 |
| 03/17/2015 | State of Utah | Tax refund | $ 302.00 |
| 03/31/2015 | Summit Energy | Gas Sales | $ 46,110.70 |

**Total Cash Receipts**    $ 346,622.70 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

**DEBTOR:** Marion Energy Inc **CASE NO:** 14-31632

Form 2-B
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: Mar 1 2015 to Mar 31 2015

**CASH DISBURSEMENTS DETAIL**  Account No: Wells Fargo Bank 9882
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 03/01/2015 | Wire030215 | Douglas Flannery | Consulting Fees | 3,662.10 |
| 03/02/2015 | 1104 | Rocky Mountain Power | Electricity | 226.54 |
| 03/02/2015 | 1105 | Questar Pipeline Company | Clear Creek Control Valve | 30,000.00 |
| 03/02/2015 | 1106 | Guardian | Health Insurance Expense | 2,985.52 |
| 03/02/2015 | 1107 | United Health Care | Health Insurance Expense | 16,980.99 |
| 03/02/2015 | 1108 | Brown Insurance Services | Insurance Expense | 13,395.00 |
| 03/02/2015 | 1109 | GE Credit Equities, Inc. | Office Expense | 429.15 |
| 03/02/2015 | 1109 | GE Credit Equities, Inc. | Office Rent | 8,099.67 |
| 03/02/2015 | 1109 | GE Credit Equities, Inc. | Office Utilities | 652.00 |
| 03/02/2015 | 1110 | JW Power Company | Compression | 18,711.33 |
| 03/02/2015 | 1111 | Emery County Treasurer | Lease Operating Expense | 139.63 |
| 03/02/2015 | 1112 | Enviro Rehab & Construction | Oman 2-20 Generator | 5,940.85 |
| 03/02/2015 | 1112 | Enviro Rehab & Construction | LOE - Snow Removal | 4,650.00 |
| 03/02/2015 | 1112 | Enviro Rehab & Construction | Pumper | 1,080.00 |
| 03/02/2015 | 1112 | Enviro Rehab & Construction | Rental Equip RR 2-19 | 200.00 |
| 03/02/2015 | 1113 | Time Warner Cable | Telephone Expense | 825.79 |
| 03/03/2015 | 1114 | Elaine Tran | Office Expense | 206.00 |
| 03/03/2015 | 1115 | Utah State Tax Commission | Franchise Tax | 100.00 |
| 03/03/2015 | 1116 | Oklahoma Tax Commission | Franchise Tax | 100.00 |
| 03/03/2015 | 1118 | Oklahoma Tax Commission | Franchise Tax | 100.00 |
| 03/05/2015 | Wire030515 | Hoerbiger Service Inc | Development Costs (FCP) | 3,500.00 |
| 03/09/2015 | 1119 | CubeSmart | Storage | 396.00 |
| 03/09/2015 | 1120 | Brown Insurance Services | Insurance Expense | 4,500.00 |
| 03/09/2015 | 1121 | CentraCom | Equip Rental | 52.99 |
| 03/09/2015 | 1122 | Nelco Contractors Inc | ASD 3-17 Water Truck | 1,335.00 |
| 03/09/2015 | 1123 | Clear Creek Homeowners Ass | Leasehold Costs | 3,000.00 |
| 03/09/2015 | 1124 | David Smith | Truck Allowance | 2,500.00 |
| 03/09/2015 | 1125 | Enviro Rehab & Construction | Snow Removal | 5,975.00 |
| 03/09/2015 | 1125 | Enviro Rehab & Construction | Pumper | 594.00 |
