**This order is SIGNED.**

Dated: November 2, 2015

*/s/ J T Marker*



**JOEL T. MARKER**
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy Number: 14-31632 |
|---|---|
| MARION ENERGY INC, | Chapter 11 |
| Debtor. | |

### ORDER TO SHOW CAUSE

The Debtor filed the above-captioned chapter 11 case on October 31, 2014. On May 6, 2015, the Court entered an order authorizing the credit-bid sale of substantially all of the Debtor's assets, and the sale closed effective June 1. Since then, there has been no docket activity except for compensation requests by Debtor's counsel, and the Debtor has filed no monthly operating reports since May 11. Accordingly, it is hereby

**ORDERED** that the Debtor show cause in a written response filed by **November 13, 2015** why the case should not be dismissed; and it is further

**ORDERED** that if a timely response is filed, the Court will hold a hearing on **November 18, 2015 at 11:00 a.m.** on this Order to Show Cause; and it is further

**ORDERED** that if no timely response is filed, no hearing will be held on this Order to Show Cause, and the Court will promptly enter an order dismissing the case as being in the best interests of creditors and the estate due to the lack of any assets for administration and the lack of any need for an independent trustee's investigation of the Debtor's financial affairs.

_____End of Document_____

_____ooo0ooo_____

## SERVICE LIST

Service of the foregoing **ORDER TO SHOW CAUSE** will be effected through the Bankruptcy Noticing Center to each party on the official mailing matrix.