**DEBTOR:** Marion Energy Inc

**CASE NUMBER:** 14-31632

**FINAL REPORT**
**CHAPTER 11**

## COVER SHEET

For Period 6/2015-11/2015

**NARRATIVE:**

On June 1, 2015, the Debtor and its secured creditor, Castlelake, L.P., filed the Joint Stipulated Notice of Credit Bid Purchase and Sale Transaction [dkt # 160], which noticed the sale of substantially all of the assets of the Debtor to Castlelake. Since that time, the Debtor has had no employees and no operations. The Debtor no longer had an accounting staff to provide information for monthly operating reports or prepare updated balances sheets reflecting the sale and any subsequent transactions. All that remained after the sale was an account with certain remaining reporting and payment obligations, including (1) payment of the Debtor's bankrutpcy professionals; (2) filing reports with and making payments to the taxing authorities; (3) filing reports as required by and paying fees due to the Office of the United States Trustee; and (3) reconciling the post-petition payables, outstanding checks and invoices, and the Debtor's DIP account. The Debtor's only remaining professional and pre-petition employee and board member, Doug Flannery of Flannery Consultants, has provided the following ledger from the DIP account, along with the DIP account statements.

Following the filing of this FINAL REPORT, the Debtor will seek a reconciliation and, it believes, a refund of U.S. Trustee fees it may have overpaid. It will pay any remaining outstanding post-petition obligations in the ordinary course. Finally, it will determine whether the holders of still unpresented checks can be reached and, if not, will cancel all outstanding unpresented checks. Finally, it will pay all remaining funds to its secured creditor, asset purchaser, and DIP lender, Castlelake. Castlelake has agreed, pursuant to the Stipulation [dkt # 83 and dkt # 158], to pay the final agreed upon amount of fees and costs due an owing to Debtor's professionals, including its counsel, Parsons Behle & Latimer.

Attached hereto is ledger showing each transaction to and from the DIP account since the latest monthly operating report filed in this case covering the month of March 2015.

*I declare under penalty of perjury that the following Final Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on: 11/13/15        Print Name: Douglas Flannery

Signature: [signature]

