**This order is SIGNED.**

**Dated: November 18, 2015**

JOEL T. MARKER
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy Number: 14-31632 |
|---|---|
| MARION ENERGY INC, | Chapter 11 |
| Debtor. | Judge Joel T. Marker |

### ORDER DISMISSING CASE

On November 3, 2015, the Court issued an Order to Show Cause why the above-captioned case should not be dismissed, given the lack of activity on the docket and the Debtor's failure to file monthly operating reports. The Debtor filed a response on November 13, and the Court held a hearing on November 18, at which counsel for the Debtor and counsel for the United States Trustee appeared. For the reasons stated on the record at the hearing, it is hereby

**ORDERED** that the case is DISMISSED.

_____END OF DOCUMENT_____

_____ooo0ooo_____

**SERVICE LIST**

Service of the foregoing **ORDER DISMISSING CASE** will be effected through the Bankruptcy Noticing Center to each party on the official mailing matrix.