**This order is SIGNED.**

**Dated: November 18, 2015**

*/s/ J T Marker*

JOEL T. MARKER
U.S. Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| In re:                | Bankruptcy Number: 14-31632 |
|---|---|
| MARION ENERGY INC,    | Chapter 11                   |
| Debtor.               | Judge Joel T. Marker         |

**ORDER DISMISSING CASE**

On November 3, 2015, the Court issued an Order to Show Cause why the above-captioned case should not be dismissed, given the lack of activity on the docket and the Debtor's failure to file monthly operating reports. The Debtor filed a response on November 13, and the Court held a hearing on November 18, at which counsel for the Debtor and counsel for the United States Trustee appeared. For the reasons stated on the record at the hearing, it is hereby

**ORDERED** that the case is DISMISSED.

END OF DOCUMENT

Entered On Docket: 11/18/2015

_____ooo0ooo_____

## SERVICE LIST

Service of the foregoing **ORDER DISMISSING CASE** will be effected through the Bankruptcy Noticing Center to each party on the official mailing matrix.

```
                              United States Bankruptcy Court
                                     District of Utah
In re:                                                                   Case No. 14-31632-JTM
Marion Energy Inc                                                        Chapter 11
         Debtor                     CERTIFICATE OF NOTICE
District/off: 1088-2          User: mfm                    Page 1 of 5                  Date Rcvd: Nov 18, 2015
                              Form ID: pdfor1              Total Noticed: 247


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2015.
db           #+Marion Energy Inc,    2150 South Central Expy,    Suite 380,    McKinney, TX 75070-4068
aty           +Julia O’Neal,    P.O. Box 22,    Arnett, OK 73832-0022
aty           +Parsons Behle & Latimer,     201 South Main St., Ste 1800,    P O Box 45898,
                Salt Lake City, UT 84145-0898
fa            +Gil A. Miller,    Rocky Mountain Advisory, LLC,    215 South State, suite 550,
                Salt Lake  City, UT 84111-2356
intp           KM Custodians Pty Ltd.,    c/o Mark Korda,    333 Collins Street, Level 24,    Melbourne 3000,
                Victoria, Australia
res           +State of utah,    Divsion of Oil, Gas and Mining.,    1594 west North Temple St.,
                sat lake city, ut 84116-3154
9578870       +4 Corners Well Service, Inc.,     PO Box 746,   Farmington, NM 87499-0746
9578880        ARSI,   St. Charles Drive, Suite 100,     Thousand Oakes, CA 91360
9578881       +AT&T,   c/o Franklin Collection Service,     PO Box 3910,   Tupelo, MS 38803-3910
9578871       +Accord Credit Services, LLC,    1000 Abernathy Road,    Bldg. 400, Suite 165,
                Atlanta, GA 30328-5614
9578872       +Alan L. Edgar,    525 Forest Trail,    Cordillera, CO 81632-6101
9578873       +Allen Jorgensen,    PO Box 623,    Huntington, UT 84528-0623
9578874       +Alpine School District,    575 North 100 East,    American Fork, UT 84003-1758
9578875       +Anastasia Daraban,    952 E 5600 S,    Murray, UT 84121-1026
9578876       +Andarko Petroleum Corp.,    Attn: Katherine E. Graf,    PO Box 1330,    Houston, TX 77251-1330
9578877        Anschutz Corporation Royalty Pool #2,     555 17th Street, Suite 2400,
                Attention: Accounting Department 0843,     Denver, CO 80256-0843
9578878       +Anthony W. Madsen,    1821 Howell Avenue,    Richland, WA 99354-2317
9578879       +Arch Coal Company/Canyon Fuel CO,    PO Box 719,    Helper, UT 84526-0719
9578882       +B & C Quick Test, Inc.,    2460 North 500 East,    Vernal, UT 84078-6505
9578893       +BLM,   PO Box 25627,    Denver, CO 80225-0627
9578883       +Badlands Fab & Machine, Inc.,    1814 N. 1500 W.,    Carbonville, UT 84526-2509
9578884       +Baker Hughes,    P.O. Box 301057,    Dallas, TX 75303-1057
9578885       +Baker Oil Tools,    9100 Emmott Rd,    Houston, TX 77040-3514