| 03/09/2015 | 1125 | Enviro Rehab & Construction | Materials & Supplies | 638.17 |
| 03/09/2015 | 1125 | Enviro Rehab & Construction | RR 11-17 Materials | 419.78 |
| 03/12/2015 | Debit031215 | Wells Fargo | Bank Charges | 154.08 |
| 03/12/2015 | Debit031215 | Wells Fargo Payroll | Bank Charges | 80.55 |
| 03/12/2015 | Debit031215 | Wells Fargo Payroll | Payroll Taxes | 2,278.22 |
| 03/12/2015 | Debit031215 | Wells Fargo Payroll | Net Payroll | 43,360.33 |
| 03/13/2015 | 1126 | Beth Roti | Office Expense | 17.31 |
| 03/13/2015 | Debit031315 | Utah State Tax Commission | Severance Taxes | 2,728.00 |
| 03/16/2015 | 1127 | Elias, Books, Brown & Nelson, | Legal Fees | 1,642.50 |
| 03/16/2015 | 1128 | Gollob Morgan Peddy | Accounting Fees | 3,800.00 |
| 03/16/2015 | 1129 | EIS Environmental & Engineer | ASD 3-17 Water & Soil Testing | 1,795.93 |
| 03/16/2015 | 1130 | Jon Nuttal | Snow Removal | 1,275.00 |
| 03/18/2015 | Wire031815 | Filtra-Systems Company | Clear Creek Field | 12,095.00 |
| 03/19/2015 | 1131 | Wells Fargo Banks | Bank Charges | 20.00 |
| 03/19/2015 | 1132 | Gollob Morgan Peddy | Accounting Fees | 2,000.00 |
| 03/19/2015 | 1133 | Enviro Rehab & Construction | Pumper | 864.00 |
| 03/19/2015 | 1133 | Enviro Rehab & Construction | Supplies | 564.11 |
| 03/19/2015 | 1133 | Enviro Rehab & Construction | Oman 2-20 Generator | 5,940.85 |
| 03/19/2015 | 1133 | Enviro Rehab & Construction | Concrete Pad Cler Creek Field | 2,000.00 |
| 03/19/2015 | 1133 | Enviro Rehab & Construction | Concrete Pad Oman 2-20 | 2,000.00 |
| 03/19/2015 | Wire031915 | Flannery Consultants Inc. | Consulting Fees | 25,000.00 |
| 03/20/2015 | 1134 | GE Oil & Gas ESP, Inc | RR 13-17 | 11,254.59 |
| 03/20/2015 | 1135 | Enviro Rehab & Construction | Pumper | 1,423.80 |
| 03/20/2015 | 1136 | Christensen Brothers | Snow Removal | 1,530.00 |
| 03/20/2015 | 1137 | MHA Petroleum Consultants | Consulting Fees | 248.28 |
| 03/20/2015 | 1138 | Rocky Mountain Power | Electricity | 222.95 |
| 03/20/2015 | Wire032415 | Parsons Behle & Latimer | Legal Fees | 31,418.58 |
| 03/26/2015 | 1139 | JW Power Company | Compression | 18,711.33 |
| 03/26/2015 | Wire032615 | Parsons Behle & Latimer | Legal Fees | 23,584.75 |
| 03/30/2015 | Debit033015 | Wells Fargo Payroll | Bank Charges | 80.55 |
| 03/30/2015 | Debit033015 | Wells Fargo Payroll | Payroll Taxes | 2,278.21 |
| 03/30/2015 | Debit033015 | Wells Fargo Payroll | Net Payroll | 43,360.31 |
| 03/30/2015 | Wire033015 | Flannery Consultants Inc. | Consulting Fees | 7,586.94 |
| 03/31/2015 | Wire033115 | Timothy Dart | Electrical Upgrade | 9,243.18 |
| 03/31/2015 | 1140 | Brown Insurance Services | Insurance Expense | 2,956.00 |