Title: Director

Rev. 12/10/2009

PBL\17042.030\4834-3442-3082.v1-11/10/15

Marion Energy Inc
DIP Account Ledger
for period 4/2015 through 11/2015

| Vendor | Description | Date | Receipt | Disbursement | Balance | Check # | Invoice # |
|---|---|---|---|---|---|---|---|
| WF Bank Fees | Admin-Other | 4/13/2015 | | 192.74 | 132,906.99 | Auto | |
| Nelco | Direct-OPX | 4/13/2015 | | 6,263.84 | 126,643.15 | 1141 | 80335 & 80275 |
| Elaine Tran | Admin-Other | 4/13/2015 | | 20.00 | 126,623.15 | 1142 | expenses |
| Enviro Rehab | Direct-OPX | 4/13/2015 | | 14,964.99 | 111,658.16 | 1143 | 1147-1149 |
| Enviro Rehab | Direct-OPX | 4/13/2015 | | 1,080.00 | 110,578.16 | 1144 | 1151 |
| Nelco | Direct-OPX | 4/13/2015 | | 12,421.06 | 98,157.10 | 1145 | 80358-80362 |
| JW Power | Direct-OPX | 4/13/2015 | | 638.68 | 97,518.42 | 1148 | J145934 |
| Scofield Town | Admin-Tax | 4/13/2015 | | 768.60 | 96,749.82 | 1149 | 2010-723 |
| Flannery Consultants Inc. | Admin-Salaries | 4/20/2015 | | 25,000.00 | 71,749.82 | 1151 | MEI003 |
| Gollob Morgan Peddy | Admin-Accounting Fees | 4/21/2015 | | 2,000.00 | 69,749.82 | Wire | retainer (11641) |
| Enviro Rehab | Direct-OPX | 4/24/2015 | | 3,922.00 | 65,827.82 | 1152 | 1152-1154 |
| Nelco | Direct-OPX | 4/24/2015 | | 455.00 | 65,372.82 | 1154 | 80394 |
| Thomas Petroleum | Direct-Fuel | 4/24/2015 | | 500.00 | 64,872.82 | Wire | Gas |
| Various | Admin-Royalties (**) | 4/27/2015 | | 8,378.62 | 56,494.20 | 1000XX | Cure - royalties |
| TCS | TCS | 4/27/2015 | 100,000.00 | | 156,494.20 | Wire | |
| Darin Cain | Admin-ROW | 4/27/2015 | | 20,000.00 | 136,494.20 | 1155 | Cure - Pipeline right of way |
| Steve Ault | Admin-ROW | 4/27/2015 | | 6,000.00 | 130,494.20 | 1156 | Cure - Annual lease agreement |
| QEP Field Services | Admin-Questar | 4/28/2015 | | 8,380.30 | 122,113.90 | 1157 | Cure |
| | **Total April Disbursements:** | | | **110,985.83** | | | |
| Enviro Rehab | Direct-OPX | 5/1/2015 | | 8,314.62 | 113,799.28 | 1158 | 1156 - 1158, pick-up |
| Flannery Consultants Inc. | Admin-Travel | 5/1/2015 | | 3,050.54 | 110,748.74 | 1159 | MEI004 |
| Nelco | Direct-OPX | 5/1/2015 | | 6,172.83 | 104,575.91 | 1160 | 80414 |
| Rocky Mountain Associates | Admin-Other | 5/1/2015 | | 4,812.30 | 99,763.61 | 1161 | 11897 |
| Gollob Morgan Peddy | Admin-Accounting Fees | 5/7/2015 | | 3,060.00 | 96,703.61 | Wire | 11641, $1,000 retainer (117182) |
| EIS Environmental | Direct-OPX | 5/11/2015 | | 1,497.06 | 95,206.55 | 1162 | 40304011 & 40304016 |
| Enviro Rehab | Direct-OPX | 5/11/2015 | | 6,000.00 | 89,206.55 | 1163 | 1160 |
| Nelco | Direct-OPX | 5/11/2015 | | 23,802.44 | 65,404.11 | 1164 | 80447 |
| Paragon Automation | Direct-OPX | 5/11/2015 | | 1,402.50 | 64,001.61 | 1165 | 20153529-20153531 |
| WF Bank Fees | Admin-Other | 5/11/2015 | | 85.88 | 63,915.73 | Auto | Bank Fee |
| SITLA | Admin-Royalties | 5/14/2015 | | 848.00 | 63,067.73 | 1166 | 3/1/2015 |
| TCS | TCS | 5/15/2015 | 200,000.00 | | 263,067.73 | Wire | |
| Traton Engineering | Direct-OPX | 5/15/2015 | | 164,697.43 | 98,370.30 | wire | 13420, $45k retainer |
| Flannery Consultants Inc. | Admin-Salaries | 5/15/2015 | | 25,000.00 | 73,370.30 | 1167 | MEI005 |
| WF Bank Fees | Admin-Other | 5/18/2015 | | 65.00 | 73,305.30 | Auto | |
| Enviro Rehab | Direct-OPX | 5/20/2015 | | 5,529.22 | 67,776.08 | 1168 | 1150, 1159, 1161-1162 |
| DMK Environmental Engr | Direct-OPX | 5/20/2015 | | 3,720.00 | 64,056.08 | 1169 | 3397 |
| QEP Field Services | Admin-Questar | 5/20/2015 | | 89.71 | 63,966.37 | 1170 | 915200043 |
| Nelco | Direct-OPX | 5/20/2015 | | 16,781.40 | 47,184.97 | 1171 | 80503 |
| Gollob Morgan Peddy | Admin-Accounting Fees | 5/20/2015 | | 3,000.00 | 44,184.97 | Wire | retainer |
| Flannery Consultants Inc. | Admin-Other | 5/28/2015 | | 446.44 | 43,738.53 | 1172 | MEI006 |
| Darin Cain | Admin-ROW | 5/31/2015 | | (20,000.00) | 63,738.53 | | Cancelled check - lost |
| | **Total May Disbursements:** | | | **258,375.37** | | | |
| Brown Insurance Services | Admin-Insurance | 6/5/2015 | | 50,000.00 | 13,738.53 | Wire | D&O Insurance |
| WF Bank Fees | Admin-Other | 6/11/2015 | | 104.01 | 13,634.52 | Auto | Bank Fee |
| Flannery Consultants Inc. | Admin-Salaries | 6/30/2015 | | 9,116.21 | 4,518.31 | 1173 | MEI007 |
| | **Total June Disbursements:** | | | **59,220.22** | | | |
| WF Bank Fees | Admin-Other | 7/11/2015 | | 58.21 | 4,460.10 | Auto | Bank Fee |
| Summit Energy | Other Cash | 7/31/2015 | 50030.89 | | 54,490.99 | Wire | ERRONEOUS TRANSFER |
| | **Total July Disbursements:** | | | **58.21** | | | |
| Summit Energy | Other Cash | 8/12/2015 | | 50,030.89 | 4,460.10 | Wire | FIX ERRONEOUS TRANSFER |
| WF Bank Fees | Admin-Other | 8/11/2015 | | 60.09 | 4,400.01 | Auto | Bank Fee |
| | **Total August Disbursements:** | | | **50,090.98** | | | |
| WF Bank Fees | Admin-Other | 9/11/2015 | | 44.58 | 4,355.43 | Auto | Bank Fee |
| | **Total September Disbursements:** | | | **44.58** | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| WF Bank Fees | Admin-Other | 10/11/2015 | 44.90 | 4,310.53 | Auto | Bank Fee |
| | | **Total October Disbursements:** | **44.90** | | | |
| WF Bank Fees | Admin-Other | 11/11/2015 | 267.75 | 4,042.78 | Auto | W2s, Cancel Payroll |
| | | **Total November (to date) Disbursements:** | **267.75** | | | |