9578886       +Basin Swabbing & Well Service, Inc.,    Rt 1 Box 2876,    Roosevelt, UT 84066-9558
9578887       +Beckham County,    PO Box 600,    Sayre, OK 73662-0600
9578888       +Benco Oil Services,    PO Box 1166,    Vernal, UT 84078-1166
9578889      #+Benjamin J Evans,    1010 Biscayne Ct.,    Allen, TX 75013-4825
9578890       +Bethan W Clarke-Roti,    1309 Chimney Rock,    Allen, TX 75002-0988
9578891       +Betty Glade-Deceased,    598 East 2825 North,    Provo, UT 84604-4255
9578892       +Blackhawk Coal Company,    c/o American Electric Power,    PO Box 24424,    Canton, OH 44701-4424
9578894        Bonnie Jensen,    18316 Highway 56,    Sherman, TX 75902
9578895       +Borets-Weatherford US Inc.,    Attn: David R. Thrasher,    919 Milam Street, Suite 2200,
                Houston, TX 77002-5419
9578896       +Brown Insurance Services,    3314 Cornell Avenue,    Dallas, TX 75205-2936
9578897       +Bureau of Land Management,    440 West 200 South, Suite 500,    Salt Lake City, UT 84101-1434
9578898       +C & S Transports,    Attn: Stone Orem,    1205 S. Shebwooley,    Erick, OK 73645-4542
9578907       +CG Power Rentals, Inc.,    2474 West 1500 North,    Vernal, UT 84078-9625
9578918       +CPI Office Products,    PO Box 292130,    Lewisville, TX 75029-2130
9578899       +Caine & Weiner,    21210 Erwin Street,    Woodland Hills, CA 91367-3714
9578900       +Calfrac Well Services Corp.,    717 17th St., #1445,    Denver, CO 80202-3303
9578901       +Calvin K. Jacob Family Partnership,    914 East 300 North,    Orem, UT 84097-5098
9578902      #+Carbon County,    120 East Main Street,    Price, UT 84501-3050
9578904       +Castle Country Hydraulic & Supply,    PO Box 1035,    Price, UT 84501-1035
9578905       +Castlelake,    4600 Wells Fargo Center,    90 South 7th Street,    Minneapolis, MN 55402-3903
9578906       +CentraCom,    PO Box 7,    Fariview, UT 84629-0007
9578909       +Charlotte R. Parker,    P. O. Box 822,    Flora Vista, NM 87415-0822
9578910       +Christensen Brothers,    PO Box 191,    Fairview, UT 84629-0191
9578911       +Clear Creek Homeowners Assn,    PO Box 283,    Springville, UT 84663-0283
9578912       +Clear Creek Homeowners Association,    PO Box 220,    Springville, UT 84663-0220
9578913       +Colleen Black Gower,    5000 W. 75th Ave. Apt. 320,    Denver, CO 80030-4657
9578914       +Collin County,    2300 Bloomdale Road, Ste. 3138,    McKinney, TX 75071-8517
9578915       +Connie Condie,    9735 South 2950 West,    South Jordan, UT 84095-3262
9578916       +Connie Stauffer,    2100 Bengal Blvd, #E-102,    Cottonwood Heights, UT 84121-7145
9578917       +Cordillera Corporation,    7800 East Dorado Place, Suite 250,    Englewood, CO 80111-2336
9578920       +CubeSmart,    812 N McDonald St.,    McKinney, TX 75069-2140
9578921        Cummins Rocky Mountain,    340 Interlocken Crescent, Ste 200,    Broomfield, LO 80021
9578922       +Curtis Well Service,    Attn: Jack T. Curtis, Jr.,    PO Box 1901,    Pampa, TX 79066-1901
9578923       +D&S, Ltd.,    13809 Research Blvd., Suite 800,    Austin, TX 78750-1211
9578935       +DOI/BLM,    125 South 600 West,    Price, UT 84501-2833
9578924       +Dalbo, Inc.,    Attn: Roger Chapman, President,    PO Box 98,    Roosevelt, UT 84066-0098
9578925       +Dale Moseley,    18348 E. 1150 Rd.,    Sayre, OK 73662-4051
9578926       +Darvel Earl,    PO Box 346,    Castle Dale, UT 84513-0346
9578927      #+David Dlouhy,    P. O. Box F,    Vida, OR 97488-0506
9578928       +David Smith,    330 South 700 East,    Price, UT 84501-3346
9578929       +Dawn Trucking,    PO Box 1498,    Farmington, NM 87499-1498
9578930       +De Lage Landen Financial Services, Inc.,    1111 Old Eagle School Road,    Wayne, PA 19087-1453
9578931       +Della L Madsen Et Al,    2912 Redwood Ave,    Costa Mesa, CA 92626-3719
9578932       +Dennis L. Judd PC Trust Account,    497 So. Vernal Avenue,    Vernal, UT 84078-3267
```

```
District/off: 1088-2          User: mfm                   Page 2 of 5                   Date Rcvd: Nov 18, 2015