**Total Cash Disbursements** $ 392,910.86 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 12/10/2009

DEBTOR: Marion Energy Inc     CASE NO.: 14-31632

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: March 31 2015

|  |  | Current Month | Petition Date (1) |
|---|---|---:|---:|
| **ASSETS** | | | |
| Current Assets: | | | |
| Cash (from Form 2-B, line 5) | | $ 133,099.73 | $ 5,745.76 |
| Accounts Receivable (from Form 2-E) | | 0.00 | 0.00 |
| Receivable from Officers, Employees, Affiliates | | 0.00 | 0.00 |
| Inventory | | 0.00 | 0.00 |
| Other Current Assets :(List) | Deposits | 45,742.80 | 45,184.80 |
| | Prepaid Expenses | 75,652.54 | 124,117.77 |
| | Accrued Revenue Receivable | 6,671.00 | 6,671.00 |
| Total Current Assets | | $ 261,166.07 | $ 181,719.33 |
| Fixed Assets: | | | |
| Land | | $ 0.00 | $ 0.00 |
| Building | | 0.00 | 0.00 |
| Equipment, Furniture and Fixtures | | 114,183.92 | 114,183.92 |
| Total Fixed Assets | | 114,183.92 | 114,183.92 |
| Less: Accumulated Depreciation | | ( 63,423.02 ) | ( 55,349.67 ) |
| Net Fixed Assets | | $ 50,760.90 | $ 58,834.25 |
| Other Assets (List): | Net Oil & Gas Properties | 85,506,043.97 | 84,821,926.23 |
| | Bond Deposits | 995,930.00 | 995,930.00 |
| **TOTAL ASSETS** | | $ 86,813,900.94 | $ 86,058,409.81 |
| **LIABILITIES** | | | |
| Post-petition Accounts Payable (from Form 2-E) | | $ 120,190.34 | $ 0 |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | 208,895.62 | 0 |
| Post-petition Taxes Payable (from Form 2-E) | | 0.00 | 0 |
| Post-petition Notes Payable | | 5,704,931.75 | 0 |
| Other Post-petition Payable(List): | Accrued Revenue Payable | 7,945.67 | 0 |
| | Asset Retirement Obligation | 14,420.90 | 0 |
| | Wages Payable | 0.00 | 0 |
| | Intercompany Marion Energy | 50,000.00 | 0 |
| Total Post Petition Liabilities | | $ 6,106,384.28 | $ 0 |
| Pre Petition Liabilities: | | | |
| Secured Debt | | 34,441,393.64 | 34,441,393.64 |
| Priority Debt | | 0.00 | 0.00 |
| Unsecured Debt | | 128,973,253.54 | 128,972,704.35 |
| Total Pre Petition Liabilities | | $ 163,414,647.18 | $ 163,414,097.99 |
| **TOTAL LIABILITIES** | | $ 169,521,031.46 | $ 163,414,097.99 |
| **OWNERS' EQUITY** | | | |
| Owner's/Stockholder's Equity | | $ 2,910,088.00 | $ 2,910,088.00 |
| Retained Earnings - Prepetition | | -80,265,776.18 | -80,265,776.18 |
| Retained Earnings - Post-petition | | -5,351,442.34 | 0.00 |
| **TOTAL OWNERS' EQUITY** | | $ -82,707,130.52 | $ -77,355,688.18 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | $ 86,813,900.94 | $ 86,058,409.81 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*