**(\*\*)-detail of royalties checks issued on 4/24 on next sheet**

| | |
|---|---|
| Avail. Balance: | 4,042.78 |
| Actual Balance: | 14,212.70 |

**OUTSTANDING/UNPRESENTED:**

| | | | |
|---|---|---|---|
| Beth Roti | Admin-Other | 3/13/2015 | 17.31 |
| MMSERV Mineral Management Ser | Admin-Royalties | 4/27/2015 | 4,130.60 |
| Michael Stathis | Admin-Royalties | 4/27/2015 | 8.63 |
| STAUFC Connie Jean Stauffer | Admin-Royalties | 4/27/2015 | 13.38 |
| Steve Ault | Admin-ROW | 4/27/2015 | 6,000.00 |
| | | Total Unpres. | 10,169.92 |

Royalty Checks Issued on April 24, 2015

| Check# | Check Date | Amount | Payee Name |
|---|---|---|---|
| 100021 | 4/24/2015 | 432.95 | BELLJO Joy Susan Bell |
| 100022 | 4/24/2015 | 952.86 | CORDIL Cordillera Corporation |
| 100023 | 4/24/2015 | 13.38 | DARABA Anastasia Daraban |
| 100024 | 4/24/2015 | 13.38 | DARABP Paul Daraban |
| 100025 | 4/24/2015 | 91.93 | DLOUHD David Dlouhy |
| 100026 | 4/24/2015 | 432.95 | EKB EKB California, L.L.C. |
| 100027 | 4/24/2015 | 61.7 | IPERC IPERC Royalty Fund |
| 100028 | 4/24/2015 | 91.93 | KALSTT Todd Kalstrom |
| 100029 | 4/24/2015 | 28.12 | MARKEA Markea Corporation |
| 100030 | 4/24/2015 | 739.88 | MERRIN Merrion Oil & Gas Corporation |
| 100031 | 4/24/2015 | 91.93 | MILLWM William Miller |
| 100032 | 4/24/2015 | 13.38 | NICOLT Tommy John Nicolaides |
| 100033 | 4/24/2015 | 49.31 | PIEDMO Piedmont Mineral Royalties, LLC |
| 100034 | 4/24/2015 | 432.95 | RJLNPR RJLN Properties, LLC |
| 100035 | 4/24/2015 | 346.66 | SITLA School & Institutional Trust Lands Adm. |
| 100036 | 4/24/2015 | 324.74 | SLEEMM Michael A. Sleem |
| 100037 | 4/24/2015 | 13.38 | STAUFC Connie Jean Stauffer |
| 100038 | 4/24/2015 | 98.98 | SUMMIT Summitt Energy Partners |
| 100039 | 4/24/2015 | 4,130.60 | MMSERV Mineral Management Services |
| 100040 | 4/25/2015 | 8.63 | Michael Stathis |
| 100041 | 4/25/2015 | 8.98 | John Nicolaides |
| | **Total:** | **8,378.62** | |