                              Form ID: pdfor1             Total Noticed: 247


9684289        Dept of Interior,    Office of Natural Resources Revenue,    Office of Enforcement,
                 PO Box 25165 MS 64200B,    Denver, CO 80225-0165
9578933       +Diamond Industrial Radiator,    PO Box 741,    Price, UT 84501-0741
9578934       +Dix Jensen,    P. O. Box 1736,    Price, UT 84501-1736
9578936       +Drilling & Completion Technologies, Inc.,    Attn: Larry D. Dotter, V.P.,   PO Box 1093,
                 Vernal, UT 84078-1093
9578938       +EKB California, L.L.C.,    P. O. Box 8346,    Denver, CO 80201-8346
9578948       +EXLP Operating, LLC,    16666 Northchase Dr,    Houston, TX 77060-6014
9578937       +Ed H. Moerbe, President,,    Stanton Chase Dallas, Inc.,    5407 Bent Trail,
                 Dallas, TX 75248-2034
9578939       +Elaine Black Ford,    2522 Mira Vista,    Grand Junction, CO 81501-2057
9578940       +Elaine D. Tran,    12254 Salem Drive,    Frisco, TX 75035-9068
9578941       +Electrical Contractors, Inc.,    PO Box 606,    Price, UT 84501-0606
9578942       +Emerald Oil and Mining Co.,    P. O. Box 920078,    Snowbird, UT 84092-0078
9578944       +Energy Pump & Supply, Inc.,    2010 Troy King Road,    Farmington, NM 87401-3118
9578945       +Enviro Rehab & Construction,    330 South 700 East,    Price, UT 84501-3346
9578946        Eric Norton,    125 East Main,    Cleveland, UT 84518
9578947       +Estate of Leon J. Nicholaides,    c/o John Nicolaides,    5040 N. Second Street,
                 Phoenix, AZ 85012-1502
9578949       +Forest Service,    599 West Price River Drive,    Price, UT 84501-2838
9578950       +Four Star Fishing & Rental Tool, Inc.,    PO Box 1352,    Roosevelt, UT 84066-1352
9578951       +Frank’s Well Service,    PO Box 1302,    Bloomfield, NM 87413-1302
9578952       +Fulbright & Jaworski L.L.P.,    1301 McKinney St., Suite 5100,    Houston, TX 77010-3095
9578954       +GC Services, Limited Partnership,    Attn: CRP Department,    6330 Gulfton,
                 Houston, TX 77081-1198
9578955        GE Credit Equities, Inc.,    Summit Business Park,    PO Box 847457,    Dallas, TX 75284-7457
9578953       +Galmor’s,    G & G Steam Service, Inc.,    PO Box 2199,    Elk City, OK 73648-2199
9578957       +Global Oilfield Services,    Attn: Tracie Whitacre,    2150 Town Square Place, #410,
                 Sugar Land, TX 77479-1465
9578958       +Gollob Morgan Peddy,    1001 ESE Loop 323, Suite 300,    Tyler, TX 75701-8609
9578959        Gordon Creek LLC,    401-533 Smithe Street,    Vancouver, BC, Canada,    V6B6H1
9578960       +Graco Oilfield Services,    1261 E 1500 S,    Vernal, UT 84078-8627
9578961       +Grako’s American Car Care,    280 East Main,    Price, UT 84501-3036
9578962       +Greer County,    PO Box 458,    Mangum, OK 73554-0458
9578963       +Guardian Insurance,    PO Box 677458,    Dallas, TX 75267-7458
9578964        H.B. Simonsen,    c/o Scott Simonsen,    PO Box 95508,    West Jordan, UT 84088
9578965        Hagman Trucking, Inc.,    1791 E. 2000 S.,    Roosevelt, UT 84066
9578967       +Hardy Service,    4622 South 1000 East,    Price, UT 84501-7907
9578968       +Hatmaker & Associates,    1156 S. US HWY 1,    Vero Beach, FL 32962-5605
9578969       +Hawaii National Bank,    45 North King Street,    Honolulu, HI 96817-5182
9578970       +Heirs and/or Devisees of Della Madsen,    2912 Redwood Ave,    Costa Mesa, CA 92626-3719
9578971       +Helen Louise Seamons,    1774 South 340 East,    Orem, UT 84058-7930
9578972       +Homeowners Association,    PO Box 220,    Springville, UT 84663-0220
9578973       +IHS Global, Inc.,    2875 S Decker Lake Dr,    West Valley City, UT 84119-2370
9578977       +IPERC Royalty Fund,    4834 South Highland Drive #200,    Salt Lake City, UT 84117-6007
9578974       +Indemco,    777 Post Oak Blvd., Suite 330,    Houston, TX 77056-3238
9578975       +Iowa Tanklines, Inc.,    210 W. Linden Street,    Ankeny, IA 50023-2413