Page 1 of 1
Rev. 12/10/2009

**DEBTOR:** Marion Energy Inc     **CASE NO:** 14-31632

# Form 2-D
# PROFIT AND LOSS STATEMENT
**For Period** Mar 1 2015 **to** Mar 31 2015

|  | Current Month | Accumulated Total (1) |
|---|---:|---:|
| Gross Operating Revenue | $ 6,936.87 | $ 43,096.47 |
| Less: Discounts, Returns and Allowances | ( 0.00 ) | ( 0.00 ) |
| **Net Operating Revenue** | $ 6,936.87 | $ 43,096.47 |
| Cost of Goods Sold | 0.00 | 0.00 |
| **Gross Profit** | $ 6,936.87 | $ 43,096.47 |
| Operating Expenses | | |
|   Officer Compensation | $ -899,858.69 | $ 197,267.38 |
|   Selling, General and Administrative | 93,687.42 | 821,160.94 |
|   Rents and Leases | 8,918.07 | 44,590.35 |
|   Depreciation, Depletion and Amortization | 6,005.45 | 30,027.25 |
|   Other (list): Lease Operating Expenses | 153,391.42 | 547,305.30 |
|    | 0.00 | 0.00 |
| **Total Operating Expenses** | $ -637,856.33 | $ 1,640,351.22 |
| **Operating Income (Loss)** | $ 644,793.20 | $ -1,597,254.75 |
| Non-Operating Income and Expenses | | |
|   Other Non-Operating Expenses | $ 0.00 | $ 0.00 |
|   Gains (Losses) on Sale of Assets | 0.00 | 0.00 |
|   Interest Income | 0.00 | 0.00 |
|   Interest Expense | -782,234.55 | -3,755,087.59 |
|   Other Non-Operating Income | 0.00 | 900.00 |
| Net Non-Operating Income or (Expenses) | $ -782,234.55 | $ -3,754,187.59 |
| Reorganization Expenses | | |
|   Legal and Professional Fees | $ 0.00 | $ 0.00 |
|   Other Reorganization Expense | 0.00 | 0.00 |
| **Total Reorganization Expenses** | $ 0.00 | $ 0.00 |
| **Net Income (Loss) Before Income Taxes** | $ -137,441.35 | $ -5,351,442.34 |
| Federal and State Income Tax Expense (Benefit) | 0.00 | 0.00 |
| **NET INCOME (LOSS)** | $ -137,441.35 | $ -5,351,442.34 |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

Page 1 of 1
Rev. 12/10/2009

**DEBTOR:** Marion Energy Inc  **CASE NO:** 14-31632

## Form 2-E
### SUPPORTING SCHEDULES
For Period: Mar 1 2015 to Mar 31 2015

### POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: | | | | | | |
|   Federal | $ 0 | $ 14,305.30 | 14,305.30 | Debited by WF Payroll | $ | 0 |
|   State | 0 | 375.00 | 375.00 | Debited by WF Payroll | | 0 |
| FICA Tax Withheld | 0 | 6,484.87 | 6,484.87 | Debited by WF Payroll | | 0 |
| Employer's FICA Tax | 0 | 6,484.87 | 6,484.87 | Debited by WF Payroll | | 0 |
| Unemployment Tax | | | | | | |
|   Federal | 0 | | | Debited by WF Payroll | | 0 |
|   State | 0 | 22.50 | 22.50 | Debited by WF Payroll | | 0 |
| Sales, Use & Excise Taxes | 0 | 0.00 | 0.00 | | | 0 |
| Property Taxes | 0 | 0.00 | 0.00 | | | 0 |
| Accrued Income Tax: | | | | | | |
|   Federal | 0 | 0.00 | 0.00 | | | 0 |
|   State | 0 | 0.00 | 0.00 | | | 0 |
|   Other: | 0 | 0.00 | 0.00 | | | 0 |
| TOTALS | $ 0 | $ 27,159.26 | $ 27,159.26 | | $ | 0 |

*(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

### INSURANCE SCHEDULE

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | Travelers Casualty Ins Co | $ Statuatory | 4/1/2015 | 4/1/2015 |
| General Liability | St Paul Fire & Marine Ins | $ 2,000,000 | 4/1/2015 | 4/1/2015 |
| Property (Fire, Theft) | St Paul Fire & Marine Ins | $ 3,040,594 | 4/1/2015 | 4/1/2015 |
| Vehicle | St Paul Fire & Marine Ins | $ 1,000,000 | 4/1/2015 | 4/1/2015 |
| Umbrella Liability | St Paul Fire & Marine Ins | $ 10,000,000 | 4/1/2015 | 4/1/2015 |
| Control of Well | Travelers Property Casualt | $ 4,000,000 | 5/4/2015 | 5/4/2015 |
| Directors & Officers | AIG Europe | $ 10,000,000 | 8/31/2014 | 8/31/2014 |

Rev. 12/10/2009

**DEBTOR:** Marion Energy Inc                               **CASE NO:** 14-31632

**Form 2-E**
**SUPPORTING SCHEDULES**
For Period: __Mar 1 2015____ to ___Mar 31 2015_____

### *ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING*

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ 0.00 | $ 62,558.21 |
| 30 to 60 days | 0.00 | 57,632.13 |
| 61 to 90 days | 0.00 | 0.00 |
| 91 to 120 days | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 |
| **Total Post Petition** | 0.00 | |
| **Pre Petition Amounts** | 0.00 | |
| Total Accounts Receivable | $ 0.00 | |
| Less: Bad Debt Reserve | 0.00 | |
| **Net Accounts Receivable (to Form 2-C)** | $ 0.00 | |
| **Total Post Petition Accounts Payable** | | $ 120,190.34 |