9578976       +Iowa Tanklines, Inc.,    4461 W 3000 S,    Roosevelt, UT 84066-4671
9578981       +JAMS,    c/o Stoel Rives LLP,    101 S Capitol Blvd, Ste 1900,    Boise, ID 83702-7705
9578995        JW Power Company,    PO Box 226406,    Dallas, TX 75222-6406
9578979       +Jackie Byrge,    820 Castle Gate Rd.,    Helper, UT 84526-1443
9578980       +James T. Jensen,    2961 E. Caitland Court,    Salt Lake City, UT 84121-7018
9578983       +Jeff M. Addley,    PO Box 733,    Wellington, UT 84542-0733
9578984       +Jeffrey Clarke,    3580 Orr Road,    Allen, TX 75002-8800
9612813       +Jennie L. Anderson,    Union Pacific Railroad Company,    1400 Douglas Street STOP 1580,
                 Omaha, Nebraska 68179-0002
9578985       +Jerald J. Stratton, Jr.,    103 Safety Harbor Lane,    Reeds Spring, MO 65737-9555
9578986       +Jerry J. Jensen,    1155 N. Carbonville Road,    Price, UT 84501-4018
9578987       +Jim Hansen & Associates, LLC,    PO Box 751,    Farmington, UT 84025-0751
9578988       +Joanie Buehner,    350 Claude Dr.,    Santa Clara, UT 84765-5637
9578989       +Jody Norton,    PO Box 924,    Wellington, UT 84542-0924
9578990       +John C. Pinkerton,    10743 Camellia Dr.,    Dallas, TX 75230-3815
9578991       +John Nicolaides,    5040 N. Second Street,    Phoenix, AZ 85012-1502
9578992        John Woolsey,    25 North 300 West,    Henefer, UT 84033
9578993       +Joni Buehner,    350 Claude Dr.,    Santa Clara, UT 84765-5637
9578994       +Joy Susan Bell,    750 Rancho Circle,    Las Vegas, NV 89107-4619
9578999        KM Custodians Pty Ltd.,    Level 24, 333 Collins Street,    Melbourne, Victoria 30000,
                 Australia
9578996       +Karel Louman,    30 Century Ridge Road,    Purchase, NY 10577-1911
9578997       +Keri Clarke,    6510 Copper Creek,    Dallas, TX 75248-3919
9578998       +Kevin Labbe,    22013 Briarcliff Drive,    Spicewood, TX 78669-2019
9579000       +Knight Oil Tools, Inc.,    Attn: Chris J. Hebert,    PO Box 52688,    Lafayette, LA 70505-2688
9579001       +La Verne Black Brady,    663 Kapota St.,    Grand Junction, CO 81505-1056
9579002       +Lee Maassen,    16100 Table Mountain Pkwy, Ste 100,    Coolden, CO 80403-1672
9579004       +Leland D. Endsley,    23446 Fairbranch Dr,    Katy, TX 77494-7507
9579005       +Leoan Madsen Gunderson,    3990 Raymond Avenue,    Ogden, UT 84403-2234
9579006       +Liberty Operating, Inc.,    Attn: Wayne M. Pherson, President,    1827 Atchison,
                 Norman, OK 73069-8225
9579007       +Lobo Well Service,    PO Box 1540,    572 Park Ave., 2nd Floor,    Park City, UT 84060-1540
9579009        Lucas O&Gas Service, Inc.,    3555 Timmons Lane, Suite 1550,    Houston, TX 77027-6463
```

```
District/off: 1088-2           User: mfm                    Page 3 of 5                   Date Rcvd: Nov 18, 2015
                               Form ID: pdfor1              Total Noticed: 247


9579019       +MHA Petroleum Consultants,    730 17th Street, Suite 410,    Denver, CO 80202-3510
9579010       +Malcolm Gordon,    PO Drawer 472,    Eunice, LA 70535-0472
9579011       +Manti La Salle National Forest,    599 West Price River Drive,    Price, UT 84501-2891
9579012      #+Marion Energy Inc,    2150 S. Central Expwy, Suite 380,    McKinney, TX 75070-4068
9579013        Marion Energy Ltd.,    530 Little Collins Street, Suite 802,    Melbourne, Victoria,    Australia
9579015       +Markea Corporation,    2756 N. Green Valley Pkwy., Suite 6050,    Henderson, NV 89014-2120
9579016       +Market Express,    PO Box 700,    Price, UT 84501-0700
9612812       +Mary Ann Kilgore,    Union Pacific Railroad Company,    1400 Douglas Street, STOP 1580,
                Omaha, Nebraska 68179-0002
9579018       +Merrion Oil & Gas Corporation,    610 Reilly Avenue,    Farmington, NM 87401-2634
9579020       +Michael A. Sleem,    6303 N. Portland, Suite 206,    Oklahoma City, OK 73112-1466
9579021       +Michael J. Wozniak,    216 16th Street, Suite 1100,    Denver, CO 80202-5115