*\* Attach a detail listing of accounts receivable and post-petition accounts payable*

### *SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS*

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ 0 | $ 72,895.77 | 55,003.33 | | $ 208,895.62 |
| Counsel for Unsecured Creditors' Committee | 0 | 0 | 0 | | 0 |
| Trustee's Counsel | 0 | 0 | 0 | | 0 |
| Accountant | 0 | 0 | 0 | | 0 |
| Other: _____ | 0 | 0 | 0 | | 0 |
| Total | $ 0 | $ 72,895.77 | $ 55,003.33 | | $ 208,895.62 |

*Balance due to include fees and expenses incurred but not yet paid.

### *SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES\*\**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

\*\*List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

**DEBTOR:** Marion Energy Inc    **CASE NO:** 14-31632

## Form 2-F
### QUARTERLY FEE SUMMARY *
**For the Month Ended:** Mar 2015

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | 2015 | $ 402,436.32 | | | |
| February | 2015 | 412,354.87 | | | |
| March | 2016 | 392,910.86 | | | |
| TOTAL 1st Quarter | | $ 1,207,702.05 | $ 6,500.00 | | |
| April | | $ 0 | | | |
| May | | 0 | | | |
| June | | 0 | | | |
| TOTAL 2nd Quarter | | $ 0 | $ | | |
| July | | $ 0 | | | |
| August | | 0 | | | |
| September | | 0 | | | |
| TOTAL 3rd Quarter | | $ 0 | $ | | |
| October | 2014 | $ 0 | | | |
| November | 2014 | 386,810.88 | | | |
| December | 2014 | 325,655.80 | | | |
| TOTAL 4th Quarter | | $ 712,466.68 | $ 4,875.00 | 1059 + 1096 | 1/26/2015, 2/17/20 |

### FEE SCHEDULE (as of JANUARY 1, 2008)
*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999.................. | $325 | $1,000,000 to $1,999,999............. | $6,500 |
| $15,000 to $74,999.......... | $650 | $2,000,000 to $2,999,999............. | $9,750 |
| $75,000 to $149,999........ | $975 | $3,000,000 to $4,999,999............. | $10,400 |
| $150,000 to $224,999...... | $1,625 | $5,000,000 to $14,999,999 ....... | $13,000 |
| $225,000 to $299,999...... | $1,950 | $15,000,000 to $29,999,999…. | $20,000 |
| $300,000 to $999,999...... | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

Page 1 of 1
Rev. 12/10/2009

**DEBTOR:** Marion Energy Inc    **CASE NO:** 14-31632

**Form 2-G**
# NARRATIVE
**For Period Ending 03/31/2015**

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.**

Corrected previously reported erroneous accounting.  1) backed out "post-petition wages payable" entered in January & February. 2) Removed double counting of legal retainer reported in December.

The first was due to claims made by ex-officers of the company for contract break fees and salary shortfalls, since the ch. 11 filing. These were listed in the accounts in January & February as "post petition wages payable." However, these potential claims will be adjudicated during the normal claims process and accounted for accordingly at that time. The effect of this reversal increased net income by $988,026.07.

The second error occurred in the December reporting of legal expenses. The first invoice from counsel was entered into the system net of the retainer. However, the retainer was never removed from the balance sheet. The effect of this was to lower the amount owed to counsel post petition. The reversal lowered net income by $101,738.67 (the amount of the retainer)

The Debtor continues in possession of its assets as debtor-in-possession and continues to operate its business.  The Debtor and its secured creditor, TCS/Castlelake, are continuing to negotiate the sale and/or refinance of the Debtor's assets and operations.