9579022        Michael P. Greenan,    474 West 400 North,    Huntington, UT 84528
9579023       +Michael Stathis,    195 E. Fiddlers Canyon Rd 4,    Cedar City, UT 84721-8739
9579024       +Michele R. Black,    P. O. Box 685,    Mancos, CO 81328-0685
9579025       +Miller Mentzer, P.C.,    PO Box 130,    Palmer, TX 75152-0130
9579026       +Mobil Exploration and Producing,    396 West Green Rd,    Houston, TX 77067-4502
9579027       +Mod Space,    1200 Swedesford Road,    Berwyn, PA 19312-1172
9579029       +Mountain West Oil Field Service,    Attn: Steve B. White,    2195 W. 5400 South, Ste 200,
                Salt Lake City, UT 84129-1444
9579030       +Mudhopper Oilfield Services,    PO Box 834,    Rus Springs, OK 73082-0834
9579031       +Nabors Drilling USA, LP,    Attn: Lauri McDonald,    515 W. Greens Road,    Houston, TX 77067-4531
9579033       +National Oilwell Varco, L.P.,    Attn: Debra J. Miller,    9720 Beechnut,
                Houston, TX 77036-6562
9579034       +Nelco Contractors Inc,    PO Box 282,    Price, UT 84501-0282
9579035       +Nielson Construction Inc.,    PO Box 620,    Huntington, UT 84528-0620
9579036       +Northfork Electric Cooperative, Inc.,    Attn: Kenneth Waugh,    PO Box 400,
                Sayre, OK 73662-0400
9579037       +Northstar Gas LC,    752 S 500 E,    Orem, UT 84097-6360
9579038        OEL Operating,    210 S.W. Linden Street,    Ankeny, IA 50023-2413
9579042       +ONRR,    PO Box 25627,    Denver, CO 80225-0627
9579039       +Oil-Law Records Corporation,    8 NW 65th Street,    Oklahoma, OK 73116-9199
9579040       +Oman Ranches,    7746 Buckboard Cir.,    Park City, UT 84098-5376
9579041       +Oman/Darin Caine,    7746 Buckboard Cir.,    Park City, UT 84098-5376
9579066      ++PACIFICORP,    ATTN BANKRUPTCY,    PO BOX 25308,    SALT LAKE CITY UT 84125-0308
               (address filed with court:   Rocky Mountain Power,    PO Box 26000,    Portland, OR  97256)
9579048       +PF Energy Investments,    2000 McKinney Ave., #17,    Dallas, TX 75201-1954
9579047        PF Energy Investments B.V.,    Coolsingel 93,    3012 AE Rotterdam,    The Netherlands
9579043       +Paragon Automation,    1611 South 1500 East,    Vernal, UT 84078-8641
9579044       +Pason Systems USA Corp,    16035 Table Mountain Parkway,    Golden, CO 80403-1642
9579045       +Paul Daraban,    952 E 5600 S,    Murray, UT 84121-1026
9579049       +Piedmont Mineral Royalties, LLC,    5838 S. Stanida Circle,    Salt Lake City, UT 84121-1332
9579050       +Pierce Oil Co., Inc.,    PO Box 792,    Price, UT 84501-0792
9579051       +Professional Collections, Inc.,    211 S. 200 E.,    Price, UT 84501-3016
9579052       +Professional Well Services,    1427 S. Bloomfield,    Bloomfield, NM 87413-3058
9579053       +QEP Field Services CO,    1050 17th Street,    Denver, CO 80265-1050
9579054       +Questar Field Services,    1050 17th Street, Suite S-500,    Denver, CO 80265-1050
9579055       +R & W Rental, Inc.,    Attn: John B. Greer,    921 Walnut Street, Suite 200,
                Boulder, CO 80302-5173
9579056       +R N Industries Trucking,    Attn: Roger Chapman, President,    PO Box 98,
                Roosevelt, UT 84066-0098
9579057       +R. W. Jones Trucking Company,    PO Box 1785,    Vernal, UT 84078-5785
9579059       +RD Williams & Company,    PO Box 516,    Ardmore, OK 73402-0516
9579064       +RJLN Properties, LLC,    2701 Patton Way,    Bakersfield, CA 93308-5707
9579058       +Randy P Edwards,    4932 Aerie Hill Drive,    West Jordan, UT 84081-4120
9579060       +Reef Services, LLC,    PO Box 11347,    Midland, TX 79702-8347
9579061       +Renegade Industrial, LLC,    3266 South 125 West,    Price, UT 84501-4462
9579062      #+Rhiannon S. Evans,    1010 Biscayne Ct.,    Allen, TX 75013-4825
9579063       +Rickard DeMille,    2340 White Oak Lane,    Little Elm, TX 75068-5754
9579067       +Scott S. Jacoby,    5816 Pine Meadow Ln.,    McKinney, TX 75070-6676
9579068        Scott Simonsen,    PO Box 95508,    West Jordan, UT 84088