Marion Energy Inc
Bank Reconciliation
March 2015

|  | DIP Account |
|---|---|
| Balance per General Ledger | 133,099.73 |
|  |  |
| Outstanding Items: |  |
| GE Oil & Gas | 11,254.59 |
| Brown Insurance Services | 2,956.00 |
| Enviro Rehab | 1,423.80 |
| Christensen Brothers | 1,530.00 |
| Beth Roti | 17.31 |
|  | 17,181.70 |
|  |  |
|  | 150,281.43 |

# Analyzed Business Checking

Account number: ▮▮▮▮  ■ March 1, 2015 - March 31, 2015  ■ Page 1 of 3



MARION ENERGY INC
OPERATING ACCOUNT
DEBTOR IN POSSESSION
CH 11 CASE # 14-31632 (UT)
2150 S CENTRAL EXPY STE 380
MCKINNEY TX 75070-4068

**Questions?**

Available by phone 24 hours a day, 7 days a week:
**1-800-CALL-WELLS** (1-800-225-5935)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (808)
McKinney Towne Crossing
8990 State Hwy 121
McKinney, TX 75070

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ▮▮▮▮ | $197,648.14 | $346,622.70 | -$393,989.41 | $150,281.43 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/04 | 210.00 | Wells Fargo Busi Tax Col Payroll Allen 7135756 |
| | 03/12 | 300,000.00 | WT Seq133388 Castlelake II Lp /Org=Castlelake Lp Srf# IN15031207101703 Trn#150312133388 Rfb# 000024971 |
| | 03/17 | 302.00 | Deposit Made In A Branch/Store |
| | 03/31 | 46,110.70 | WT Fed#02307 Zions First Nation /Org=Summit Energy LLC Srf# 2015033100006939 Trn#150331156696 Rfb# 17866616 |
| | | $346,622.70 | **Total electronic deposits/bank credits** |
| | | $346,622.70 | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/02 | 3,662.10 | WT Fed#06629 Td Bank, NA /Ftr/Bnf=Douglas Flannery Srf# IN15030210553138 Trn#150302122462 Rfb# 000000295 |
| | 03/05 | 3,500.00 | WT Fed#02018 Bank of America, N /Ftr/Bnf=Hoerbiger Service Inc Srf# IN15030509364574 Trn#150305074550 Rfb# 000000296 |
| | 03/11 | 154.08 | Client Analysis Srvc Chrg 150310 Svc Chge 0215 ▮▮▮▮ |
| | 03/12 | 80.55 | Marion Energy IN WF Payroll 150313 7135756 Payroll Invoice |
| | 03/12 | 13,836.30 | Wells Fargo Busi Tax Col Payroll Allen 7135756 |
| | 03/12 | 31,802.25 | Marion Energy IN WF Payroll 150313 7135756 Payroll DD |
| | 03/16 | 2,728.00 | Utah801/297-7703 Tax Paymnt 2129662464 Marion Energy Inc |

Sheet Seq = 0007513
Sheet 00001 of 00003

Account number: ■ March 1, 2015 - March 31, 2015 ■ Page 2 of 3



## Electronic debits/bank debits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/18 | 12,095.00 | WT Fed#03838 Jpmorgan Chase Ban /Ftr/Bnf=Filtra-Systems Company Srf# IN15031811461324 Trn#150318110904 Rfb# 000000297 |
| | 03/19 | 25,000.00 | WT Fed#04116 Td Bank, NA /Ftr/Bnf=Douglas Flannery Srf# IN15031907475217 Trn#150319047730 Rfb# 000000298 |
| | 03/24 | 31,418.58 | WT Fed#01524 Jpmorgan Chase Ban /Ftr/Bnf=Parsons, Behle & Latimer Srf# IN15032412021380 Trn#150324105206 Rfb# 000000299 |
| | 03/26 | 23,584.75 | WT Fed#03831 Jpmorgan Chase Ban /Ftr/Bnf=Parsons, Behle & Latimer Srf# IN15032609481531 Trn#150326083918 Rfb# 000000300 |
| | 03/30 | 80.55 | Marion Energy IN WF Payroll 150331 7135756 Payroll Invoice |
| | 03/30 | 13,836.24 | Wells Fargo Busi Tax Col Payroll Allen 7135756 |
| | 03/30 | 31,802.28 | Marion Energy IN WF Payroll 150331 7135756 Payroll DD |
| | 03/30 | 7,586.94 | WT Fed#02813 Td Bank, NA /Ftr/Bnf=Douglas Flannery Srf# IN15033007084617 Trn#150330052470 Rfb# 000000301 |
| | 03/31 | 9,243.18 | WT Fed#06979 East Idaho Credit /Ftr/Bnf=Timothy J Dart Srf# IN15033107352323 Trn#150331068981 Rfb# 000000302 |
| | | **$210,410.80** | **Total electronic debits/bank debits** |

## Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
|  | 825.79 | 03/12 | 1110 | 18,711.33 | 03/10 | 1124 | 2,500.00 | 03/17 |
| 1098 | 8,080.25 | 03/03 | 1111 | 139.63 | 03/10 | 1125 | 7,626.95 | 03/17 |
| 1099 | 2,000.00 | 03/03 | 1112 | 11,870.85 | 03/09 | 1127* | 1,642.50 | 03/18 |
| 1100 | 2,450.00 | 03/03 | 1114* | 206.00 | 03/03 | 1128 | 3,800.00 | 03/19 |
| 1101 | 750.00 | 03/02 | 1115 | 100.00 | 03/16 | 1129 | 1,795.93 | 03/25 |
| 1102 | 2,500.00 | 03/03 | 1116 | 100.00 | 03/10 | 1130 | 1,275.00 | 03/20 |
| 1103 | 2,480.00 | 03/10 | 1118* | 100.00 | 03/10 | 1131 | 20.00 | 03/23 |
| 1104 | 226.54 | 03/06 | 1119 | 396.00 | 03/12 | 1132 | 2,000.00 | 03/24 |
| 1105 | 30,000.00 | 03/09 | 1120 | 4,500.00 | 03/18 | 1133 | 11,368.96 | 03/25 |
| 1106 | 2,985.52 | 03/05 | 1121 | 52.99 | 03/13 | 1137* | 248.28 | 03/30 |
| 1107 | 16,980.99 | 03/09 | 1122 | 1,335.00 | 03/16 | 1138 | 222.95 | 03/30 |
| 1108 | 13,395.00 | 03/06 | 1123 | 3,000.00 | 03/16 | 1139 | 18,711.33 | 03/30 |
| 1109 | 9,180.82 | 03/12 | | | | | | |
| | **$183,578.61** | | **Total checks paid** | | | | | |

*Gap in check sequence.

| | $393,989.41 | Total debits |
|---|---|---|

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/28 | 197,648.14 | 03/10 | 77,719.93 | 03/19 | 257,365.70 |
| 03/02 | 193,236.04 | 03/11 | 77,565.85 | 03/20 | 256,090.70 |
| 03/03 | 177,999.79 | 03/12 | 321,444.14 | 03/23 | 256,070.70 |
| 03/04 | 178,209.79 | 03/13 | 321,391.15 | 03/24 | 222,652.12 |
| 03/05 | 171,724.27 | 03/16 | 314,228.15 | 03/25 | 209,487.23 |
| 03/06 | 158,102.73 | 03/17 | 304,403.20 | 03/26 | 185,902.48 |
| 03/09 | 99,250.89 | 03/18 | 286,165.70 | 03/30 | 113,413.91 |

Sheet Seq = 0007514
Sheet 00002 of 00003

Account number:  ▇▇▇▇   ■ March 1, 2015 - March 31, 2015 ■ Page 3 of 3



**Daily ledger balance summary** *(continued)*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/31 | 150,281.43 | | | | |

Average daily ledger balance   $211,588.08

## ✓ IMPORTANT ACCOUNT INFORMATION

The following information is provided to help clarify an existing fee waiver associated with Overdraft fees. The benefit has not changed. At the end of our nightly processing, if both your ending daily account balance and your available balance are overdrawn by $5 or less, any overdraft fee(s) will be waived. This fee waiver is associated with your total overdrawn balance, not the dollar size of the transaction(s) contributing to the overdrawn balance.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.