9579069       +Seaport Group Securities LLC,    350 Madison Ave. 22nd Floor,    New York, NY 10017-3711
9579070       +Security Life of Denver,    16504 Collection Center Drive,    Chicago, IL 60693-0165
9579071        Security Services,    PO Box 1093,    Arapaho, OK 73620
9579072       +Single Shot Trucking, Inc,    PO Box 790280,    Vernal, UT 84079-0280
9579073       +Sitterud Family Investments LLC,    P. O. Box 480,    Huntington, UT 84528-0480
9579074       +Skadden, Arps, Slate, Meagher & Flom LLP,    155 N. Wacker Drive,    Chicago, IL 60606-1787
9579075       +Slaugh Fishing Services, Inc.,    PO Box 790130,    Vernal, UT 84079-0130
9579076       +Sonnier Davis & Associates LLC,    101 Yorkshire Drive,    Douglassville, PA 19518-8791
9579078       +Stacy Hall Trucking, Inc.,    Attn: Jeff Palmer, President,    876 West 1200 South,
                Vernal, UT 84078-4601
9579079       +State of Utah,    Trust Lands Administration,    675 E 500 S, Suite 500,    SLC, UT 84102-2813
9579080       +Steve Ault,    752 South 500 East,    Orem, UT 84097-6360
9579082       +Summit Energy Partners,    90 South 400 West,    Salt Lake City, UT 84101-1380
9579083       +Swabbco Well Servicing,    PO Box 884,    Rangely, CO 81648-0884
9579084       +Synter Resource Group, LLC,    Attn: Scott Norris,    5935 Rivers Avenue, Suite 102,
                Charleston, SC 29406-6071
9579086       +TCS II Funding Solutions LLC,    4600 Wells Fargo Center,    90 South 7th Street,
                Minneapolis, MN 55402-3903
```

```
District/off: 1088-2              User: mfm                 Page 4 of 5                   Date Rcvd: Nov 18, 2015
                                  Form ID: pdfor1           Total Noticed: 247


9579095       +TPG Credit Management LP,    4600 Wells Fargo Center,    90 South 7th Street,
                Minneapolis, MN 55402-4190
9579088       +Thomas Petroleum LLC,    PO Box 340,    Las Vegas, NV 89125-0340
9579089        Thomas Petroleum, L.L.C.,    PO Box 413045,    Salt Lake City, UT  84141-3045
9579090        Three States Natural Gas Co.,    1700 Corrigan Tower Building,    Dallas, TX 75201
9579092       #+Todd Kalstrom Pamela Kalstrom,    6732 W. Princeton Place,    Denver, CO 80235-3070
9579093       +Tommy John Nicolaides,    989 Military Dr.,    Salt Lake City, UT 84108-1325
9579094        Toolpusher Supply Co.,    895 West River Cross Rd.,    Casper, WY  82601
9579096       +Tracy Garner,    P. O. Box 32,    301 S. Mesa,    Mancos, CO 81328-0032
9646456       +Treasurer of Beckham County Oklahoma,    Julia O'Neal, Assistant District Attorne,    PO Box 22,
                Arnett, Oklahoma 73832-0022
9579097       +U.S. Bureau of Land Management (BLM),    440 West 200 South, Suite 500,
                Salt Lake City, UT 84101-1434
9579098       +U.S. Specialty Insurance,    c/o Indemco,    777 Post Oak Blvd., Suite 330,
                Houston, TX 77056-3238
9579103       +US Postal Service,    304 W Boyd Drive,    Allen, TX 75013-2574
9579099       +Union Pacific Rail Road,    1400 Douglas Street, Stop 1690,    Omaha, NE 68179-0002
9579100       +United Health Care,    Dept CH10151,    600550151C0009,    Palatine, IL 60055-0001
9579101       +United HealthCare,    Dept CH10151,    600550151C0009,    Palatine, IL 60055-0001
9579102       +Unum Life Insurance Co,    1 Mercantile Street,    Worcester, MA 01608-3103
9579104       +Utah Department of Transportation,    210 West 800 South,    Richfield, UT 84701-2839
9579105        Utah Dept of Environmental Quality,    Division of Air Quality,    Attn: Camron Harry,
                Salt Lake City, UT  84114-4820
9579106        Utah Fuel Company,    c/o Cordillera Corporation,    7800 East Doroda Place, Suite 250,
                Englewood, CO 80111
9579107       +Vaughn Hughes,    8553 South 100 East,    Sandy, UT 84070-1583
9579108       +Vicki L. Gregg,    2601 North A Street,    McAlester, OK 74501-2807
9579109       +W.E. Machine,    PO Box 1748,    Roosevelt, UT 84066-1748
9579110       +Waste and Water Logistics, LLC,    PO Box 220,    Helper, UT 84526-0220
9579111       +Weatherford Compl Sys,    5203 South 4630 East,    Vernal, UT 84078-9287
9579014       +Wells Fargo Bank, N.A.,    1445 Ross Avenue, Suite 4500,    Dallas TX 75202-2746
9579112       +Wells Fargo Payroll,    1650 W 82nd St., Suite 300,    MAC N9313-030,
                Bloomington, MN 55431-1441
9579114       +Western Pump & Supply,    PO Box 632,    Price, UT 84501-0632
9579115       +Wheeler Cat,    PO Box 701047,    Salt Lake City, UT 84170-1047
9579116       +William Miller Nancy Miller,    5233 W. Capri Place,    Littleton, CO 80123-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: mburton@hollandhart.com Nov 19 2015 02:42:18      QEP Field Services, LLC,
                c/o Mona L. Burton,    Holland & Hart LLP,    222 S. Main Street, Suite 2200,
                Salt Lake City, UT 84101-2194
9578919        E-mail/Text: jasmin.merced@wolterskluwer.com Nov 19 2015 02:42:56      CT Corporation,
                PO Box 4349,    Carol Stream, IL  60197-4349
9578943       +E-mail/Text: treasurersoffice@co.emery.ut.us Nov 19 2015 02:41:22      Emery County,
                PO Box 595,    Castle Dale, UT 84513-0595
9602137        E-mail/Text: cio.bncmail@irs.gov Nov 19 2015 02:41:16      INTERNAL REVENUE SERVICE,
                MAIL STOP:  5021-SLC,    50 SOUTH 200 EAST,    SALT LAKE CITY, UT 84111
9578978       +E-mail/Text: ipfscollectionsreferrals@ipfs.com Nov 19 2015 02:42:31      IPFS Corporation,
                PO Box 730223,    Dallas, TX  75373-0223
9579032        E-mail/Text: br-not@nalco.com Nov 19 2015 02:42:00      Nalco Champion,
                Champion Technologies, Inc,    PO Box 27727,    Houston, TX  77227-7727
9579077       +E-mail/Text: bankruptcy@sw-credit.com Nov 19 2015 02:41:48      SouthwestCredit,
                4120 International Parkway, Suite 1100,    Carrollton, TX 75007-1958
9579091        E-mail/Text: dolores.futrell@twcable.com Nov 19 2015 02:42:21      Time Warner Cable,
                PO Box 60074,    City of Industry, CA  91716-0074
9579857       +E-mail/Text: TXBANKRUPT@UTAH.GOV Nov 19 2015 02:40:39      Utah State Tax Commission,
                Attn: Bankruptcy Unit,    210 North 1950 West,    Salt Lake City, UT 84134-9000
9579113       +E-mail/Text: pthomas@rainforrent.com Nov 19 2015 02:41:22      Western Oilfields Supply Co.,
                Attn: Tim Bastian,    PO Box 2248,    Bakersfield, CA 93303-2248
9630794       +E-mail/Text: mburton@hollandhart.com Nov 19 2015 02:42:18      c/o Mona L. Burton,
                Holland & Hart LLP,    222 S. Main Street, Suite 2200,    Salt Lake City, UT 84101-2194
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
consult        Patrick Merritt
br             Riviera-Ensley Energy Advisors
fa             Rocky Mountain Advisory, LLC
consult        Traton Engineering Associates LP
cr*            Utah State Tax Commission,    Attn Bankruptcy Unit,    210 North 1950 West,
                Salt Lake City, UT  84134-9000
9578903       ##+Casey Norton,    PO Box 306,    Wellington, UT 84542-0306
9578908       ##+Charlotte Jones,    1418 Lois Lane,    Nampa, ID 83686-2852
9578956       ##+Global F.I.R.E. Response & Safety,    2700 Industrial Lane,    Conroe, TX 77301-4072
9578966       ##+Hal B Koerner, Jr. Diance Lynn Koerner,    6811 Hillridge Place,    Parker, CO 80134-6317
9578982       ##+Jason Pierce,    278 North 200 East,    Price, UT 84501-2512
9579003       ##+Leland D Endsley,    1517 Heights Dr,    Katy, TX 77493-2024
9579008       ##+Lobo Well Service, LLC,    1245 East Brickyard Rd,    Brickyard Tower Suite 110,
                Salt Lake City, UT 84106-2576
9579017       ##+Measurement Control Spec,    522 S. Main,    Elk City, OK 73644-6731
9579028       ##+Morgan B. Oveson,    PO Box 1087,    Wellington, UT 84542-1087
```

```
District/off: 1088-2           User: mfm                   Page 5 of 5                   Date Rcvd: Nov 18, 2015
                               Form ID: pdfor1             Total Noticed: 247

           ***** BYPASSED RECIPIENTS (continued) *****
9579046     ##+Paul J. Bottino,    34053 Beachwood Drive,    Frankford, DE 19945-4529
9579065     ##+RN Industries,    244 West Highway 40,    Roosevelt, UT 84066-3709
9579081     ##+Summit Energy,    PO Box 683909,    Park City, UT 84068-3909
9579085     ##+T. Wayne McPherson,    1328 Woodcreek Dr.,    Norman, OK 73071-1988
9579087     ##+Theresa D. Gann,    10816 Alexandria Dr.,    Frisco, TX 75035-7878
                                                                                         TOTALS: 4, * 1, ## 14
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2015                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2015 at the address(es) listed below:
              Bria E LaSalle Mertens    on behalf of Creditor   TCS II Funding Solutions, LLC
               blmertens@stoel.com,   docketclerk@stoel.com
              Bria E LaSalle Mertens    on behalf of Interested Party    Castlelake blmertens@stoel.com,
               docketclerk@stoel.com
              Brian M. Rothschild    on behalf of Attorney    Parsons Behle & Latimer
               brothschild@parsonsbehle.com,   ecf@parsonsbehle.com
              Brian M. Rothschild    on behalf of Debtor    Marion Energy Inc brothschild@parsonsbehle.com,
               ecf@parsonsbehle.com
              David B. Levant    on behalf of Creditor    TCS II Funding Solutions, LLC david.levant@stoel.com
              David B. Levant    on behalf of Interested Party    Castlelake david.levant@stoel.com
              Engels Tejeda    on behalf of Creditor    QEP Field Services, LLC ejtejeda@hollandhart.com,
               tjones@hollandhart.com,slclitdocket@hollandhart.com,intaketeam@hollandhart.com
              Gale K. x6Francis    on behalf of Creditor    Utah State Tax Commission txbk13@utah.gov
              George B. Hofmann    on behalf of Creditor    Marion Energy Limited ghofmann@cohnekinghorn.com,
               dhaney@cohnekinghorn.com;sforsgren@cohnekinghorn.com
              J. Thomas Beckett    on behalf of Creditor    TCS II Funding Solutions, LLC
               tbeckett@parsonsbehle.com,
               ecf@parsonsbehle.com;brothschild@parsonsbehle.com;kstankevitz@parsonsbehle.com
              J. Thomas Beckett    on behalf of Interested Party    Castlelake tbeckett@parsonsbehle.com,
               ecf@parsonsbehle.com;brothschild@parsonsbehle.com;kstankevitz@parsonsbehle.com
              J. Thomas Beckett    on behalf of Debtor    Marion Energy Inc tbeckett@parsonsbehle.com,
               ecf@parsonsbehle.com;brothschild@parsonsbehle.com;kstankevitz@parsonsbehle.com
              John T. Morgan    on behalf of U.S. Trustee    United States Trustee john.t.morgan@usdoj.gov,
               James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
              Kenneth L. Cannon, II    on behalf of Interested Party    KM Custodians Pty Ltd. kcannon@djplaw.com,
               khughes@djplaw.com
              Mark E. Hindley    on behalf of Creditor    TCS II Funding Solutions, LLC mehindley@stoel.com,
               rnoss@stoel.com;slcdocket@stoel.com
              Mark E. Hindley    on behalf of Interested Party    Castlelake mehindley@stoel.com,
               rnoss@stoel.com;slcdocket@stoel.com
              Mona Lyman Burton    on behalf of Creditor    QEP Field Services, LLC mburton@hollandhart.com,
               ckelly@hollandhart.com;intaketeam@hollandhart.com;slclitdocket@hollandhart.com
              Nicole G. Farrell    on behalf of Debtor    Marion Energy Inc nfarrell@parsonsbehle.com,
               ecf@parsonsbehle.com
              Steven C. Strong    on behalf of Creditor    Marion Energy Limited sstrong@cohnekinghorn.com,
               jhasty@cohnekinghorn.com
              Steven F. Alder    on behalf of Respondent    State of utah stevealder@utah.gov
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 21
```